1  KRISTIN N. REYNA DEHART (SBN 211075)
   kreyna@grsm.com
2  MATTHEW P. NUGENT (SBN: 214844)
   mnugent@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone:  (619) 230-7760
5  Facsimile:  (619) 696-7124

6  Attorneys for Defendants
   CAMP PENDLETON & QUANTICO HOUSING LLC AND LPC PENDLETON
7  QUANTICO PM LP

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12  SHAWNTEL MURRAY, et al.,          ) CASE NO.  3:20-cv-01286-AJB-KSC
                                      )
13                    Plaintiffs,     ) **DECLARATION OF PHILIP RIZZO**
                                      ) **IN SUPPORT OF DEFENDANTS**
14      vs.                           ) **CAMP PENDLETON & QUANTICO**
                                      ) **HOUSING LLC'S AND LPC**
15  CAMP PENDLETON & QUANTICO         ) **PENDLETON QUANTICO PM LP'S**
    HOUSING LLC, et al.,              ) **MOTION TO DISMISS PURSUANT**
16                                    ) **TO F.R.C.P. 12(b)(1)**
                      Defendants.     )
17                                    )
                                      )
18                                    ) Date:      March 18, 2021
                                      ) Time:      2:00 p.m.
19                                    ) Judge:     Hon. Anthony J. Battaglia
                                      ) Courtroom: 4A
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23  _____ )

24      I, Philip Rizzo, declare as follows:

25      1.      I am a Vice President of LMH PenQuan Property Management GP

26  Inc., the general partner of LPC Pendleton Quantico PM LP.  I am also a Vice

27  President of Lincoln Property Company No. 2087 and 2088, which are two of the

28
                              -1-
   Declaration of P. Rizzo in Support of Defendants' Motion to Dismiss
   [F.R.C.P. 12(b)(1)]
                                      USDC Case No. 3:20-cv-01286-AJB-KSC

*(left margin, vertical text)* Gordon Rees Scully Mansukhani, LLP / 101 W. Broadway, Suite 2000 / San Diego, CA 92101

1  four members of Hunt Lincoln Clark Family Communities, LLC, which is one of
2  the two members of Camp Pendleton & Quantico Housing, LLC.  The other
3  member of Camp Pendleton & Quantico Housing, LLC, is the United States of
4  America, Department of the Navy.  I have worked for various companies operating
5  under the "Lincoln" or "Lincoln Military Housing" names since 2012.  I have
6  intimate knowledge regarding all "Lincoln Military Housing" subsidiaries and
7  affiliates including those defendants named in this case, Camp Pendleton &
8  Quantico Housing LLC and LPC Pendleton Quantico PM LP, and the military
9  housing communities with which they are affiliated, as well as regarding the
10 contracts and contractual relationships between these entities and the United States
11 Navy relating to such housing.  I am also intimately familiar with the policies
12 which have been created by Camp Pendleton & Quantico Housing LLC and LPC
13 Pendleton Quantico PM LP, with the input of the United States Navy, which relate
14 to such military housing.  The facts stated herein are of my own personal
15 knowledge, and if called as a witness, I could and would competently testify
16 thereto.  As to matters alleged on information and belief, I believe them to be true.
17       2.     Plaintiffs were tenants at the property located at 251 Rivera Street,
18 Oceanside, California ("the Property"), from on or about July 2018 to February
19 2020.  The Property is located in the Stewart Mesa neighborhood, a military
20 housing community within the jurisdictional boundaries of Marine Corps Base
21 Camp Pendleton.  Plaintiffs leased the Property, which is military housing, from
22 Camp Pendleton & Quantico Housing, LLC, which is a public-private venture
23 ("PPV") between the United States Navy and Hunt Lincoln Clark Family
24 Communities, LLC, which was formed under the Military Housing Privatization
25 Initiative (10 U.S.C. §§2871-85) through the Congress' 1996 Defense
26 Authorization Act.  The property manager of the Property is and was at all relevant
27 times, Defendant LPC Pendleton Quantico PM LP.  A true and correct copy of the
28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-2-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    Lease for the Property, is attached to my declaration as Exhibit A.

2        3.    Under the Military Housing Private Initiative, which was adopted by

3    Congress to improve the quality of service members' housing, various branches of

4    the Armed Forces established public-private ventures ("PPVs") to own, develop

5    and manage military housing, taking the day to day duties of military housing

6    management over from the U.S. military branches, but maintaining U.S. military

7    oversight and involvement.  Typically, the military leases land to a private entity

8    selected through a competitive bidding process and the entity then enters into a

9    PPV agreement with a branch of the Armed Forces to develop and manage the

10   military housing on it.  Service members who reside in the housing, which is based

11   on their military pay grade and the geographical location in which they serve,

12   receive a tax-free Basic Allowance for Housing from Armed Forces to pay their

13   rent, payment for which which includes utilities and community amenities.

14       4.    The PPV at issue for this Property is Camp Pendleton & Quantico

15   Housing, LLC.  The United States Department of the Navy is a member of Camp

16   Pendleton & Quantico Housing, LLC.   Following a rigorous vetting process and

17   contract negotiations, the due diligence for which included inspection of a portion

18   of the military housing inventory, on or about August 1, 2001, the Navy and Hunt

19   Lincoln Clark Family Communities, LLC entered into an Operating Agreement

20   ("Operating Agreement") to form Camp Pendleton & Quantico Housing, LLC.

21   The United States Department of the Navy made a capital contribution to this LLC

22   which was greater than that made by the other member and has various duties,

23   oversight responsibilities, and approval responsibilities relating to the military

24   housing in question under the Agreement.  A true and correct copy of excerpts

25   from the current Fifth Amended and Restated Limited Liability Operating

26   Agreement of Camp Pendleton & Quantico Housing LLC are filed under seal as

27   Exhibit B to my declaration.  This Agreement was prepared jointly by both the

28

-3-

1    U.S. Navy and Hunt Lincoln Clark Family Communities LLC.

2        5.    Camp Pendleton & Quantico Housing, LLC, the PPV, has primary

3    responsibility for managing the military housing in its jurisdiction. The PPV

4    includes the U.S. Navy as the "government partner"—or the "public" member—of

5    the PPV.  The PPV is not solely a private entity or private contractor; the U.S.

6    Navy is a member of the PPV itself.  Further, the U.S. Navy owns the fee to the

7    property on which the housing is located, which in this case, includes the Stewart

8    Mesa neighborhood at which Plaintiffs lived, and other on base housing

9    communities at Marine Corps Base Camp Pendleton.

10        6.    There are other key agreements at issue that involve the United States

11   Navy, Camp Pendleton & Quantico Housing, LLC, LPC Pendleton Quantico PM

12   LP, and the Property.  On or about August 1, 2001, the United States Navy and

13   Camp Pendleton & Quantico Housing, LLC entered a fifty-year ground lease (the

14   "Ground Lease") for the Stewart Mesa neighborhood and certain other military

15   housing communities at Camp Pendleton.  As stated above and per the Ground

16   Lease, the U.S. Navy remains the fee owner of this property at all times.  A true

17   and correct copy of excerpts from the Fifth Amended and Restated Real Estate

18   Ground Lease are filed under seal as Exhibit C to my declaration.  This Ground

19   Lease was prepared jointly by both the U.S. Navy and Camp Pendleton &

20   Quantico Housing LLC, which, again, itself includes the U.S. Navy.

21        7.    Pursuant to the Operating Agreement, , PPV Camp Pendleton &

22   Quantico Housing, LLC (again, which includes the U.S. Navy as a partner) entered

23   into a property management agreement ("Property Management Agreement") with

24   Defendant LPC Pendleton Quantico PM LP, relating to the Stewart Mesa

25   community which encompasses the Property, as well as other housing communities

26   at Camp Pendleton.  The Property Management Agreement was prepared jointly

27   by Camp Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-4-

1  LP, with the U.S. Navy's specific involvement in preparing, reviewing and

2  approving the Agreement.  A true and correct copy of excerpts from the Fifth

3  Amended and Restated Pendleton Property Management Agreement is filed under

4  seal as Exhibit D to my declaration. Under the terms of the Property Management

5  Agreement, LPC Pendleton Quantico PM LP acts as an agent of the PPV Camp

6  Pendleton & Quantico Housing, LLC in performing certain property management

7  functions, such as property leasing and maintenance, which includes, inter alia,

8  following the Maintenance Plan (Exhibit A to the Property Management

9  Agreement, part of Exhibit D) and a Mold Management Plan (Appendix 7 to the

10  Property Management Agreeement).  Notably, the Mold Management Plan is

11  directly based on U.S. Navy documents and policies, and much of the language

12  contained in the Mold Management Plan has been carried over from specific past

13  and current housing policies of the U.S. Navy.

14        8.      The Mold Management Plan was developed by Camp Pendleton &

15  Quantico Housing LLC (again, which itself includes the U.S. Navy) and LPC

16  Pendleton Quantico PM LP in direct consultation with the United States Navy,

17  following the due diligence in the negotiations that led to Camp Pendleton &

18  Quantico Housing, LLC's formation, and environmental assessments on a subset

19  of the homes which would be covered by the Camp Pendleton & Quantico Housing

20  PPV agreements.  The U.S. Navy set the perameters of both the Maintenance Plan

21  and the Mold Management Plan, which Camp Pendleton & Quantico Housing LLC

22  and LPC Pendleton Quantico PM LP must follow.  As can be seen from the

23  language therein, there are certain requirements under the Plans which must be

24  done, and some which are discretionary, depending on what is observed or

25  discovered at the various housing in question in response to a service or

26  maintenance issue.  As such, there is a limit to the authority delegated from the

27  U.S. Navy that is reflected in these Plans, which Camp Pendleton & Quantico

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-5-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  Housing LLC and LPC Pendleton Quantico PM LP cannot exceed, though they do

2  have discretion to be more stringent than the Plans (for example, to respond faster

3  to a service request than the Plans set forth), and to select from the options and

4  considerations that the Plans set forth in evaluating service requests and

5  maintenance issues for the military housing in question.

6       9.     The Mold Management Plan's purpose is to help assure that consistent

7  and highest quality operations and management systems are in place and

8  functioning sufficiently to address water intrusion and mold related conditions and

9  ensure that "Water Penetration and/or Mold issues are to be considered top

10  priority." (Mold Management Plan, Sec. "Policy").  It outlines how Camp

11  Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP will

12  address future water intrusion and mold issues and the roles of others, including its

13  property managers, in this process.

14       10.    The Mold Management Plan (and routine Maintenance Plan) outline a

15  general plan, certain criteria that must be met, options and considerations for

16  response based on what is discovered at a property, and for responding to tenant

17  complaints and service orders for a property (and specifically those as to mold and

18  moisture in the Mold Maintenance Plan).  The majority of items are left to the

19  discretion of Camp Pendleton & Quantico Housing LLC and LPC Pendleton

20  Quantico PM LP both generally and based on what is encountered in responding to

21  a service request at the property, as long as the mandatory criteria in the Plans are

22  met and they stay within the limits of their authority and the options provided by

23  the Plans, and do not go above it.  These include, *inter alia*, timing of inspections

24  or contact after a service request (which vary depending on level of urgency, but

25  which levels of urgency and the timeframes for response therein are dictated by the

26  U.S. Navy), frequency of inspections generally (mandatory annual preventative

27  maintenance inspections and turn inspections, more frequently if circumstances

28

-6-

Declaration of P. Rizzo in Support of Defendants' Motion to Dismiss
[F.R.C.P. 12(b)(1)]

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    arise), how each inspection is specifically performed (ie, visual, moisture meter,

2    humidity meter, opening wall, air/surface testing (the latter of which would only be

3    done by a third party vendor if they believed it needed, as the U.S. Navy does not

4    recommend any sampling for mold)[1], options for visual inspections and solutions

5    (which options are specified in the Plans), and how to respond to specific

6    complaints/requests, and factors to evaluate when doing so (i.e., whether

7    repair/remediation is required or another action, whether repairs done in house, or

8    outside contractor hired).  The various options and considerations, to the extent

9    they exist, are set forth in the Plans, which were drafted with the U.S. Navy and

10   approved by the U.S. Navy.  Even though Camp Pendleton & Quantico Housing

11   LLC and LPC Pendleton Quantico PM LP have discretion to select what option(s)

12   they elect with respect to certain aspects of housing maintenance based on the

13   circumstances of the issue, those options and considerations are in large part all set

14   forth by and with the input and approval of the U.S. Navy within the Plans

15   themselves.

16          12.    Various persons and departments within the U.S. Navy were and are

17   involved in an ongoing basis with the military housing with which Camp

18   Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP are

19   involved.  The primary contact point with the government partner is a Navy

20   Business Agreements Manager ("BAM") from the Naval Facilities Engineering

21   Command ("NAVFAC").  The BAM acts like an asset manager, managing their

22   asset of military housing.  Their duties involve budget review, evaluation of

23   various metrics (including, number and types of work order, maintenance issues,

24

25   [1] See Exhibit E to my declaration, which is a true and correct copy of the Navy Indoor Air Quality-- Navy Mold
     Sampling Policy in Navy Buidings and the related Navy Medicine Response to CNIC on Mold Sampling in Navy
26   Housing policy document.  These documents set forth the U.S. Navy's position on mold sampling, including
     specifically with its military housing, which Camp Pendleton & Quantico Housing LLC and LPC Pendleton
27   Quantico PM LP are required to follow.  Plaintiffs complain in this lawsuit as a thrust of their claims that
     Defendants did not test for mold at the Property adequately or at all, but Defendants were not authorized to do so by
28   the U.S. Navy because such would be against the U.S. Navy's stated policy.

-7-

Declaration of P. Rizzo in Support of Defendants' Motion to Dismiss
[F.R.C.P. 12(b)(1)]

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  mold/water intrusion events at properties), review of work orders and tenancy

2  notes for the properties (they have direct access to these), inspections of the

3  properties, and general oversight of the military housing.  They can and do send

4  inquiries to Camp Pendleton & Quantico Housing LLC and LPC Pendleton

5  Quantico PM LP regularly based on their reviews of their asset and the

6  documentation they review.  There are weekly and monthly meetings Camp

7  Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP have

8  with NAVFAC personnel, often the BAM, to discuss the various properties

9  (sometimes called the "projects.").  There are also quarterly walk-throughs of

10  certain inventory (the housing) to view and evaluate them. Camp Pendleton &

11  Quantico Housing LLC and LPC Pendleton Quantico PM LP are required to report

12  on certain metrics to the U.S. Navy bimonthly and monthly, including on mold and

13  water intrusion events at the properties.  If an issue arises with the housing which

14  the U.S. Navy wants to become more involved, the BAM or other Navy Housing

15  or NAVFAC personnel have the ability become involved with the servicemember

16  (tenant) directly, and/or conduct their own inspection of the specific property at

17  issue.  If there is a health issue reported by a tenant, or remediation is required at a

18  property, the U.S. Navy is informed of this (typically the BAM).  NAVFAC and

19  the BAM oversee the implementation of the Plans.  The U.S. Navy also pre-

20  approves the training which Camp Pendleton & Quantico Housing LLC and LPC

21  Pendleton Quantico PM LP put on for their employees, to educate them on the

22  Plans.

23       13. There is also military command involvement in military housing by the

24  Marine Corps Installation Command ("MCI").  MCI West in particular is the entity

25  charged with oversight of the Camp Pendleton housing.  They are in charge of

26  housing assignments, as each resident is reviewed and approved by the U.S.

27  Government.  MCI West also reviews the available documents (including

28

-8-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  budgetary, metrics, work orders) relating to the housing under its supervision

2  quarterly.

3       14.    The Family Housing Office is a subcommand of MCI West and is also

4  involved in the oversight and supervision of the military housing.  They mange the

5  day-to-day service member interface with military housing and serve as another

6  contact point for the housing.  They manage local housing policy, and put on

7  periodic "Open Houses" for the servicemembers/families who reside in the

8  housing to answer questions.  Local representatives from this office, called

9  "Housing Advocates"  also become involved in specific property issues as they

10  arise.

11       15.    NAVFAC and Family Housing  frequently provide directives to Camp

12  Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP on all

13  aspects of the military housing which is the subject of the Operating Agreement,

14  Ground Lease and Property Management Agreement.

15       16.    Attached to my declaration as Exhibit F, is correspondence from

16  United States Department of the Navy to Defendants, dated 26 May 2020,

17  providing specific directions and oversight to them with respect to the National

18  Defense Authorization Act and sharing health, environmental and safety inspection

19  and testing results as to the military housing which is the subject of the contracts

20  submitted as Exhibits B, C and D with my declaration.  This correspondence was

21  received by Defendants in the ordinary course of their business and is retained by

22  Defendants in the ordinary course of their business.

23       17.    Attached to my declaration as Exhibit G, is correspondence from

24  United States Department of the Navy to Defendants, dated 1 May 2020, providing

25  specific directions and oversight to them with respect to the National Defense

26  Authorization Act and government access to the privatized military housing which

27  is the subject of the contracts submitted as Exhibits B, C and D with my

28

-9-

declaration.  This correspondence was received by Defendants in the ordinary

course of their business and is retained by Defendants in the ordinary course of

their business.

18.     Attached to my declaration as Exhibit H, is correspondence from

United States Department of the Navy to Defendants, dated 3 April 2020,

providing specific directions and oversight to them with respect to work order

systems for maintenance and repair work as to the military housing which is the

subject of the contracts submitted as Exhibits B, C and D with my declaration.

This correspondence was received by Defendants in the ordinary course of their

business and is retained by Defendants in the ordinary course of their business.

19.     Attached to my declaration as Exhibit I, is correspondence from

United States Department of the Navy to Defendants, dated 14 August 2020,

providing specific directions and oversight to them with respect to the National

Defense Authorization Act and relocation costs in the event of the need for tenant

relocation, which attached two further documents relating to tenant displacement

dated 30 April 2020, as to the military housing which is the subject of the contracts

submitted as Exhibits B, C and D with my declaration.  This correspondence was

received by Defendants in the ordinary course of their business and is retained by

Defendants in the ordinary course of their business.

20.     Exhibits F through I are but a few examples of the directives and

oversight that Defendants receive from the United States Navy with respect to the

military housing that is the subject of the contracts.

21.     In the Mold Management Plan developed in consultation with the U.S.

Navy, Camp Pendleton & Quantico Housing LLC and LPC Pendleton Quantico

PM LP, they developed a plan for addressing mold and moisture conditions in the

military housing asset on an ongoing basis.  The Mold Management Plan took into

account various public policy considerations, including financial (cost of

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-10-

inspections, repairs, budget and fiscal restraints); staffing (availability of employees/third party contractors to perform inspections and repairs); housing factors (ability to invade tenancies to inspect/repair); and military (maintaining housing stock and morale of forces re: housing opportunities and housing generally).  Both the development of the Maintenance and Mold Management Plans ("the Plans") were actually based on policy analysis, and so was their execution.  A main factor was cost.  Neither Camp Pendleton & Quantico Housing LLC, LPC Pendleton Quantico PM LP nor the U.S. Navy can inspect every home in their inventory (over 10,000 units) daily, weekly or monthly; it would be too costly as too many staff or personnel would have to be retained and it would disturb tenancies and quiet enjoyment.  A plan was hence developed with the Navy's input, to allow annual inspections and prompt responses to service requests which would allow the issues to be identified quickly and remedied, and then confirmed by follow ups to have been fixed.  The Plans were further designed, and executed, to allow minimal intrusion to the service member's and their families' tenancies for repairs, and for prompt responses to remedy the issues to keep up service member morale.  Various options were created by the U.S. Navy, Camp Pendleton & Quantico Housing LLC and LPC Pendleton Quantico PM LP, so that each issue could be individually assessed and addressed depending on the situation, allowing for flexibility on cost considerations and staffing or contracting for the performance of the repairs, and for the convenience and morale of the military family in their tenancy.

22.    Under the terms of the Ground Lease and Operating Agreement relating to the Property, the United States Navy retains ownership of the land on which the Stewart Mesa community (including the Property) is located and conveyed ownership of the improvements located on the land to the lessee (Camp Pendleton & Quantico Housing, LLC, of which the U.S. Navy is a member) under

-11-

Declaration of P. Rizzo in Support of Defendants' Motion to Dismiss
[F.R.C.P. 12(b)(1)]

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1   the Ground Lease for the term of the Ground Lease.  Upon termination of the

2   Ground Lease, all improvements on the land will be abandoned in place and

3   become the property of the United States Navy as the fee owner of the land.

4        23.    The Operating Agreement and Ground Lease relating to the Property

5   specify that the land and housing units on it must be used for the governmental

6   purpose of housing military service members and their families.  The PPV and

7   LPC Pendleton Quantico PM LP, as the property manager, must offer the housing

8   units first to military service members and their families, and then to Preferred

9   Referrals who work for the Department of Defense, before allowing any civilian to

10  lease a housing unit.  The U.S. Navy and Family Housing Office must further

11  approve each occupant of each property at Camp Pendleton.  The Lease for the

12  Property involving these Plaintiffs, confirms that Mr. Murray was a military

13  service member in the United States Marine Corps.

14       24.    Each of the three agreements which Defendants seek to have sealed

15  for submission in support of the Opposition to Plaintiffs' motion to remand, are

16  confidential and proprietary business documents involving the Federal

17  government.  The United States Navy is implicated in each of the documents, as

18  are the confidential terms of agreements with or involving the Federal government,

19  and/or confidential business and proprietary information and financial information.

20  On the cover page of the Operating Agreement and Ground Lease, the documents

21  have been expressly deemed "Confidential" by the contracting parties, which

22  include the United States of America, in an "all capitals" paragraph discussing the

23  Confidentiality.  All of the documents are further identified on each page in all

24  capitals as "CONTROLLED UNCLASSIFIED INFORMATION/FOR OFFICIAL

25  USE ONLY/PROPRIETARY BUSINESS INFORMATION/FOIA EXCEPTIONS

26  4, 5, & 6."  The confidential and proprietary content in these agreements discuss,

27  inter alia, capital contributions, financial information, business structures, financial

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

-12-

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    arrangements, tax issues, operating expenses, and various management plans.

2    These documents in essence disclose how these businesses are structured and run,

3    and how they are financed, and how they execute on their government contracts.

4    Moreover, two of the agreements directly involve the United States Navy as a

5    party, and the third involves a company in which the United States Navy has a

6    proprietary interest.  Camp Pendleton & Quantico Housing LLC and LPC

7    Pendleton Quantico PM LP, are required to protect these documents, and limit

8    their disclosure.  Beyond certain persons affiliated with the Federal government,

9    only certain Camp Pendleton & Quantico Housing LLC and LPC Pendleton

10   Quantico PM LP employees and officers have access to such documents.  When

11   said documents are disclosed in the context of litigation, it is always under an

12   executed Protective Order, which I understand has only recently been submitted to

13   the Court.  If these documents are disclosed freely to the public at large, then it

14   would allow a competitor PPV or military property management company to

15   obtain a significant advantage over Camp Pendleton & Quantico Housing LLC and

16   LPC Pendleton Quantico PM LP which would cause damage to their businesses.

17   The Federal government also has a proprietary interest in these documents and

18   would not want the agreements in which they are implicated and/or signatories,

19   exposed to the public at large.

20        I swear under penalty of perjury of the laws of the United States and the State

21   of California that the foregoing is true and correct and that this declaration was

22   executed this ⎣6⎦ day of December, 2020, in Newport Beach, California.

Philip Rizzo

-13-

Declaration of P. Rizzo in Support of Defendants' Motion to Dismiss
[F.R.C.P. 12(b)(1)]

# EXHIBIT A

## LEASE AGREEMENT
### Marine Corps Base Camp Pendleton

| **COMMUNITY** Stuart Mesa | | | | |
|---|---|---|---|---|
| **UNIT NUMBER** 251RIV | **UNIT ADDRESS** 251 RIVERA STREET | | | **UNIT TYPE** 3 bdr 2.5 bath |
| **CITY** Oceanside | **COUNTY** San Diego County | **STATE** California | | **ZIP** 92058 |
| **1. CURRENT DATE** (MM/DD/YYYY) 07/11/2018 | **2. LEASE COMMENCEMENT DATE** (MM/DD/YYYY) 07/16/2018 | | **3. LEASE END DATE** (MM/DD/YYYY) 07/15/2019 (see Paragraph 2) | |

**4. RESIDENT(S) - INDIVIDUAL(S) RESPONSIBLE FOR LEASE (All Individuals 18 years of age or older)**

| a. NAME (Last, First, Middle Initial) | b. Pay Grade | c. Branch | d. Duty Station/ UIC | e. Home Phone |
|---|---|---|---|---|
| MURRAY, BRION | E05 | Marines | 20373 | 910-282-7893 |
| 2a. MURRAY, SHAWNTEL | b. | c. | d. | e. |
| 3a. | b. | c. | d. | e. |
| 4a. | b. | c. | d. | e. |
| 5a. | b. | c. | d. | e. |
| 6a. | b. | c. | d. | e. |

| | |
|---|---|
| **5. MONTHLY RENT** | Monthly Amount: $_BAH_____ , As defined in Paragraph 3 |
| **6. SECURITY DEPOSIT AMOUNT** (Excluding additional amount for Satellite Dish) | Waived for service members using allotment or UDEFT and one month's rent for all others |
| **7. LATE CHARGE** (Applied after the 5th of the Month) | $25.00 |
| **8. RETURNED CHECK CHARGE** | $25.00 for the first returned check and $35.00 for each subsequent check returned, and the first returned check must be replaced with a money order or certified check. |

**9. UTILITIES PAID BY OWNER** All paid by Owner except telephone, cable TV and unreasonable utility usage pursuant to Paragraph 8

**10. RENT PAYABLE TO MANAGEMENT OFFICE:** LPC Pendleton Quantico PM LP, Building 200008, Oceanside, CA 92058, (760) 400-8179

**11. LIST OF ALL OCCUPANTS** (Do not list any from Number 4 above )

| 1a. NAME (Last, First, Middle Initial) | b. DATE OF BIRTH | c. RELATIONSHIP |
|---|---|---|
| MURRAY, MYAH | 7/1/2018 | Child |
| 2a. | b. | c. |
| 3a. | b. | c. |
| 4a. | b . | c. |
| 5a. | b. | c. |
| 6a. | b. | c. |
| 7a. | b. | c. |
| 8a. | b . | c. |
| 9a. | b. | c. |
| 10a. | b. | c. |

**12. EMERGENCY CONTACT**

| a. NAME MARIA INEZ TENORIO | b. RELATIONSHIP MOTHER IN LAW | c. TELEPHONE 505-617-1101 |
|---|---|---|

**13. SPECIAL PROVISIONS AND ADDITIONAL AGREEMENTS:**

*As per concession approval dated 15 Feb 2018 -During this lease term, you will receive a monthly concession of $350.00 for each month that the full BAH has been paid. The $350.00 month, only if the following 2 conditions are met: Must be paying current Camp Pendleton BAH or higher and all charges due to LMH, including rent and YES account balance, must be current. If the lease term is not fulfilled, all concessions and rebates must be paid back unless terminating the lease for reasons covered in page 8 paragraph 29 (sections A-E) of the lease. Note: Under the same approval, for intersite transfers who move mid-month: payments are split between districts, however, once the full BAH has been paid, you will receive the $350.00 concession and are also eligible to receive the concession in form of the rebate check the following month as well.

MURRAY-CPQH-LPC 000001

**LEASE AGREEMENT**

| READ AND ACCEPTED BY: | |
|---|---|
| X _(DocuSigned by: signature)_ | BRION MURRAY |
| **BRION MURRAY** | **PRINTED NAME** |
| X _(DocuSigned by: signature)_ | SHAWNTEL MURRAY |
| **SHAWNTEL MURRAY** | **PRINTED NAME** |
| X | |
| | **PRINTED NAME** |
| X | |
| | **PRINTED NAME** |
| X | |
| | **PRINTED NAME** |
| X | |
| | **PRINTED NAME** |

**OWNER:**

CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company

By:  LPC Pendleton Quantico PM LP, a Delaware limited partnership, its Authorized Agent

By: _(DocuSigned by: Valentina Etcitty)_

Name: ~~Valentina Etcitty~~

Title: ~~LMH Representative~~

MURRAY-CPQH-LPC 000002

# LEASE AGREEMENT

**THIS LEASE AGREEMENT** (this "Lease") is made on the "Current Date" listed in Box 1 of Page 1, between Camp Pendleton & Quantico Housing, LLC, owner of the subject Premises (the "Owner"), acting by and through its authorized agent, LPC Pendleton Quantico PM LP ("Agent") and the individuals referenced in this Lease in Box 4 of Page 1 (individually and collectively referred to herein as "Resident").

THE PARTIES AGREE AS FOLLOWS:

1.     <u>Parties to Lease</u>.  Subject to the terms and conditions of this Lease, Owner rents to Resident and Resident rents from Owner, the unit referenced on Page 1 of this Lease (the "Premises").  The Premises is to be used for residential use only, with exceptions permitted *solely* upon written approval of Owner.  The Premises is managed by LPC Pendleton Quantico PM LP, whose address and phone number are specified in Box 10 of Page 1.  LPC Pendleton Quantico PM LP is authorized to manage the Premises on behalf of Owner and to give and accept notices, demands and service of process on behalf of the Owner.

2.     <u>Term/Automatic Renewal</u>.  The initial term of this Lease commences upon the Lease Commencement Date set forth in Box 2 of Page 1 and expires upon the Lease End Date set forth in Box 3 on Page 1 (such initial term to be at least six (6) months and not to exceed twelve (12) months).  After expiration of the initial term, this Lease will automatically convert to a month-to-month tenancy.  Either party may terminate the month-to-month tenancy after service of a written thirty (30) day notice of termination to the other party.  If Resident has been in possession of the Premises for one year or longer, Owner shall provide Resident a written sixty (60) day notice of termination unless termination is due to Resident's breach of this Lease in which event Owner shall provide notice as required by law.

3.     <u>Rent</u>.

      A.     Resident agrees to pay "Rent" equal to the Basic Allowance for Military Housing (the "BAH") at the Resident's duty station of the pay grade of the Resident service member. If more than one service member is listed in Box 4 of Page 1, the Rent for the Premises will be one BAH equal to the higher BAH (at the with dependent rate) of the Resident service members.  Rent is inclusive of a utility allowance as explained in Paragraph 8.  If Resident's BAH rate changes at any time for any reason, Resident must notify Owner within fifteen (15) business days of the change.

      B.     If Resident's allotment or UDEFT is terminated while Resident is still in possession of the Premises without written permission from Owner, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.

      C.     Rent is payable on the 2nd calendar day of each month.  Rent for the first month of the Lease term is payable on the 2nd calendar day of the month following the month in which the Commencement Date occurs.  Rent not paid or Postmarked by the 5th calendar day will be considered late and will be subject to a late charge as set forth in Box 7 of Page 1.

      D.     Residents that do not qualify for BAH will pay the rental amount listed in Box 5 of Page 1.

      E.     Security Deposit:  Unless waived as set forth in Box 6 on Page 1, Resident agrees to pay one month's Rent as a security deposit.  Security deposit will be transferred to and held by Owner.

            All or any portion of the security deposit may be used, as reasonably necessary, to: **(i)** cure Resident's default in payment of Rent (which includes late charges, non-sufficient funds fees or other sums due); **(ii)** repair damage, excluding ordinary wear and tear, caused by Resident or by a guest or licensee of Resident; **(iii)** clean Premises, if necessary, upon termination of the tenancy; and **(iv)** replace or return personal property or appurtenances.

            **SECURITY DEPOSIT SHALL NOT BE USED BY RESIDENT IN LIEU OF PAYMENT OF LAST MONTH'S RENT.**  If all or any portion of the security deposit is used during the tenancy, Resident agrees to reinstate the security deposit within five days after written notice is delivered to Resident.  Within three weeks after Resident vacates the Premises, Owner shall furnish or return by personal delivery or first class mail postage prepaid to Resident: **(1)** an itemized statement indicating the amount of any security deposit received and the basis for its disposition; and **(2)** any remaining portion of the security deposit.

            Security deposit will not be returned until all Residents have vacated the Premises. Any security deposit returned by check shall be made out to all Residents named on this Lease, or as subsequently modified.

            No interest will be paid on security deposit.

4.     **Unit Diary Entry Electronic Funds Transfer (UDEFT) and Allotments**.

A.     Rent may be paid through a UDEFT if applicable. If a UDEFT is not applicable, Rent may be paid through an allotment, if available. By signing this Lease and electing not to pay the security deposit set forth in Box 6 of Page 1, Resident agrees to have Resident's BAH converted into a UDEFT or an allotment payable to Camp Pendleton & Quantico Housing, LLC. If an allotment is started before the 10th of the month of move-in, then Resident is responsible for paying the prorated amount of Rent due, which covers Rent from the date of move in until the 1st of the following month. If an allotment is started after the 10th of the month of move-in, then Resident is responsible for paying all rent and charges due until the allotment has commenced. Allotments will be verified through Resident's Leave and Earning Statement (the "LES"). If Resident is not receiving Resident's BAH at the time of entering into this Lease, payment is not due until the date the Resident receives it, but Rent is owed from the Commencement Date of this Lease. It is Resident's responsibility to make adjustments in the allotment to reflect any changes in Resident's BAH rate.

B.     Rent and all other charges owed by Resident pursuant to this Lease and not paid by UDEFT or allotment will be payable by personal check, certified check or money order at the address specified in Box 10 on Page 1 or to the District Office.

5.     **Late Charge; Returned Checks**.

A.     Resident acknowledges either late payment of Rent or issuance of a returned check may cause Owner to incur costs and expenses, the exact amounts of which are extremely difficult and impractical to determine. These costs may include, but are not limited to, processing, enforcement and accounting expenses, and late charges imposed on Owner. *If any installment of Rent due from Resident is not received by Owner postmarked by the 5th calendar day of the month, Resident shall pay to Owner a one time late charge for such monthly installment as set forth in Box 7 of Page 1. If a check is returned, Resident shall pay to Owner $25.00 as a Returned Check charge for the first returned check and $35.00 as a Returned Check charge for each additional returned check, and Owner has the right to require all future payments to be in certified funds. Late charges and Returned Check charges shall be deemed additional Rent.*

B.     Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's late or Returned Check payment. Any Late Charge or Returned Check charge shall be paid with the current installment of Rent. Owner's acceptance of any Late Charge or Returned Check charge shall not constitute a waiver as to any default of Resident. Owner's right to collect a Late Charge or Returned Check charge shall not be deemed an extension of the date Rent is due under Paragraph 3 or prevent Owner from exercising any other rights and remedies under this Lease and as provided by law.

6.     **Condition of Premises Upon Commencement Date**. Either Owner or Resident may request and conduct a joint walk-through inspection of the Premises within three (3) Business Days of Resident first taking occupancy to determine the condition of the Premises. Existing residents at the time of privatization (who took occupancy prior to the Commencement Date) may request a joint walk-through inspection of the Premises, which will be scheduled within a reasonable period after request. Resident must provide to Owner in writing within two (2) Business days after taking occupancy or the walkthrough, whichever is later, a description and request for repairs of any defects or damage to the Premises, including any furniture, furnishings, appliances, landscaping and fixtures. Otherwise, the Premises will be considered to be clean, safe and in good working condition. Owner will provide Resident with a Move-In Condition Form on which Resident may note the items that are damaged or not in operable condition.

7.     **Parking**. Parking is permitted in accordance with local traffic regulations. Parking space(s) are to be used for parking properly licensed and operable motor vehicles. Trailers, boats, campers, recreational vehicles (RVs), buses or trucks (other than pick-up trucks) are not permitted in the housing areas. Parking space(s) are to be kept clean. Vehicles leaking oil, gas or other motor vehicle fluids shall not be parked in this Community. Mechanical work on vehicles or storage of inoperable vehicles is not permitted in parking space(s) or elsewhere in this Community. Vehicles of Residents, occupants and invitees shall not block sanitation or mail pick-up areas. If the home has a garage(s), at least one operable vehicle must be parked in the garage.

8.     **Utilities**. Owner shall be responsible for the payment of water, sewer, trash and reasonable consumption of electric and gas during the term of this Lease.

9.     **Occupants and Permitted Use**. The Premises may be occupied only by people listed in Box 4 and Box 11 of Page 1 and approved pets. Resident may not allow any person not listed in this Lease to reside in the Premises in excess of thirty (30) days during any one-year period, without Owner approval. Resident must notify Owner, in writing and in accordance with the Community Guidelines & Policies (a copy of which is attached hereto and incorporated herein by reference), of visitors who plan to stay in the Premises for more than fifteen (15) consecutive days. Owner may approve such requests on a case-by-case basis. Resident shall inform Owner of any change in occupants to be listed

in Box 11 of Page 1. Resident agrees to use and maintain the Premises as a private residence only, except as permitted upon written approval of Owner.

10. **Pets**. No animal or pet shall be kept on or about the Premises without Owner's prior written consent. However, existing pets previously approved by the prior landlord (Installation) shall be permitted upon execution of the Pet Agreement Addendum. Notwithstanding the foregoing, no cats are permitted in the Serra Mesa or Stuart Mesa communities at any time.

11. **Waterbeds**. Resident shall not use or have waterbeds on the Premises unless: (i) Resident obtains a valid waterbed insurance policy (in form and amount acceptable to Owner) and provides Owner with a copy of the policy; and (ii) the bed conforms to the floor load capacity of the Premises.

12. **Rules/Regulations**.

    A.    Resident agrees to comply with the Community Guidelines & Policies and all other Owner rules and regulations that are at any time posted in the Community or delivered to Resident. Resident shall not, and shall ensure that guests and licensees of Resident shall not, disturb, annoy, endanger or interfere with other residents of the Community, or use the Premises for any unlawful purposes, including, but not limited to, using, manufacturing, selling, storing or transporting illicit drugs or other contraband, or violate any law or ordinance, or commit a waste or nuisance on or about the Premises.

    B.    Resident has been provided with and acknowledges receipt of a copy of the Community Guidelines & Policies.

13. **Repairs/Alterations**. Unless otherwise allowed by law, without Owner's prior written consent (which consent shall not be unreasonably withheld), (i) Resident shall not make any repairs, alterations or improvements in or about the Premises including: painting, wallpapering, adding or changing locks, installing antenna or satellite dish(es), or using screws, fastening devices, large nails or adhesive materials; (ii) Owner shall not be responsible for the costs of alterations or repairs made by Resident; (iii) Resident shall not deduct from Rent the costs of any repairs, alterations or improvements; and (iv) any deduction made by Resident shall be considered unpaid Rent. Resident agrees to indemnify and hold harmless Owner as to any mechanics lien recordation or proceeding caused by Resident's action or inaction. Residents are authorized to hang pictures and drapes.

14. **Maintenance**. Resident shall properly use, operate and safeguard the Premises, including if applicable, any privately fenced yard, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, and keep them and the Premises clean and sanitary. Resident shall be responsible for checking and maintaining all smoke detectors and any additional phone lines installed for personal use beyond the one line and jack that Owner shall provide and maintain. Resident shall immediately notify Owner, in writing, of any problem, malfunction or damage. Resident shall be charged for damages caused by Resident, pets, guests or licensees of Resident, excluding ordinary wear and tear. Resident shall be charged for all damage to the Premises as a result of failure to report a problem in a timely manner. Resident shall be charged for repair of drain blockages or stoppages caused by Resident misuse. Resident's failure to properly use, operate or maintain any item for which Resident is responsible shall give Owner the right to hire someone to perform such maintenance and charge Resident to cover the cost of such maintenance. Landscaping in privately fenced yards is the responsibility of the Resident while all other landscaping is the responsibility of the Owner.

15. **Surrounding Neighborhood Conditions**. Resident has been provided with and acknowledges receipt of the Surrounding Land Uses Disclosure. In addition to the information set forth in the Surrounding Land Uses Disclosure, Resident is advised to satisfy himself or herself as to neighborhood or area conditions, including schools, proximity and adequacy of law enforcement, crime statistics, proximity of registered felons or offenders, fire protection, other governmental services, availability, adequacy and cost of any speed-wired, wireless internet connections or other telecommunications or other technology services and installations, proximity to commercial, industrial or agricultural activities, existing and proposed transportation, construction and development that may affect noise, view, or traffic, airport noise, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, cemeteries, facilities and condition of common areas, conditions and influences of significance to certain cultures and/or religions, and personal needs, requirements and preferences of Resident.

16. **Database Disclosure.** Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

17. **Waiver**. The waiver of either party of any breach will not be construed to be a continuing waiver of any later breach. If Owner receives the Rent with the knowledge of any violation of this Lease, this will not be deemed a waiver of the breach. No waiver by either party will exist unless made in writing and signed by all parties to this Lease.

18. **Joint and Individual Liability**. If there is more than one Resident, each one shall be individually and completely responsible for the performance of all obligations of Resident under this Lease, jointly with every other Resident, and individually, whether or not in possession.

19. **Entry onto the Premises**. Owner or its representatives may enter the Premises: (a) in case of emergency, (b) when Resident has abandoned or surrendered the Premises, (c) to make necessary or agreed repairs, alterations or improvements, (d) to supply necessary or agreed services, (e) to test smoke detectors, (f) to exhibit the Premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors, (g) with Resident's prior permission, or (h) as otherwise allowed by law. Except in cases of emergency, Owner will provide Resident with reasonable written notice of Owner's intent to enter, and entry will be during normal business hours, 8:00 a.m. to 5:00 p.m., Monday through Friday; 10:00 a.m. to 4:00 p.m., Saturday, (except national holidays). Resident agrees that Owner's forty-eight (48) hours written notice before entry shall be reasonable written notice. Resident may be present during Owner's entry; however, entry is not conditioned upon Resident's presence. In case of an emergency, Owner or its representatives may enter the Premises at any time without prior notice.

20. **Assignment and Sublet**. Resident shall not sublet all or any part of the Premises, or assign or transfer this Lease or any interest in it. Any assignment, transfer or subletting of the Premises or this Lease by voluntary act of Resident, operation of law or otherwise, shall be null and void and, at the option of Owner, terminate this Lease.

21. **Breach by Resident**. If Resident breaches this Lease, Owner will be allowed, at Owner's discretion, but not by way of limitation, to exercise any or all remedies provided under law.

22. **Estoppel Certification**. If the Premises is sold or refinanced and Owner presents to Resident a "Resident's Certification of Terms - Estoppel Certification," Resident agrees to execute and deliver to Owner within ten (10) days the certificate acknowledging that this Lease is unmodified and in full force and effect, or in full force and effect as modified with Owner's consent, and stating the modifications. If Resident fails to timely deliver the executed certificate to Owner, the failure will be deemed as Resident's acknowledgment that the certification, as presented by Owner to Resident, is true and correct and may be relied upon by any lender or purchaser.

23. **Community Services and Facilities**. Owner may provide from time to time various services, equipment and facilities including, without limitation, community pools, fitness rooms, game rooms, sports courts and fields, dog parks, playgrounds, tot lots and the like (any such facility being a "Community Facility" and collectively, the "Community Facilities"), for Residents' use at their own risk. Resident acknowledges that the use of the Community Facilities may be canceled or modified at any time, at the sole discretion of Owner, and Resident will not be entitled to any reduction in Rent. Resident must use the Community Facilities in compliance with the restrictions described in the Community Guidelines and Policies, which are subject to change during the term of this Lease. Resident may obtain additional copies of the Community Guidelines and Policies at the management office upon request. Resident agrees not to allow occupants and/or guests or invitees who do not comply with the Community Guidelines and Policies to use such Community Facilities. Owner retains the right to deny use of or access to such Community Facilities to any Resident, occupant or guest who, in Owner's opinion, fails to comply with the Community Guidelines and Policies. Resident recognizes that Owner provides Community Facilities for Resident only as a courtesy in connection with Resident's leasing of the Premises and Owner may not provide attendants, supervisors or instructors, and Owner makes no representation that any attendants, supervisors or instructors have any expertise in operation or maintenance of the Community Facilities.

24. **Hold Harmless**. Resident agrees that Owner, Agent and their representatives do not guarantee, warrant or assure the personal security of Resident or other occupants. Owner and Agent shall not be liable for death, losses or damages to person or property of Resident, Resident's guests or occupants, caused by theft, burglary, rape, assault, battery, arson, mischief, war, terrorism, vandalism, fire, smoke (including second-hand smoke from other residences), water, lightning, rain, flood, hail, explosion, sonic boom, interruption of, or spike in, utilities, electrical shock, latent defects, acts of nature or unexplained phenomena, lack of access to land under the control of the Federal Government, acts of other Residents, occupants or guests or from any cause other than Owner's or Agent's gross negligence or willful misconduct or as otherwise provided by law. Except with respect to liability of Owner or Agent arising under law, Resident will indemnify and hold harmless Owner, Agent and their representatives from any and all liability including attorneys' fees due to death, loss or damage to the person or property of the Resident, occupants or others present at the Community including, without limitation, at the Community Facilities, with the Resident's consent from any cause other than Owner's or Agent's gross negligence or willful misconduct, and from any liabilities arising as the result of acts or omissions of the Resident, occupants or others present at the Community with Resident's consent.

25. **Security Devices**. Owner will have no duty to furnish (or to continue to furnish) alarms of any kind, security guards, or other security devices in the Premises except as required by law or contract. If Owner furnishes any security device in the Premises, Owner will have no obligation or duty to inspect, test or repair any security device unless Resident requests Owner to do so in writing. Resident must inspect the security devices upon move in, and will be given the opportunity to make comments on their condition on the "Move-In Condition Form". Owner will make needed repairs only after receiving a written request from Resident. Any and all security devices Resident installs must comply with all

applicable laws and contract terms, and Resident shall not change the entry locks or otherwise deny Owner access to the Premises. Resident agrees to release, indemnify and hold harmless Owner, Agent and their representatives from and against any liability (including attorneys' fees), arising from or in anyway relating to the use or malfunction of any security device installed by Resident.

26.  **Military Eligibility**.  Resident's eligibility for residing in the Premises is conditioned upon at least one Resident's continuous eligibility for Military Family Housing under Department of Navy regulations, this Lease and any applicable state and federal laws.

27.  **Rental Information**.  If rental history or other information on the Resident is requested by federal, state or local law enforcement agencies, Resident agrees that Owner may provide this information without recourse or further written authorization from Resident.

28.  **Resident's Obligations Upon Vacating the Premises**.

A.  Upon termination of this Lease, Resident shall: (i) give Owner all keys and copies of all keys or opening devices to the Premises, including any common areas; (ii) vacate and surrender the Premises to Owner, empty of all persons and all of Resident's personal property; (iii) vacate any/all parking and/or storage space; (iv) clean and deliver the Premises, as specified in Paragraph 28(C) below, to Owner in the same condition as referenced in Paragraph 6, excepting ordinary wear and tear; (v) remove all debris; and (vi) give written notice to Owner of Resident's forwarding address.

B.  All alterations/improvements left by the Resident at termination and that are made by or caused to be made by Resident, with or without Owner's consent, shall be deemed abandoned and may be disposed of, or retained by, Owner upon termination.  Owner may charge Resident for restoration of the Premises to the condition it was in prior to any alterations/improvements.  Any personal property left in the Premises after Resident vacates or abandons the Premises may be removed by Owner and handled in accordance with California Civil Code Section 1980 *et. seq.* or as otherwise provided by applicable law.

C.  Right to Pre-Move Out Inspection and Repairs as follows:

(i)  Within five (5) days after Resident provides Owner with a written notice of intent to vacate, Owner shall perform a pre-move out inspection and inform the Resident in writing of any potential move-out charges that may be assessed.  At Resident's option, Resident may attend such pre-move out inspection.  Resident shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease.

(ii)  Any repairs or alterations made to the Premises as a result of this inspection shall be made at Resident's expense.  Repairs may be performed by Resident or through others, who have adequate insurance and licenses and are approved by Owner.  The work shall comply with applicable law, including governmental permit, inspection and approval requirements.  Repairs shall be performed in a good and workmanlike manner with materials of quality and appearance comparable to existing materials.  It is understood that exact restoration of appearance or cosmetic items following repairs may not be possible.

(iii)  Resident shall: (a) obtain receipts for repairs performed by others; (b) prepare a written statement indicating the repairs performed by Resident and the date of such repairs; and (c) provide copies of receipts and statements to Owner prior to termination.

D.  Final Move Out Inspection.  Owner shall perform a final move out inspection on or after the date Resident vacates the Premises and all of Resident's personal property must have been removed prior to final inspection.  At Resident's option, Resident may attend such final move out inspection. The Resident will be charged a cleaning fee if the Premises is not properly cleaned.  The Resident will be assessed charges for any damages to the Premises, except ordinary wear and tear.

29.  **Termination by Resident Prior to Expiration of Term**.

A.  A Resident that is a military member shall have the right to terminate this Lease if: (i) the Resident receives permanent change of station orders; (ii) the Resident receives temporary duty or deployment orders equal to or in excess of three (3) months' duration to depart thirty-five (35) miles or more (radius) from the Premises' location; (iii) the Resident is discharged or released from active duty with the armed forces of the United States or the Coast Guard; or (iv) the Resident dies during active duty (in which case an adult member of his or her immediate family or personal representative of the estate may exercise this right).  In addition, a Resident that is a servicemember shall have the right to terminate this Lease as provided in the Servicemembers' Civil Relief Act, as shall Resident's dependents as provided in the Servicemembers Civil Relief Act.

B.    In order to terminate this Lease under Paragraph 29(A) above, Resident (or, in the case of death, an adult member of his or her immediate family or personal representative of the estate) shall provide Owner a written thirty (30) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing thirty (30) day period can be reduced or waived by Owner under special circumstances. If (i) the Resident terminates this Lease early under Paragraph 29(A) above, or (ii) two Residents terminate this Lease under either Paragraph 29(C) or 29(D) below, then the terminating Resident(s) will not be assessed a penalty for early termination. However, Resident is still responsible to turnover the Premises in accordance with the terms of this Lease.

C.    If two Residents are military members and only one Resident terminates this Lease under Paragraph 29(A) above, the remaining Resident will not be required to terminate this Lease as to the remaining Resident, but has the option to do so by providing Owner a written thirty (30) day notice of intent to vacate.

In any case wherein the service member Resident elects to terminate this Lease early pursuant to the Service Member Civil Relief Act (SCRA), the termination shall be effective as against any non-service member Resident. Should the non-service member Resident desire to continue to reside in the Premises, such lessee may request to sign a new lease with the Owner, and the Owner, in its discretion, may approve such lease. Absent such request and approval, the non-service member Resident's right to reside in the Premises shall terminate on the effective date of termination by the service member Resident.

In cases wherein the service member Resident elects early termination authorized by Paragraph 29(A) above but not covered by the SCRA, the following procedures shall apply:

If only one Resident is a military member and if that Resident terminates this Lease under Paragraph 29(A) above in a non-SCRA termination, either the remaining Resident or the Owner may terminate this Lease by providing the other party with a written thirty (30) day notice of termination. In the event such non military Resident is allowed to remain in the home and to occupy the Premises under this Lease, the monthly rental rate for the remainder of the then current term shall continue to be the monthly rent immediately prior to the effective date of termination by the military Resident.

D.    Change in Marital Status:

i.    <u>Right of Service Member to Terminate</u>. If only one Resident is a military member and if there is a change in that Resident's marital status, that service member Resident shall have the option of terminating this Lease by providing thirty (30) day written notice to Owner. Such written notice shall be signed by the service member Resident and shall state the desire to terminate this Lease due to a change in marital circumstances. It shall identify one of the following as the change in circumstances: (1) a final decree of divorce, accompanied by a copy of such decree; (2) a written separation agreement, accompanied by a copy of such agreement; or (3) the spouses' desire to terminate the marriage and live separately despite the lack of a court order or written separation agreement and the maintenance of separate residences for at least thirty (30) days prior to the notice of termination. Such Lease termination shall be effective only as to the requesting service member Resident. If the service member Resident terminates the Lease under this Section 29(D)(i) and vacates the home, the Owner has the right to serve the remaining Resident with a thirty (30) day notice to terminate this Lease.

ii.    <u>Right of Non Service Member Resident to Terminate</u>. In the event that the service member Resident elects to terminate this Lease pursuant to Paragraph 29(D)(i) above, the remaining non service member Resident has the option to terminate by providing Owner with a written thirty (30) day notice. In the event such non military Resident continues to occupy the Premises under this Lease, the monthly rental rate for the remainder of the then current term shall continue to be the monthly Rent immediately prior to termination by the military Resident.

E.    If Resident terminates this Lease early because Resident is buying a house, Resident will not be assessed a penalty for early termination. In such event, Resident will only be responsible for submitting to Owner a written thirty (30) day notice of intent to vacate and documentation of home purchase.

F.    If Resident intends to terminate this Lease prior to the expiration date of this Lease term (Box 3 on Page 1) for any other reason, Resident must submit a request in writing. Resident will be subject to an Early Termination Fee equal to Two-Hundred and Fifty ($250.00) dollars or other remedies available to the Owner under state law.

30.    <u>Termination by Owner Prior to Expiration of Term</u>. Owner shall be entitled to terminate this Lease if Resident is in breach of any of the covenants, terms or conditions of this Lease. In addition, Owner may terminate this Lease for the following reasons:

A.    Misuse or illegal use of the Premises, or conduct of residents, occupants and/or invitees which is detrimental to community safety and health;

B.    Unacceptable care of or damage to the Premises;

C.    The Resident, in the act of apparent abandonment and as a result of voluntary action, ceases to reside personally in the Premises;

D.    Use of the Premises for illegal activities or commercial transactions not permitted in writing by Owner;

E.    Subject to the Resident's rights to terminate this Lease, and specifically excluding all periods of Temporary Duty (TDY), deployment, Temporary Assigned Duty (TAD), leave, and vacation, a Resident shall be in default of this Lease if that Resident has vacated the property with no intention of returning to it;

F.    In the event that the service member Resident elects to terminate pursuant to Paragraph 29(A) above, the Owner has the right to terminate this Lease with respect to the remaining non service member tenant, provided that Owner gives such Resident written thirty (30) day notice of such intent;

In addition, the Owner may, with thirty (30) days written notice to the Resident, terminate this Lease upon learning of a change in marital status, regardless of whether the service member Resident elects to terminate this Lease. Change in marital status includes only the following: (1) a final decree of divorce from a court of competent jurisdiction; (2) a written separation agreement; or (3) a voluntary separation of the service member Resident and the non service member for at least sixty (60) continuous calendar days. The service member's absence from the residence due to deployment, military assignment, or military leave, shall not constitute separation for the purposes of this provision absent the consent of the service member. Notwithstanding any of the above provisions, the Owner shall not have the right to terminate under this section if the service member continues to reside in the Premises and one of the following conditions exist: (1) a court of competent jurisdiction identifies the service member spouse as the primary custodial parent of a minor dependent, or (2) if there is no court order, the written separation agreement identifies the service member Resident as the primary custodial parent of a minor dependent, or (3) if there is neither a court order nor written separation agreement, one or more of the service member's minor dependents continue to maintain his/her principal place of residence in the Premises; or

G.    Construction or renovation relocations in accordance with the Construction and Relocation Rider.

31.    **Damage to the Premises.**   If, by no fault of Resident, the Premises is totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render the Premises totally or partially uninhabitable, either Owner or Resident may terminate this Lease by giving the other written notice.  Rent shall be abated as of the date the Premises becomes totally or partially uninhabitable.  The abated amount shall be the current monthly Rent prorated on a thirty (30) day period.  If this Lease is not terminated, Owner shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Premises.  If damage occurs as a result of an act of Resident or Resident's guests, only Owner shall have the right of termination, and no reduction in Rent shall be made.

32.    **Insurance.**   Resident's or guest's personal property and vehicles are not insured by Owner against loss or damage due to fire, theft, vandalism, rain, water, criminal or negligent acts of others, or any other cause.  Resident is advised to carry Resident's own insurance (renter's insurance) to protect Resident from any such loss or damage.

33.    **Attorneys' Fees and Costs.**   If any legal action or proceeding is brought by either party to enforce any part of this Lease, the prevailing party will recover, in addition to all other relief, reasonable attorneys' fees and court costs.

34.    **Informal Dispute Resolution.**   If Resident has a request or concern:

A.    The Resident may bring the request or concern to the attention of Owner's onsite management office.

B.    If Resident is not satisfied with Owner's response from the onsite management office, Resident may bring the request or concern to the attention of Owner's Regional Property Manager at Owner's General Management Office.

35.    **Mediation.**   Owner and Resident agree to mediate any dispute or claim arising between them out of this Lease, or any resulting transaction, before resorting to court action.  Mediation fees, if any, shall be divided equally among the parties involved.  The parties agree to use a mediator selected from the mediation list incorporated in the Community Guidelines & Policies. If, for any dispute or claim to which this paragraph applies, any party commences an action without first attempting to make reasonable efforts to resolve the matter through mediation, or refuses to mediate after a

request has been made, then that party shall not be entitled to recover attorney fees even if that party eventually prevails in the court proceeding. The following matters are excluded from this paragraph: (i) an unlawful detainer action; (ii) the filing or enforcement of a mechanic's lien; (iii) any claim in an amount less than or equal to two (2) month's rent; and (iv) any matter within the jurisdiction of a probate, or bankruptcy court. The filing of a court action to enable the timely recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver of the mediation provision.

36.     <u>Choice of Law</u>:  Owner and Resident agree that this Lease and the contractual relationship between the parties shall be construed exclusively in accordance with, and shall be exclusively governed by, federal substantive law, except that the following state law shall apply: California Civil Code, Sections 1940 – 1954.1 (Leasing and Dwellings) and Sections 1980 – 1991 (Disposition of Personal Property Remaining on Premises at Termination of Tenancy), California Code of Civil Procedure Sections 1159 – 1179a (Summary Proceedings for Obtaining Possession of Real Property in Certain Cases), and California state common law interpreting these sections.

37.     <u>Time of Essence; Entire Contract; Changes</u>.  Time is of the essence.  All understandings between the parties are incorporated in this Lease.  Its terms are intended by the parties as a final, complete and exclusive expression of their agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  If any provision of this Lease is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect.  Neither this Lease nor any provision in it may be extended, amended, modified, altered or changed except in writing.  This Lease and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

38.      <u>Keys and Remotes</u>.  Resident acknowledges receipt of:

    _2_  key(s) to the Premises,            _2_  remote control device(s) for garage
                                             Door/Gate opener(s),
    _2_  key(s) to mailbox,                  _____

If Resident re-keys existing locks or opening devices, Resident shall immediately deliver copies of all keys to Owner. Resident shall pay all costs and charges related to loss of any keys or opening devices.  Resident may not remove locks, even if installed by Resident.

39.     <u>Notifications</u>.

        (a) To Resident:  Unless otherwise required in this Lease, any notice from Owner to Resident will be valid only if: (i) it is in writing, (ii) it is addressed to Resident at the Premises and (iii) it is personally delivered to the Premises or sent by mail.  The effective date of a notice will be the day it is personally delivered to the Premises or, if it is mailed, two days after the date it is postmarked.

        (b) To Owner:  Unless otherwise required in this Lease or by law, Resident will give all required notices to Owner in writing, delivered personally or sent by mail.  All such notices shall be addressed to Owner at the address set forth in Box 10 on the first page of this Lease.  The effective date of such notice will be the day it is personally delivered or, if it is mailed, two days after the date it is postmarked.

40.     <u>Addenda</u>.  Resident acknowledges receipt of the following Addenda, copies of which are attached hereto and are incorporated as part of this Lease.

| | |
|---|---|
| X | Community Guidelines & Policies |
| X | Pet Agreement |
| X | Satellite Dish & Antenna Agreement |
| X | Construction and Relocation Rider |
|   | Equipment and Furniture Addendum |
| X | Mold and Mildew Disclosure |
|   | Lead Based Paint Disclosure |
| X | Surrounding Land Uses Disclosure |
| X | Ordnance Disclosure |
| X | Proposition 65 Disclosure |
| X | Radon Disclosure |
| X | RECP Addendum |

41. **Resident Representations**. This Lease was entered into based upon the representations, information, and statements of the Resident(s) contained in the Rental Application. Resident(s) acknowledge that if any of those representations, information, and statements are found to be misleading, incorrect or untrue, it is a material breach of this Lease and Owner may immediately terminate this Lease and hold Resident(s) responsible for any damages or costs incurred in accordance with the law.

42. **Mutual Termination by Resident(s) and Owner Prior to Expiration of Term.** Debarment to the installation of any Occupant identified in Box 11 of Page 1 of this Lease shall give the Resident(s) the right to terminate this Lease, without penalty, upon thirty (30) days advance written notice to the Owner. Debarment to the installation of any Resident of this Lease shall give any remaining Resident(s) to this Lease the right to terminate this Lease, without penalty, upon thirty (30) days advance written notice to the Owner. Debarment to the installation of the sole Resident of this Lease shall give the Owner the right to terminate this Lease, without penalty, upon thirty (30) days advance written notice to the Resident.

[Remainder of Page Intentionally Left Blank]

Resident has read and understands this Lease and agrees to be bound by all of its covenants, terms and conditions. Resident acknowledges that Resident has received a duplicate original of this Lease.

X _____          7/16/2018
**BRION MURRAY**                              **Date**

X _____          7/16/2018
**SHAWNTEL MURRAY**                           **Date**

X _____          _____
                                              **Date**

X _____          _____
                                              **Date**

X _____          _____
                                              **Date**

X _____          _____
                                              **Date**

**OWNER:**

CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company

By:  LPC Pendleton Quantico PM LP, a Delaware limited partnership, its Authorized Agent

By:     _Valentina Etcitty_____

Name:   Valentina Etcitty

Title:  LMH Representative

# *Camp Pendleton PPV Housing*

## WELCOME!

Welcome to Camp Pendleton PPV Housing, a Military Family Housing Community. We are pleased that you have chosen to make your home with us. To help acquaint you with the community, your neighborhood and some of the regulations established by the USMC, we have compiled some useful information. We hope this assists you in making Camp Pendleton your new home.

This community is managed by LPC Pendleton Quantico PM LP It is our desire to provide the highest quality living environment possible for our guests. Should you have any comments or suggestions that cannot be answered by your community staff, please feel free to contact us at the following address:

### LPC Pendleton Quantico PM LP

General Management Office
Attn: Regional Property Manager
LPC Pendleton Quantico PM LP
MCB Camp Pendleton, Building 1536
Oceanside, CA 92054
(760) 385-5310

We at LPC Pendleton Quantico PM LP are committed to full compliance with all applicable fair housing laws and base regulations where communities exist. Your Community Guidelines and Policies are designed to provide for consistent and fair treatment of all residents in the spirit of these laws. Our professional goal is to provide you a level of service that exceeds your expectations.

The staff at your community has a legal obligation to treat each individual in a consistent manner.

Thank you in advance for your cooperation and we hope you enjoy your new home and community.

---

Our Mission

### TO OUR RESIDENTS

*We are dedicated to delivering exemplary service in a quality home environment.*

*Our goal is to be the apartment home provider of choice – a goal we attain through our residents and employees.*

*We understand that our customers define the standard of quality and service, and their loyalty must be earned.*

---

# Camp Pendleton PPV Housing
## Table of Contents

*Lease Provisions*
**Non – sufficient funds checks**
**Lease Renewal**
**Move Out**
**Termination of Occupancy**
**Pets**
**Mediation**

*Your Premises*
**Decorating/Signs**
**Patios and Balconies**
**Private Yards**
**Trash**
**Personal Property**
**Keys/ Lock Outs**
**Guests**
**Complaints**
**Televisions, Stereos, Radios**
**Swimming Pool/Swimming Pool Hours of Operations**
**Sports and Recreational Areas**
**Common Areas**

*Parking Policies*
**Motor Vehicles and Parking**

*Behavior and Weapon Possession*

*Safety Awareness*

*Disaster Supply Kit*

*Energy Management*

*Maintenance Tips*

*Pest Control*

Dear Resident,

We at LPC Pendleton Quantico PM LP are glad that you chose our community for your new home.  We have created the following guidelines and policies for our communities with your comfort, convenience and safety in mind. Included among these guidelines and policies are references to policies for amenities that may or may not be available at your community.

We at LPC Pendleton Quantico PM LP serve as the managing agent for the owner of your community ("Management").  For the purpose of these guidelines and policies, we will refer to you, the "Resident", as being any person who is listed as a resident on a valid and current Lease Agreement (the "Lease"), and entitled to occupy the dwelling unit, and we shall refer to any "suitable and responsible representative" as a person 18 years of age or older who is responsible for supervising someone under the age of 18 as indicated below.

It will be the responsibility of you, the Resident, to ensure that all your family, occupants, guests, invitees and others comply with all Community Guidelines and Policies. From time to time, we may make reasonable guidelines and policy changes, which will be distributed in writing.  You must also comply with all posted signs at the Community.

## Lease Provisions

To assure quality service and amenities, the number of occupants per Premises will be limited to two-persons-per-bedroom plus one.  The occupancy limit may be waived for Residents whose immediate family (spouse and bona fide family members) exceeds two-persons-per-bedroom plus one.  A newborn under the age of six (6) months will not be included in occupancy limits.  The waiver of occupancy limit does not include extended families (e.g., grandparents, aunts, uncles, nieces, nephews, cousins, etc.).  Any exceptions to this policy must be by written permission of Management.

It is the responsibility of the Resident to inform Management if or when the number of occupants residing in the Premises exceeds occupancy limits.  Failure to do so will constitute a violation of the Lease.

If you meet all the criteria for transfer, Management and the Military Housing Office will approve transfers from one dwelling to another and in such instances a new Lease Agreement will be signed.  The vacated Premises will be inspected and must be left in the condition described in your Move-Out Instructions.  We will assess charges for damages as applicable for the Owner and will require that they be paid upon request.

In accordance with the Lease, we require the Lease term be fulfilled and/or that you comply with the provisions of your Lease. In addition, we require that at least 30-days written notice be provided prior to vacating the Premises. Exceptions to this policy are included in the Lease.

### Lease Renewal
As specified in your lease, upon the expiration of your initial Lease term, your Lease Agreement will automatically be renewed on a month-to-month basis.  Please feel free to contact the Management office for details.

### Move Out
If you wish to move out of your dwelling after Lease term expiration, we require that you submit in writing a 30-day notice of intent to vacate. To receive a full security deposit refund (where applicable), you must comply with all Lease requirements, including the following:

- You must pay all rent and other amounts due;
- You must pay for any damages to the dwelling;
- You must complete the full term of your Lease and Lease provisions;
- Dwelling left in the same condition as at the time of move-in (normal wear and tear excepted);
- All keys must be returned to the Management office.

### Pets
Pet policies will comply with current base pet policies.  If pets are permitted at your Community, you must sign a Pet Agreement, and agree to abide by all policies listed in the Pet Agreement. Pets are not allowed in the Serra Mesa, San Mateo Point, Stuart Mesa and Pacific View communities (please see your management staff for further inquiries).

### Mediation

In the event of mediation for a dispute arising under the Lease, the Owner and Resident shall select a mediator from the list of mediators approved by the local California Superior Court for the jurisdiction in which the Premises is located.

## Your Premises

With the exception of (a) childcare operated by a DoN-approved, licensed child care provider, and (b) at-home businesses, each of which shall have received prior approval of Management, Residents may not operate any type of business in or from their dwelling or within the community.

### Decorating/Signs

**Alterations must be approved by Management.**  We require that residents refrain from modifying the walls, shelves or closets without prior written approval of Management. We will allow residents to hang pictures, mirrors, etc. on the walls, but ask that you use appropriate picture-hanger devices. In addition, we ask that you please use a cutting board rather than chopping and cutting upon the kitchen countertops.

In order to keep your dwelling its most attractive, we also ask that any window treatment be approved by the Management office. All windows must show white to the outside--aluminum foil or colored window treatments will not be allowed. Please utilize telephone outlets already installed in your dwelling only, as any additional wiring is prohibited.

Holiday Decorating:  Holiday displays are not permitted on roof surfaces.  Follow proper safety precautions and do not overload electrical circuits. Holiday lighting shall be turned off by 10:00 p.m.

Signs:  Yard sale, patio sale signs or any other type sign or banner advertising an event can only be posted on authorized bulletin boards or displayed in your area of responsibility.  These types of signs are not to be attached to utility poles, mail boxes, sign posts, trees, etc.

### Patio and Balconies

We ask that you keep your sliding door and windows closed and locked during your absence to protect against rain damage. Patio, balcony, or entryways should be kept uncluttered and free of trash and residents are asked to not store items, trash, clotheslines or clothes on balconies.  In addition, please do not leave pets unattended on patios or balconies at any time (only in communities where applicable).

### Private Yards

Please keep private yards free of trash and debris.  We permit residents to have playground equipment, such as toddler-type plastic swing sets or slides in their private yards, although structures such as doghouses, dog runs, storage sheds, or personal whirlpools/spas are not allowed. While private wading/swimming pools are allowed, they cannot be left over night or unattended at any time while there is water in the pool. **Occupants are responsible for the maintenance of the grounds within their fenced yards.**  In the San Mateo Community: (a) all landscaping installed by Resident shall be non-invasive and drought-tolerant, (b) any outdoor lighting shall be directed away from the coastal sage scrub area, and (c) lighting along the Southeastern boarder of the Community shall be screened.

### Trash and Refuse, Disposal and Collection

Trash and refuse includes but is not limited to garbage, trash, and waste.  All refuse and trash will be placed at curbside for collection on scheduled collection days prior to 7:30 a.m.  If desired, occupants may place trash and refuse at curbside after 6:00 p.m. on the day that precedes collection days.   All trash and refuse, except as noted below, will be placed in covered containers in accordance with the trash contract.

Containers will be filled in a manner that will allow complete closure of lids.  Residents will be responsible for cleaning containers frequently to prevent unsanitary conditions that contribute to insect breeding.

- Plastic bags are for use only as a container liner or for grass. Plastic bags should be filled with grass clippings in a quantity that precludes bag breakage.  Do not exceed the "test" strength of the bag.
- Limitations on trash container capacity must be observed.
- Any material that might cause injury to the collector (i.e., ashes, sawdust, broken mirrors, etc) must be securely wrapped in several layers of newspaper and placed in containers. Sturdy cardboard boxes, secured tightly closed may be used.
- Wet trash or refuse not intended to be disposed of in the garbage disposal, must be drained, wrapped in newspaper or placed in milk cartons and placed in containers.
- Trash and refuse must not include rocks, earth, construction waste, heavy or large objects, large auto parts, explosives, chemicals, any form of hazardous waste, bicycles, or lawn mowers.
- Residents should promptly remove empty trash containers from the curbside to their proper location after collection has occurred.

- It is the responsibility of each resident to prevent the scattering of their trash, recycling or refuse containers.

**Personal Property**

We strongly recommend you acquire renter's insurance. The Owner provides only $10,000 in content insurance coverage with a $250 deductible. You should contact the insurance company of your choice to make sure that you are adequately covered for additional losses.

During extended periods of absence, please notify us and/or make arrangements with your neighbors to periodically check your dwelling for fire hazards, broken water lines or other potential hazards that may arise in your absence.

**Keys/ Lock Out**

In case of emergency it is necessary for the Management office to have a key to any additional or replacement lock that was not originally provided upon move in. In the event you are locked out of your dwelling, please call the office during business hours or contact maintenance for assistance. A number will be provided in your Welcome Package. We will replace any lock and provide additional keys for a small fee. After hours please call 888-578-4141.

**Guests**

Visitation period for guests is limited to fifteen consecutive days and thirty days in one calendar year. Residents must notify Management, in writing, within 72 hours of a visitor's arrival if the visitor will be staying more than fifteen consecutive days. Special situations, such as temporary custody, should be referred to Management and will be dealt with on an individual basis. The Owner reserves the right to control the entry into the Community by Resident's guests, agents, licensees or invitees, furniture movers, delivery persons, solicitors, and/or salespeople and may prohibit from the Premises or Community guests or invitees who, in Owner's reasonable judgment, have been disturbing the peace, disturbing other residents or violating Community policies. As a custodian of the Premises, the Resident retains responsibility for the guest residing at their house.

**Complaints**

When incidents or situations of a serious nature arise or residents become aware of a specific housing violation, residents should report the condition to the district office and personnel will investigate the complaint and take appropriate action. Serious or repeated violations or occasions of misconduct will be presented to Management for disposition and could result in termination of the lease. Valid complaints will remain in the file of the responsible party.

**Televisions, Stereos, Radios**

Please respect your neighbor's right to the quiet enjoyment of their home by controlling the volume of your televisions, stereos, radios, and parties. Please note that CB base stations or radio/television aerials and wires are not permitted on any part of the premises. Satellite dishes may be installed, under the guidelines outlined in the Satellite Dish & Antenna Agreement.

**Office Hours and General Information**

Your district office is open from 8:30 a.m. to 5:30 p.m. Monday through Friday, and from 9:00 a.m. to 5:00 p.m. on Saturday. After the close of business, messages for office personnel and **_non-emergency_** maintenance requests may be left on the answering machine. For *after-hours maintenance emergencies*, please call our 24-hour customer service center, *Lincoln at Your Service*, by dialing toll-free, 1-888-578-4141. Please feel free to call us if you have any questions.

If you receive a bill regarding waste removal, water, sewer and storm drain fees please bring the envelope and all its contents to the on-site management office.

**Swimming Pool / Swimming Pool Hours of Operation (including spa and sauna): 9:00 a.m.-8:00 p.m. during pool season.**

We ask that all residents and their guests observe the posted pool regulations as established by the City/County. For health and safety reasons, we require that all persons under the age of 14 be accompanied and supervised by a parent, guardian or legal custodian, or a suitable and responsible representative, at all times. A Resident or occupant must accompany guests at all times. For the comfort and pleasure of all residents, radio and CD players may only be used with earphones. All residents and their guests are asked to refrain from loud or profane language and to conduct themselves in a manner that is not offensive to those around them.

Please wear only swimwear in the pool, as the strings on cutoffs will clog the filter system. Floats, toys and air mattresses are not allowed, although safety floats for children are permitted. Identification may be requested any time to assure that only residents/occupants and their guests use the pool. In addition, neither pets nor glass objects are allowed in the pool area (this provision does not apply to guide animals used by handicapped persons).

**Sports and Recreational Areas / Fitness Center Hours**: **Please contact District Office for hours.**

Residents may check out equipment from the Management office during office hours and may require proof of residency. We require that a valid driver's license or other identification be left at the Management office and that all equipment be returned before closing.

Use of sport, pool and recreational areas are at your own risk and all residents must expressly understand that Management is to be held harmless for any and all injuries, accidents, or losses suffered while using facilities, other than those that may result from the negligence or willful misconduct of LPC Pendleton Quantico PM LP personnel. The Management office will make no warranties concerning the equipment or facilities and residents agree no representations are being made as to the safety, desirability or quality of equipment or facilities. Residents and their guests or occupants will be responsible for the cost of any repair or service on equipment or facilities due to misuse.

**Common Areas**

All common areas, including but not limited to parking lots, stairwells, breezeways, jogging trails, laundry rooms, courtyard areas, the grounds surrounding your home, clubrooms, sport courts, creeks, lakes and pools must be kept clear at all times of trash, refuse and other obstructions. Please be aware that all items left unattended in common areas may be removed and disposed of by Management personnel without notification.

Common areas are for the use and enjoyment of all residents at the Community. Any Resident, occupant and/or guest(s) behaving in an unreasonable, illegal and/or offensive manner will be required to leave the common areas and such conduct shall constitute a breach of the Lease.

Your Management office will issue Lease Violations for such items as excessive noise, littered yards, illegal parking, balcony or breezeway violations, unauthorized pets, unauthorized repair of vehicles and failure to observe speed limits or stop signs within the community.

# PARKING POLICIES

**Motor Vehicles and Parking**

When entering or leaving the community, we ask that you operate your vehicle at a speed not to exceed fifteen miles per hour.

The parking lots are for parking automobiles, motorcycles, vans or pick-up trucks belonging to or used by the residents and occupants of the community.

City and base fire codes prohibit the parking of motorcycles under breezeways, on sidewalks, patios or inside your dwelling. Please do not park in designated fire lanes, handicapped spaces (unless authorized to do so) or block trash receptacles. Such action is a violation of city or base ordinances and vehicle will be towed at the owner's expense. Any vehicle towed may be subject to additional fines.

All abandoned, inoperable vehicles and/or vehicles with expired registration are subject to being towed. Any vehicle with an alarm system that malfunctions and/or sounds continuously for one hour, or intermittently for a period of three hours, is subject to being towed.

Parking at your community is unassigned (surface). Vehicles that (i) do not have current registration, (ii) are inoperable, causing an environmental hazard or stationary for extended periods of time, (iii) are found in Handicapped spaces (without a permit), "No Parking" areas or red zones, or (iv) block access will be towed at the vehicle owner's expense and risk. Private garages must be used for vehicle parking. Please do not park or drive on the grass areas with your vehicles.

Observe all traffic and parking signs as the streets and alleys throughout the community will remain open to the public. This ensures access for city police, fire and other vital surfaces. All surface (street) parking is unassigned, unless otherwise specified in your lease.

Vehicles without current registration and/or current plates are subject to being towed, without notice, at the vehicle owner's expense. The use of streets, alleys, parking lots for any other purpose (such as parking or storage of commercial vehicles, taxi cabs, boats, trailers, large trucks, buses, recreational vehicles or large motor homes) or repair of motor vehicles (including oil changes) is prohibited throughout the community (including private garages).

For the safety of your children, please instruct them not to play in the streets, alleys or parking lots. **Speed limit signs are posted in all housing areas. Sound judgment will require speeds to be considerably lower due to traffic conditions and children at play.**

**WE CARE ABOUT OUR CHILDREN. . . please drive carefully.**

**Behavior and Weapon Possession**

For the comfort and well being of all residents, the following activities are prohibited:

- **Possessing a weapon that is not registered with the Provost Marshall and not being properly stored.** Displaying a gun, knife, discharging a firearm or other weapon in the common areas in a way that may alarm others, or engaging in threatening violence within the community.
- Disrupting our business operations.
- Disturbing or threatening the rights, comfort, health, safety or convenience of others in or near the Community.
- Behaving in a loud or obnoxious manner that is disruptive to others within the Community.
- Harassing or discriminating behavior towards others in or near the Community (including Owner's representatives and employees).
- Possessing, selling or manufacturing illegal drugs or possessing drug paraphernalia.
- Storing anything in a closet that houses gas appliances.
- Tampering with utilities or telecommunications lines.
- Handling, storing, using, or disposing of hazardous chemicals (including motor oil) in a manner contrary to local ordinance and EPA guidelines, or burning sterno logs in fireplaces.

# SAFETY AWARENESS

The following suggestions will help you take an active role in securing your home, property, and most importantly, yourself.

- If you have an emergency, call 911 or the base police. Attempting to locate the security officers or calling the management/district office will only delay response time.
- Take responsibility for your own safety. Know your local emergency phone numbers.
- Do not open your front door without verifying who it is first. If the person claims to be an employee and you do not recognize them, call the Management office for verification.
- When returning to your home late in the evening, if possible, always use the main property entrance.
- While on the property and at all times, be observant and always be aware of your surroundings and the people in the area.
- Do NOT display house keys in public or carelessly leave them in the mail area, at the pool, or places where they can be easily stolen.
- Do NOT affix identifying tags with your address on your key chain.
- Keep a complete list of the serial and identification numbers of all your appliances, computers, television, VCR, stereo, etc. This will greatly aid in recovering stolen goods.
- If you notice suspicious persons loitering around the property, report them immediately to the proper authorities and the management/district office, DO NOT confront them yourself.
- Do not invite strangers into your home.
- Automobiles and auto accessories such as cellular phones and stereos are prime targets for thieves. Your car should remain locked at all times.
- Please insure that all of your home's doors and windows are locked at all times. If any of your locks are inoperable, please contact the management/district office immediately.

The Owner and Management are not responsible for any lost or stolen property.

# DISASTER SUPPLY KIT

The Federal Emergency Management Association (FEMA) recommends each family keep the following items readily available for transport in case of severe weather, earthquake or other emergency: **Be prepared in advance and have emergency materials on hand.**

Flashlight/Batteries

Battery operated Radio with extra batteries

**Water** – at least 1 gallon daily per person for 3 to 7 days

**Food** – enough for 3 to 7 days

Non-electric can opener

Non-perishable and canned foods

Food for infants or elderly

Snack foods

Paper plates, roll of paper towels, plastic utensils

Blankets, Pillows

**Clothing** – seasonal, raingear, sturdy shoes

First Aid kit, Medicines

Toiletries

Cash

Keys

Tools

**Important Documents** (keep in a waterproof container)

Special needs for Infants or Elderly

**Pet Care Items** (food, water, carrier/cage, medicines)

*Disaster Services*
American Red Cross
FEMA
Salvation Army

See your provided move-in packet for phone numbers

# ENERGY MANAGEMENT

Saving energy in your home allows for more money to be available for Community Services and for upgrades to your home and common areas. Please help us to provide improvements to your homes and neighborhood by saving on your individual energy costs.

LPC Pendleton Quantico PM LP tracks individual utility usage. Our goal is to reward those who conserve energy and to educate energy abusers.

Please review the attached "Conservation Tips" that offer simple steps that lead to significant energy conservation. In the coming months you may be notified of your individual energy consumption to help you monitor your usage from month-to-month.

Thank you!

# ENERGY CONSERVATION TIPS

## Refrigerators
- Open refrigerator door only long enough to get the food items you need.
- Organize your food on the shelves for easy access.
- Before storing leftovers allow them to cool, that way your refrigerator or freezer won't have to work to cool them off.
- Refrigerators and freezers operate more efficiently when they are full, but over-loading will prevent cold air from circulating properly.

## Dishwasher
- Only wash full loads and use the energy-saver setting.
- Allow dishes to air dry.
- If you wash dishes by hand, fill the sink with water instead of letting the water run, and rinse with cold water.

## Stove
- Defrost food first in the microwave and cover pots to shorten cooking time.
- Keep your oven and range free of grease and baked-on residue.

## Laundry
- Wash full loads and use cold water instead of hot water.
- Dry full loads and clean lint filter after each load.
- Most materials only need a 10-15 minute wash cycle to get them clean; over washing and over drying will wear out your clothes faster.

## Water
- Turn the water off while you're not using it - such as when lathering your hands with soap, brushing your teeth and scrubbing dishes.
- Decrease your showering time to about 5 minutes.

## Lights and Other Appliances
- Replace your incandescent light bulbs with compact fluorescent lights (CFLs), they use 75% less energy and last up to 10 times longer.
- Turn off lights when you leave a room.
- Unplugging or turning off appliances when you're not using them can save a significant amount of energy.

## Heating & Air Conditioning
- Thermostat should never be turned up high to heat a home in a hurry (it won't heat your home any faster).

MURRAY-CPQH-LPC 000021

- ➢ Please keep windows and doors closed while using the heating and air conditioning
- ➢ Use fans and open windows to create a cross-draft instead of using your central air-conditioning
- ➢ Keep your vents free from obstructions.

# MAINTENANCE TIPS

**General Maintenance**
Please report any and all needed repairs to the Management office by phone, email or through Service Track online. For maximum efficiency, report repairs in the morning whenever possible.

In the event your service request is not completed to your satisfaction and your Management office staff seems unable to provide a solution, please feel free to contact the General Manager's Office.

**Emergency maintenance is provided 24 hours a day.**
An emergency is defined as any occurrence that endangers life or property or that eliminates an essential service. These include, but are not limited to: fire, flood, power outage, gas leak, violent criminal activity and burglary. If the ONLY bathroom is not functioning, it is considered an emergency. After office hours, call (888) 578-4141 for emergency service requests.

Should you require maintenance assistance or have any questions regarding the operation of your appliances, please contact Management.

**Access To Your Dwelling**
We require that the Management office approve any change of dwelling locks. It is imperative that we have access to your dwelling in order to perform routine work and handle emergency situations; therefore, it is necessary for Management to have any and all keys to your dwelling. Whenever Management personnel or exterminators enter your dwelling to perform work, they will leave a copy of the service request to let you know what work was performed.

## For your peace of mind

Please notify Management of any burned out exterior or hallway lights, faulty locks, lost keys, etc.

Please report immediately to police and then to the Management office or 24-hour answering service any suspicious persons, strange vehicles or unusual or suspicious activity.

We require that written permission be supplied from Residents listed on the Lease in order to give access to a dwelling. This includes delivery companies, moving van representatives, out-of-town guests and relatives.

Before allowing entry into your dwelling, please request credentials from all maintenance personnel.

## Garbage Disposal: Keep the cover in the stopper position when not in use (this will prevent foreign material from accidentally dropping into the disposal unit). Be sure to have COLD water turned on. It is important to maintain a sufficient flow of water to flush shredded waste through the drains, even after the disposal unit has been turned off. DO NOT put bones, bottle caps, glass, foil, rags, cigarettes, string, paper, anything fibrous (i.e., celery, artichokes, corn husks) or grease down the garbage disposal. This will build-up and cause clogging.

Troubleshooting
1. Press the reset button under the garbage disposal unit (located under the sink) and turn the switch on.
2. If the disposal still does not operate, please call the management office and we will send someone out to repair the unit.

## Dishwashers: Rinsing your dishes before loading helps prevent the drain from clogging. If you have dishwasher safe plastic and wooden items, load them in the top rack only. Please do not place fragile glassware in the dishwasher, as the jet action may cause breakage. See your District Office for detailed operating instructions.

## Washing & Drying Machine: In communities where machines are provided for your use, the machines are part of an energy program and may meet the Energy Star requirements and therefore we recommend that you not replace the machines. See your District Office for detailed operating instructions.

**Toilets:** Clogged toilets can be prevented by ensuring that only toilet tissue, used in moderation, is flushed down the toilet. Keeping a plunger on hand will allow you to quickly solve clogs yourself. Maintenance assistance is available for serious back-ups.

**Light Bulbs:** Your apartment is supplied with light bulbs at time of move-in. After move-in, it is your responsibility to replace burned out light bulbs in any *personal* lamps or fixtures. Please report unlit bulbs over walkways, halls, or common areas to the Management office.

**Smoke & Carbon Monoxide Detectors:** Your home has one or more smoke detectors. Carbon Monoxide detectors have also been installed in most homes and will ultimately be installed in every home that is serviced with gas. Both of these appliances are hard-wired to the electrical system and have battery back up. As the proper functioning of these appliances is critical to your safety, we recommend that you inspect and test them on a monthly basis. It is violation of your Lease to remove or tamper with these detectors. Immediately notify the District Office in writing of any malfunctioning detectors.

**Central Air & Heat:** Your home is equipped with individual unit central heat and in some communities central air as well. An ideal temperature setting is between 70°–72°, with the minimum to maximum range being from 68°–74° (please be aware that setting your thermostat to temperature extremes may cause damage to your HVAC unit). Your thermostat is factory programmed to standard temperature settings. Should you decide to change the temperature, please allow a minimum of ten minutes for the temperature to adjust (choosing an extreme setting will not bypass this 10+ minute adjustment). The temperature will remain at this setting until the next factory programmed temperature cycle. If at any time you find that your thermostat is malfunctioning or for more detailed operating instructions, please call the District Office. HVAC repairs may take up to four (4) days to be repaired, as specially trained technicians must be called out to perform service on the units.

**HVAC Filters:** At move-in, your AC filter will be new. Twice yearly, Management's maintenance team will schedule your filter to be replaced. The air conditioning filter(s) in your dwelling should be changed on a regular schedule to insure proper performance of heating and air conditioning units. We will provide this service at no cost and will send you notice in advance.

**Garage Doors:** Garage door springs, cables, brackets and other hardware attached to the springs are under very high tension and if handled improperly, can cause serious injury. We recommend that you report all malfunctions to the District Office so that qualified professionals can make the necessary repairs/adjustments. A few simple precautions can protect your family and friends from potential harm. Please take a minute to read the following safety tips:

- Do not stand or walk under a moving door.
- Do not let children play with or use the transmitters or remote controls.
- Teach your children about garage door and opener safety; explain the danger of being trapped under the door.
- When using the pushbutton or transmitter, keep the door in sight until it completely stops moving.
- Teach your children to keep their hands and fingers clear of section joints, hinges, track, springs and other door parts.

Should the power fail, you will not be able to open or close the door using the pushbutton or wireless transmitter. Instead, you will have to pull the RED *emergency release latch* to allow the door to be manually lifted or lowered. It is recommended that the latch be pulled when the door is closed. Use caution when using this release with the door open. Weak or broken springs may cause the door to fall rapidly causing severe injury or death.

If your wireless transmitter needs service, please drop it off at the District Office. A technician will repair and/or replace the transmitter within 24 hours.

**Pest Control:** Extermination service is available. Please prepare for extermination services as follows:

1. Remove all items from under kitchen and bathroom sinks.
2. Pick up toys or other objects that may interfere with application.
3. All persons and pets should vacate the premises during treatment and should not re-enter the home until treated floors, carpets and rugs are thoroughly dry. Under normal conditions, this may take 1 - 3 hours (4 hours are recommended).

MURRAY-CPQH-LPC 000023

4. Remove pet birds from the house, or if the bird(s) cannot be removed, place in a ventilated room that will not be serviced.
5. Turn off aquarium air pumps and cover tanks and pumps with plastic wrap. Pumps can be restarted about 3 hours after treatment.

After service, it is common to see an increased amount of insect activity as the specially formulated applications disrupt nesting and hiding sites.  For this reason, our pest control contractor will not apply pesticides more than once every seven days.

We welcome you to your new home and sincerely hope that you enjoy every day of your residency here to the fullest. We appreciate your cooperation in making your community a happy home for all residents.  If you have a request, please contact the Management office at 760-430-0694.

X _____     7/16/2018

**BRION MURRAY**                        Date

X _____     7/16/2018

**SHAWNTEL MURRAY**                     Date

X _____     _____

                                        Date

X _____     _____

                                        Date

X _____     _____

                                        Date

X _____     _____

                                        Date

**OWNER**:
CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company
By:  LPC Pendleton Quantico PM LP, a Delaware limited partnership, Its Authorized Agent

By: _____
Name:  Valentina Etcitty
Title:  LMH Representative

# VEHICLE REGISTRATION
## *The District Office*

**To ensure that your vehicle is registered with the District Office, please complete this form and return it as soon as possible.**

Name      BRION MURRAY      Spouse Name      SHAWNTEL MURRAY

Address      251 RIVERA STREET      Oceanside, CA      92058

Home Phone      910-282-7893      Work Phone    252-259-5527

Current Duty Station    20373      Rank    E05

### VEHICLE - 1

Vehicle Make / Model      DODGE CHARGER

Color    SILVER      License No    EAF1122      State    NC

### VEHICLE - 2

Vehicle Make / Model      MAZDA 3

Color    BLUE      License No    CBM4225      State    NC

### VEHICLE - 3

Vehicle Make / Model

Color      License      State

Project: Stuart Mesa
Unit: 251RIV

**PET AGREEMENT**                                    Page 1 of 2

Pet ownership is a conditional privilege extended to personnel residing in the community who meet the conditions specified below. Resident must act responsibly to control and care for Resident's pets. If Resident fails to do so, Owner at any time may revoke the privilege.

Resident must request approval from the Owner for Resident's pet before moving the pet into the Premises. In the event that Owner approves Resident's request to move a pet into the Premises, Resident shall abide by the rules and regulations set forth in Marine Corps Order 11000.22, Chapter 5 (the "**Marine Corps Order**"). Pursuant to the Marine Corps Order, full or mixed breeds of Pit Bulls, Rottweilers and canid/wolf hybrids are prohibited aboard Marine Corps Installations (the "**Prohibited Dogs**"). However, Residents currently in possession of properly registered Prohibited Dogs may keep their dog in the Premises provided that certain "grandfather" provisions set forth in the Marine Corps Order are met.

Small birds, fish, hamsters, guinea pigs and gerbils which are properly caged in a domicile designed for their habitation are not counted against any pet limit and are allowed in the Premises. Resident is not allowed to breed any animals for any purpose at any time. In addition, no cats are permitted in the Serra Mesa or Stuart Mesa communities at any time.

<u>RESIDENTS ARE ALLOWED:</u>

Resident will be responsible for a proper flea and tick control program for Resident's pet(s). Resident will be required to provide documentation that the Premises have been treated prior to vacating the Premises. Any damages or flea infestation will be Resident's financial responsibility.

<u>CONDITIONS OF ANIMAL OWNERSHIP:</u>

a)  Vaccinations, license, and permits must be obtained as required by law or by the Marine Corps Order (with respect to dogs and cats), and Owner may request copies of these documents at any time.

b)  Per the Marine Corps Order, all dogs and cats must be registered with the local Veterinary Treatment Facility (VTF), and proof of registration must be submitted to the MHO prior to Resident's entry into the Premises. Proof of registration will consist of a civilian or military veterinarian certification of required vaccinations and a functioning microchip identification device.

c)  Non-domesticated "wild" animals, including but not limited to reptiles of any kind, and farm animals are prohibited in PPV family housing.

d)  Only the pet(s) named and described on this Lease pet addendum will occupy the Premises and no additional or different pet is authorized under this Lease. Residents will be limited to one of the following: (i) two (2) dogs, (ii) two (2) cats, or (iii) one (1) cat and one (1) dog.

e)  The pet(s) will be kept at all times inside the unit or within Resident's fenced and gated private backyard if Resident has one, except when on a leash and accompanied by and under Resident's control. No pet may be allowed to roam free outside the Premises at any time. All dogs and cats must wear a collar at all times with a valid, current rabies vaccination tag attached to the collar.

f)  If Resident's pet becomes in any way a disturbance or nuisance to others in or around the neighborhood, Resident will immediately and permanently remove the pet from the Premises.

g)  Resident will clean up after Resident's pet immediately. The areas of the Premises used by Resident's pet must be kept sanitary and shall not constitute a fly breeding reservoir, or a source of offensive odors or of disease.

h)  Animals shall be humanely treated at all times. Animals shall not be permitted to disturb the peace and the areas of the Premises used by Resident's pet shall not be permitted to constitute a public nuisance or hazard.

i)  Commercial breeding or kenneling of pets in PPV family housing is expressly prohibited.

| DESCRIPTION OF PET (1): | | |
|---|---|---|
| Name of Pet: | Type of Pet:<br>DOG      CAT | Breed: |
| Color: | Weight:<br>0 | Age:<br>0 |
| License Number: | Date of Last Rabies Shot: | Veterinarian's Name: |
| DESCRIPTION OF PET (2): | | |

DocuSign Envelope ID: C3DF6032-296A-42B-4C3C-780B0663D15A

Project: Stuart Mesa
Unit: 251RIV

## PET AGREEMENT

Page 2 of 2

| Name of Pet: | Type of Pet:<br>DOG    CAT | Breed: |
|---|---|---|
| Color: | Weight:<br>0 | Age:<br>0 |
| License Number: | Date of Last Rabies Shot: | Veterinarian's Name: |

**Attach a photo of the pet in this space (Optional for existing residents at the time of Privatization):**

Authorization to keep a pet will be rescinded if the pet becomes a nuisance to neighbors because of noise, odor, sanitation, misbehavior, or grounds conditions. If the pet becomes a nuisance, the following will apply:

**a)** Upon receipt of a valid written complaint, Resident will be issued a violation notice requiring Resident to take immediate corrective action. If the incident is a serious one, such as an animal bite, the notice may direct immediate removal of the animal and loss of pet privileges.

**b)** If Resident fails to take corrective action immediately, Resident will be required to remove the pet from the Premises.

**c)** Resident's failure to comply with a notice of pet removal or revocation of pet privileges shall constitute a material breach of the Lease.

### [SIGNATURES ON THE FOLLOWING PAGE]

Project: Stuart Mesa
Unit: 251RIV

**PET AGREEMENT**                                   Page 3 of 2

Resident agrees to the above.

X _____                7/16/2018
**BRION MURRAY**                          Date

X _____                 7/16/2018
**SHAWNTEL MURRAY**                       Date

X _____                _____
                                          Date

X _____                _____
                                          Date

X _____                _____
                                          Date

X _____                _____
                                          Date

PPVPendleton Lease Agreement (12/15)
8616114

MURRAY-CPQH-LPC 000028

## SATELLITE DISH & ANTENNA AGREEMENT

Page 1 of 2

Under a Federal Communications Commission (FCC) order, Resident has a limited right to install a satellite dish or receiving antenna on the Premises. Owner may impose reasonable restrictions relating to installation. Resident is required to comply with the following restrictions as a condition to installing such equipment:

**Number & Size:** Resident may only install one satellite dish or receiving antenna within your Premises. A satellite dish may not exceed 39 inches (1 meter) in diameter. An antenna or dish may receive but not transmit signals.

**Location:** Location of the satellite dish or antenna is limited to (a) inside your dwelling, or (b) in an area outside Resident's dwelling such as a balcony, patio, yard, etc. of which Resident has exclusive use pursuant to the Lease. Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, fence, or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to Resident for Resident's exclusive use. Existing satellite dishes previously approved by the prior landlord (Installation) shall be permitted to remain in place.

**Safety & Non-Interference:** Resident's installation: (a) must comply with reasonable safety standards; (b) may not interfere with the Premises' cable, telephone or electrical systems or those of neighboring properties; (c) may not be connected to the Premises' telecommunications systems; and (d) may not be connected to the electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies WITHIN Resident's leased Premises (such as a balcony or patio railing); or (3) any other method approved by Owner. No other methods are allowed. Owner may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not unreasonably impair reception.

**Signal Transmission from Exterior Dish or Antenna to Interior of Dwelling:** Under the FCC order, Resident may not damage or alter the Premises and may not drill holes through outside walls, door jams, windowsills, balcony railings, etc. If Resident's satellite dish or antenna is installed outside Resident's living area (on a balcony, patio, or yard of which Resident has exclusive use under Resident's Lease, signals received by Resident's satellite dish or antenna may be transmitted to the interior of Resident's dwelling only by; (1) running a "flat" cable under a door jamb or windowsill in a manner that does not physically alter the Premises and does not interfere with the proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window - without drilling a hole through the window; (4) wireless transmission of the signal to a device inside the dwelling; or (5) any other method approved by Owner.

**Workmanship:** For safety purposes, Resident must obtain Owner approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. Installation must be done by a qualified person or company that has worker's compensation insurance and adequate public liability insurance. Owner approval will not be reasonably withheld. Resident must obtain any permits required by the applicable local ordinance for the installation and comply with any applicable local ordinances.

**Maintenance:** Resident will have the sole responsibility for maintaining Resident's satellite dish or antenna and all related equipment. Owner may temporarily remove the satellite dish or antenna if necessary to make repairs to the Premises or building.

**Removal & Damages:** Resident must remove the satellite dish or antenna and all related equipment when Resident moves out of the dwelling. Resident must pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the Premises to its condition prior to the installation of Resident's satellite dish, antenna, or related equipment.

**Indemnity:** Resident is fully responsible for the satellite dish or antenna and related equipment. Except to the extent of liability imposed on Owner or Agent by law, Resident agrees to defend, indemnify and hold harmless Owner and Agent, from any claims by others relating to Resident's satellite dish or antenna. Owner may request an additional security deposit as a condition to approving the new installation of Resident's satellite dish or antenna.

Project: Stuart Mesa
Unit: 251RIV

## SATELLITE DISH & ANTENNA AGREEMENT

Page 2 of 2

**When You may Begin Installation:** Resident may start installation of his/her satellite dish or antenna only after Resident has:

1.  Signed this Addendum;

2.  Paid Owner the security deposit addition (if applicable); and

3.  Received written approval of the installation materials and the person or company who will do the installation by Owner.

Resident understands and agrees to abide by the terms above of this Satellite Disk & Antenna Agreement.

X _____          7/16/2018
**BRION MURRAY**                                    **Date**

X _____          7/16/2018
**SHAWNTEL MURRAY**                                 **Date**

X _____          _____
                                                    **Date**

X _____          _____
                                                    **Date**

X _____          _____
                                                    **Date**

X _____          _____
                                                    **Date**

MURRAY-CPQH-LPC 000030

**CONSTRUCTION AND RELOCATION RIDER**

THIS CONSTRUCTION AND RELOCATION RIDER TO LEASE is made a part of the Lease with Camp Pendleton & Quantico Housing, LLC (the "**Owner**") and the Individuals referenced on Page 1 of the Lease (hereinafter collectively referred to as "**Resident**")

THE PARTIES UNDERSTAND AND AGREE AS FOLLOWS:

1.   **Construction**.  The subject premises are located within a military installation that is undergoing an extensive rehabilitation process, which will involve demolition of existing units and common areas and construction of new units and common areas. Construction is ongoing and Owner makes no warranty regarding the date of completion of such construction.

2.   **Absence of Amenities, Community Services/Facilities**.  The lease and information provided to the Resident regarding the property and the Community may refer to amenities, community services/facilities (collectively hereafter referred to as "amenities") that may be affected by the rehabilitation. Resident is aware that certain amenities are being demolished and/or constructed and may not be accessible to Resident until conclusion of their construction, or not at all. Such amenities include but are not limited to parking lots, driveways, landscaping, playgrounds, tot lots and guest parking. Unless otherwise specified in writing in the Lease, Owner makes no representations or warranties regarding the availability of any amenities to Resident.

3.   **Construction Noise & Inconvenience**.  Resident acknowledges that construction may inconvenience the Resident in the form of lack of access to amenities as specified above, utility interruptions, construction debris and noise including safety feature testing (such as fire or burglar alarms.) Resident agrees that notwithstanding such, the lack of amenities, the noise of construction, and the inconvenience associated with the construction shall not entitle Resident to any offset to rental obligations, or form the basis for a complaint against Owner, its agents, employees or assigns for rent relief, or any other claim, right, or remedy against Owner, including constructive eviction, stemming from the Owner-resident relationship.

4.   **Lease Termination**.  During the term of the Lease, Owner may terminate the Lease upon giving 45 days written notice to Resident to vacate (hereafter referred to as "Construction Termination"). Construction Termination shall be at the sole option and discretion of the Owner; Resident shall not have the right to give a Construction Termination notice.

5.   **Assistance Provided to Resident Upon Construction Termination**.  If the Lease is terminated due solely to "Construction Termination," Owner will provide Resident with (1) personal property moving assistance and (2) relocation assistance, as set forth below.

　　A.   **Personal Property Moving Assistance**.  The Owner will move the Resident's personal property in accordance with Construction Termination Moving Rules and Guidelines attached to this Rider. The Construction Termination Moving Rules & Guidelines may be amended from time to time at Owner's sole discretion. Resident may obtain copies of the current Construction Termination Moving Rules and Guidelines at the management office upon request. Owner reserves the right to deny personal property moving assistance or relocation assistance to Residents who fail to comply with the Construction Termination Moving Rules and Guidelines then in effect.

　　Resident is aware that the physical move of personal property is being handled by a moving company. Resident agrees that Owner's responsibilities with respect to the personal property moving assistance shall be limited to paying the moving company for its services. Except to the extent of liability imposed on Owner or Agent by law, Resident releases and discharges Owner and Agent from all debts, liens, claims, rights, demands, actions, causes of action, known or unknown, whether in contract, tort or otherwise, by reason of any losses, damages or injuries whatsoever sustained by Resident arising from the personal property moving assistance.

　　B.   **Relocation Assistance**.  If the lease is terminated due to "Construction Termination," Owner agrees to assist Resident's relocation by:

　　　　(1)   Providing Residents with information about replacement housing available to Resident within 1 commuting hour of the Premises location.;

　　　　(2)   When Resident delivers to Owner a copy of an executed lease for replacement housing (on terms mutually agreed upon between Resident and the Owner of the replacement property), Owner agrees to pay for all of Resident's phone, cable, gas and electric hookup costs for the replacement property. Owner shall not, however, be responsible for security deposits, if any, required by the utilities and/or the Owner of the replacement property unless otherwise agreed in writing between Resident and Owner;

MURRAY-CPQH-LPC 000031

**CONSTRUCTION AND RELOCATION RIDER**                    Page 2 of 3

(3)     Residents that have maintained a perfect rental payment history (i.e. paid on or prior to the first of the month, no outstanding balances) for a minimum of a six month period preceding the 45 day notice will be given priority at newly constructed housing over those Residents who have been late on their rent, have an outstanding balance or have payments returned for non sufficient funds (NSF) in their accounts (either by check or ACH). Upon such notice, qualifying residents who are not on an allotment system will be required to go on an allotment system or deliver to Owner the security deposit set forth in the Lease at their new residence if it is a PPV unit.

6.     **Damages Caused by Relocation Delay.**  Resident is aware that Owner may have extremely tight construction deadlines to meet, and that any delay by Resident in relocating could cause significant damage to Owner for which Resident may be liable. These delay damages of up to $50 per day are in addition to the daily rental value of the premises and other damages recoverable by Owner from Resident.

We have read and agree to the above.

X _____        7/16/2018
**BRION MURRAY**                   **Date**

X _____        7/16/2018
**SHAWNTEL MURRAY**                **Date**

X _____        _____
                                   **Date**

X _____        _____
                                   **Date**

X _____        _____
                                   **Date**

X _____        _____
                                   **Date**

PPV Lease Agreement (9/13)
7082301

MURRAY-CPQH-LPC 000032

**CONSTRUCTION AND RELOCATION RIDER**       Page 3 of 3

**CONSTRUCTION TERMINATION
MOVING RULES & GUIDELINES**

The Installation is undergoing an extensive renovation, which will involve demolition of existing units and common areas and construction of new units and common areas. These Construction Termination Moving Rules and Guidelines apply to Resident moves necessitated by Owner's 45 days written Construction Termination notice on Residents.

**Residents: Please note that it is extremely important that you meet your responsibilities under these Construction Termination Moving Rules and Guidelines. If you fail to comply, Owner reserves the right to deny personal property moving assistance or relocation assistance to you. Additionally, if you fail to comply, and are unable to move in a timely fashion, you may be responsible for $50 per day in addition to the daily rental value of the premises and other damages recoverable by Owner from you.** Owner has extremely tight construction deadlines to meet, and that any delay by you in relocating could cause significant damage to Owner for which you may be liable.

When Owner delivers a 45-day written Construction Termination notice to the Resident, Owner will provide Resident with written notice of three different available moving dates available to Resident. The three available moving dates will be chosen by Owner at Owner's sole discretion and convenience. At least two weeks prior to the move, the resident will receive notice from the designated moving company as to the time the move will take place. The moving company will provide instructions to the Resident as to how to prepare for their arrival.

Within three days of receiving the Construction Termination notice, Resident will be responsible for selecting one of the three dates, and giving written notice to Owner of the selected date. If Resident does not pick a date, a date will be assigned to them by the Owner and Resident will not be given priority for newly-constructed PPV housing.

The moving company will provide written guidelines, dates and times for Residents to follow. Listed below are basic provisions that will be provided to the resident during the moving process.

1. Two weeks prior to the move, the Resident will be given an inventory worksheet that will help to itemize the entire household which will assist the moving company in providing the proper moving staff. This list must be returned to the moving company no later than 72 hours prior to the scheduled move.

2. The moving company will provide professional certified and bonded moving staff.

3. The moving company will inventory and pack each room individually.

4. All small items will be shrink- wrapped and placed in boxes (ie., dishes, clean clothing) by the moving company.

5. Larger items will be placed on the moving truck and carefully covered and protected.

6. The moving company will provide the residents with a toll free number to answer questions and to help provide direction prior to the move. This number will also be used for quick turn around when processing claims.

7. Residents will be responsible for packing and moving their own food, soiled clothing, medicines, hazardous materials and items of a personal nature.

Resident is aware that the physical move of personal property is being handled by a moving company not affiliated with the Owner. Resident agrees that Owner's responsibilities with respect to the personal property moving assistance shall be limited to paying the moving company for its services. Resident releases and discharges Owner from all debts, liens, claims, rights, demands, actions, causes of action, known or unknown, whether in contract, tort or otherwise, by reason of any losses, damages or injuries whatsoever sustained by Resident arising from the personal property moving assistance.

For additional questions, contact the Property Manager at the phone number provided on Page 1 of this Lease.

MURRAY-CPQH-LPC 000033

# TO OUR RESIDENTS
## Guidelines for Prevention and Treatment of Moisture/Mold in Residential Housing

It is our goal to maintain a quality living environment for our residents, including addressing any water and/or mold-related issues when they occur. To help achieve this goal, it is important for all residents to understand and follow these guidelines.

**PREVENTING WATER AND MOLD-RELATED ISSUES BEGINS WITH YOU.** Molds are microscopic organisms that are naturally present nearly everywhere, including both indoor and outdoor environments. Molds reproduce by microscopic spores which can spread through the air and are commonly carried into buildings through open windows and doors, on clothing and through other means. Molds can grow on many types of materials, including materials inside your home, as long as moisture and air are present. It is impossible to eliminate all mold and mold spores inside buildings. However, excessive mold growth can be controlled by using good housekeeping practices and by taking prompt action to control moisture in your home. To minimize the potential for water damage and mold growth, all residents must observe the following guidelines:

- <u>Keep your home clean and dry.</u> Residents are responsible for using good housekeeping measures, including regular cleaning to remove dirt and debris that can allow mold to grow. Cleanliness is particularly important in areas where you may find excess moisture, such as in the kitchen, laundry, and bathrooms. Clean up spills and moisture accumulation from floors, windows, and other surfaces. Use ventilation fans in kitchens and bathrooms and clean up excess water/spills after occupants, especially children, shower or bathe. Note that it may be difficult to keep mold from growing on places that are often damp. If mold reappears in the bathroom after cleaning, EPA recommends running a fan or opening a window and cleaning more frequently to keep mold to a minimum. Keep storage areas, closets, and living areas uncluttered so that air can circulate. Only washable items should be stored and promptly clean and dry fabrics that get wet. Do not hang wet laundry indoors.

- <u>Immediately notify us about any signs of water leaks, moisture accumulation or mold growth in your home.</u> Immediately notify us of any water intrusion problems such as overflows from toilets or bathtubs, appliance leaks, and roof leaks. Be particularly attentive for any leaks or overflows from washing machine hoses and discharge lines, refrigerator or air conditioning drip pans, or from clogged condensation lines – especially if a leak or overflow is large enough for water to wet nearby floors or walls. Musty odors and peeling wall coverings or paint may also be signs of excess moisture and mold growth.

- <u>Immediately notify us about air conditioning or heating system or appliance problems.</u> Humidity trapped in your home may encourage mold growth. Notify us if your air conditioning/heating system is not working properly or if you notice condensation on windows or on air supply vents. Use a humidifier in humid months or open windows on days when the outdoor weather is dry (i.e., humidity below 50 percent) to help remove excess moisture from your home. Be sure to close windows before leaving your home and at night for precautionary measures. Regularly clean and replace filters with pleated one-inch filters, instead of coarse filters.

- <u>Clean small areas of mold from hard surfaces.</u> If small areas of mold occur on hard non-porous surfaces (such as in shower/tub enclosures, on bathroom and kitchen tile and countertops, and on vinyl flooring, metal, or plastic), the U.S. Environmental Protection Agency (EPA) recommends that you clean these types of surfaces with water and detergent, dry the cleaned surfaces, and then apply a pre-mixed, spray-on-type household mold/mildew cleaner, such as Lysol Disinfectant, Tilex Mildew Remover or Clorox Cleanup. Be sure to follow all instructions on the product label. Never mix ammonia and bleach, as this can create a hazardous condition. You should notify us if routine cleaning does not remove the mold or if mold growth continues to re-occur after cleaning.

- <u>Do not try to clean larger areas of mold or mold from softer surfaces.</u> You should not try to clean mold from softer or porous surfaces (such as wood trim and sheetrock walls and ceilings), and you should not try to clean larger areas (more than 10 square feet) of mold on any type of surface. Instead, you should notify us immediately about these conditions, and we will investigate and take appropriate action for you.

Version 1.0

| | | Page 1 of 2 | | Lessee Acknowledgement: | |
|---|---|---|---|---|---|
| *BM* | *CM* | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials |
| 7/16/2018 | 7/16/2018 | | | | |
| Date | Date | Date | Date | Date | Date |

MURRAY-CPQH-LPC 000034

- **Notify us of water or mold-related problems.** Report water and mold-related issues in accordance with these guidelines by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141.

**WHAT TO EXPECT WHEN YOU NOTIFY US OF A WATER OR MOLD-RELATED ISSUE.** When you notify us about a potential water or mold-related issue, a maintenance technician will perform a visual inspection of the living spaces in your home for signs of water leaks, excess moisture/condensation and visible mold growth. The purpose of this inspection is to assess the likely source of any water accumulation and the extent of water damage or mold growth so that we can take appropriate action. This inspection typically will not include non-living (un-air conditioned) areas of the building, such as crawlspaces, attics, exteriors of buildings, and unoccupied enclosures such as exterior mechanical rooms. It may be necessary to inspect these parts of a building only if an inspection of the living spaces reveals a source of water leaks coming from the unoccupied part of the building.

**If water problems are identified**, maintenance personnel will repair any leaks that are found, and the wet materials (such as sheetrock, wood trim, or vinyl flooring) will be dried or removed. If the source of water is from spills or inadequate cleaning/ventilation, we may recommend that you take additional measures to properly control moisture in your home.

**If mold growth is identified**, we will determine the appropriate action to take based on the type of materials involved and the extent of the mold growth. Maintenance personnel will generally clean/remove all mold affected materials except when there is more than 30 square feet of visible mold. In such cases, a third-party mold remediation contractor will be used to assess the problem and perform all necessary remediation work. In all instances of water intrusion or mold-related occurrences, we follow EPA guidelines, applicable local laws and industry best practices.

**How will maintenance personnel address mold growth?** Per current government and industry standards, maintenance personnel will clean mold from hard/non-porous surfaces (such as vinyl, tile, metal, plastic, etc.) by scrubbing with detergent and water or a household mold/mildew cleaner. After the cleaned areas are dry, they can be re-painted as necessary. If there is mold growth on softer/porous materials (such as sheetrock and wood trim), the affected material typically will be removed and replaced and the repaired area will be re-finished or re-painted as necessary. You may also be given instructions to follow during these activities, such as instructions to remain out of designated work areas during cleaning or remediation work. These instructions are mandatory and are provided for the safety of both workers and occupants.

**When will mold testing or sampling be performed?** We will perform mold testing or sampling when it is deemed necessary by qualified third-party mold inspectors. Per EPA's guidelines, mold testing or sampling is usually not necessary if mold is present. This is because there are no current governmental limits or standards for acceptable levels of mold or mold spores, so sampling cannot be used to check a building's compliance with mold standards. The appropriate steps are to stop any source of water and clean or remove the mold growth.

**After a water or mold-related repair is completed**, we will follow-up to confirm that the source of water or mold growth does not re-occur.

**RESIDENT COMPLIANCE WITH THESE GUIDELINES.** Complying with these guidelines will help minimize and properly address water damage and mold growth in your home. **IF YOU FAIL TO COMPLY WITH THESE GUIDELINES OR WITH SAFETY INSTRUCTIONS**, you can be held responsible for property damage to the residence and any health or medical issues that may result. Specifically, you hereby acknowledge that, as the occupant, you are in the best position to identify and report water leaks, excess moisture, and mold growth in your home; and hereby acknowledge that it is your responsibility to report any such conditions in accordance with these guidelines by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141. In addition, you agree to take the above measures and other common sense measures to prevent the accumulation of water in the residence until we are able to assess and correct the problem.

| Version 1.0 | | Page 2 of 2 | | Lessee Acknowledgement: | |
|---|---|---|---|---|---|
| BM | GM | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials |
| 7/16/2018 | 7/16/2018 | | | | |
| Date | Date | Date | Date | Date | Date |

MURRAY-CPQH-LPC 000035

DocuSign Envelope ID: D6E06130-A00D-42B4-BC36-7808DAB6D45A

Project: Stuart Mesa
Unit: 251RIV

### ORDNANCE DISCLOSURE

This Ordnance Disclosure ("**Disclosure**") is given to <u>BRION MURRAY , SHAWNTEL MURRAY</u> ("**Resident**") by Camp Pendleton & Quantico Housing, LLC ("**Owner**") concurrently with the Lease between Owner and Resident ("**Lease**") with respect to the Premises described in the Lease and located on or near a military base ( the "**Base**").

THE PREMISES IS LOCATED WITHIN ONE (1) MILE OF ACTIVE OR FORMERLY ACTIVE ORDNANCE LOCATIONS.

Resident acknowledges and understands that active ordnance locations are located within one (1) mile of the Premises.

An "ordnance" is defined as ammunition, ammunitions components, or explosives that have been abandoned, expelled, lost, discarded, buried, or fired.  A former Federal or State ordnance location is an area identified by an agency or instrumentality of the Federal or State government as an area once used for military training purposes and which may contain potentially explosive munitions.  An active ordnance location is an area that is still being used, or may be used, for such purposes.

The location of known ordnance locations in the vicinity of the Premises are as follows:

1. **502 Live Fire Range** is an active range located approximately one-fourth (1/4) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

2. **505 Live Fire Range** is an active range located approximately one-fourth (1/4) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

3. **505A Live Fire Range** is an active range located approximately three-eighths (3/8) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

4. **505B Live Fire Range** is an active range located approximately one-fourth (1/4) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

5. **503 Hand Grenade Range** is an active range located approximately one-half (1/2) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

6. **Edson Range Impact Area** is an active range located approximately one-fourth (1/4) mile northeast of the Stuart Mesa Housing Area.  The range is partially fenced off.

7. **OSCAR ONE Range Training Area** is an active range located approximately one-eighth (1/8) mile east of the Stuart Mesa Housing Area.  The range is partially fenced off.

8. **BRAVO THREE** is an active range located approximately one-half (1/2) mile northeast of the San Onofre I Housing Area.

9. **ALPHA TWO** is an active range located approximately one (1) mile southeast of the San Onofre II Housing Area.

10. **San Luis Rey** historical maps from the 1940s indicate the presence of two inactive small arms ranges were located in the vicinity of the eastern portion of the San Luis Rey housing, with one range located within housing area's eastern boundary and the other range located approximately on-third (1/3) mile east.

11. **San Mateo Point** historical maps from the 1940s indicate that a former small arms range was located on the western portion of the housing expansion area, which is at the southern end of existing San Mateo Point Housing

MURRAY-CPQH-LPC 000036

Project: Stuart Mesa
Unit: 251RIV

## ORDNANCE DISCLOSURE

Residents should be aware of any type of old metal containers that may be found in the area. Residents should be aware that regardless of age, an ordnance retains its explosive potential. These items may even become more sensitive over time and detonation could occur with the slightest touch. Encourage everyone on the Base to report any suspicious items found in the area to local authorities. If suspicious items are found, all Residents should remember the following:

- DO NOT TOUCH

- Mark the location with something visible

- Report to someone in authority

- Call 911

It is important that children and adults who reside on the Base be aware of the possibility of finding explosive ordnance within the area.

I understand and acknowledge this Ordnance Disclosure and have considered this information prior to signing the Lease Agreement.

"RESIDENT"

X _____     7/16/2018
BRION MURRAY                          **Date**

X _____     7/16/2018
SHAWNTEL MURRAY                       **Date**

X _____
                                      **Date**

X _____
                                      **Date**

X _____
                                      **Date**

X _____
                                      **Date**

MURRAY-CPQH-LPC 000037

DocuSign Envelope ID: D8E06930-AA4D-4234-8C36-7808D4B8DMER

## SURROUNDING LAND USES DISCLOSURE

This SURROUNDING LAND USES DISCLOSURE ("**Disclosure**") is given to BRION MURRAY , SHAWNTEL MURRAY ("**Resident**") by Camp Pendleton & Quantico Housing, LLC (the "**Owner**") concurrently with the attached Lease Agreement ("**Lease**"), with respect to the Premises described in the Lease.

**Resident understands and acknowledges that both Resident and Owner are relying solely on the environmental reports prepared by the Department of the Navy and Owner's outside consultants and referenced below as the only investigation and inspection undertaken by the Owner with regard to these matters.**

I.    HISTORY OF BOX CANYON LANDFILL

The Box Canyon Landfill (the "**Landfill**"), also known as Installation Restoration Site 7, is located approximately one (1) mile northwest and west of the South Mesa I and II, Wire Mountain I, II and III, and Forester Hills neighborhoods and less than a mile east of the Santa Margarita Housing at the Camp Pendleton Marine Corps Base ("**Base**"). The Landfill covers approximately 28 acres as shown in the attached Exhibit "A".

The Landfill served as a stone quarry from 1946 through 1970. Landfill operations began at the site in 1974. The Landfill is reported to contain household and construction wastes, dry cleaning wastes, contaminated soil (consisting of fuels, solvents, thinners, paint wastes, and chemical cleaners), solidified paints, thinners, strippers, epoxies, sealants and solvents. The Landfill operations ceased in 1984. After the wastes from other Base sites were added in 1999, the Landfill was formally and permanently capped and covered under the authority of federal regulations promulgated at 40 CFR, 264.552.

In 1999, the United States Environmental Protection Agency ("**EPA**") prepared the Record of Decision ("**ROD**") that explores the remediation alternatives for the Landfill. The ROD designated Box Canyon Landfill as a corrective action management unit ("**CAMU**") under federal authority. The Department of the Navy used the CAMU as the final repository for wastes excavated from refuse burning sites and firing ranges located on the Base. The soils disposed of at the Landfill included arsenic, chlordane, DDT, dioxin and benzopyrene. The highest concentrations of soil contamination were generally identified at or near the ground surface.

According to the ROD, the selected remedy for the Landfill was the installation of an evapotranspiration ("**ET**") cover for the top of the Landfill and long term monitoring. An ET cover system results in the return of moisture to the air through both evaporation from the soil and transpiration by plants. The installation of an ET cover consists of a vegetated topsoil layer, a minimally compacted soil layer, and a compacted low permeability bottom layer, installation of lined ditches between the Landfill benches on the north face of the Landfill, and long-term monitoring and land-use restrictions. Required maintenance activities include cleaning the drainage channels and pipes, replacement of erosion control materials, regrading of channels, and replacement of pipes, inlets, or catch basins, and Landfill gas monitoring. Signs and fencing surround the Landfill and are required to be replaced or restored.

A.    GROUNDWATER MAINTENANCE AND MONITORING

There are concerns that contaminants may have migrated into soil, surface waters and groundwater. Contaminated sites are cordoned off and access is limited. The Santa Margarita River runs through Marine Corps Base Camp Pendleton and is the major drinking water supply at the Base.

DocuSign Envelope ID: D8E05130-AA0D-4234-BC36-780B24B8D4EA

The ROD requires that long-term groundwater monitoring be conducted. Selected groundwater monitoring wells will be analyzed biannually for five years. The collected groundwater samples are analyzed for volatile and semi volatile organics, metals, and general chemistry. The groundwater results will be assessed at the end of 5-years to determine if any additional sampling is required. The groundwater monitoring cannot cease unless approved by EPA after a 5-year review. According to the ROD, no remediation for groundwater at the Landfill was necessary.

The SI Group, Incorporated ("**SI Group**") conducted a Phase I Environmental Site Assessment ("**Phase I ESA**") in September 2003 and a limited hazardous materials survey of the Base. The scope of work for this Phase I ESA was to summarize the types and quantities of hazardous materials and other environmental conditions present at the Base.

During the site reconnaissance conducted by SI Group, groundwater monitoring reports required by the ROD were reviewed for the Landfill. There were groundwater contaminants detected intermittently in some of the 23 monitoring wells at the Landfill. The noncancer hazard index was 3.2 due to the presence of antimony and thalium. Neither thalium nor antimony was detected during the last 2 rounds of sampling. The main contributors to the groundwater cancer risk were 1, 2 dichloroethane (1,2-DCA), tetrachloroethene, and trichloroethane. The cancer risk was calculated to be within the risk management range ($1 \times 10^6$). The risk/hazard for groundwater is within the EPA's risk management range and is therefore determined to be an acceptable risk.

The groundwater gradient is to the northwest towards the Santa Margarita River and away from the housing areas on the Base. A minimum of 5 years of biannual monitoring of the Landfill groundwater is required. In addition, the Comprehensive Environmental Response, Compensation, and Liability Act, also known as CERCLA, required 5-year reviews pursuant to the ROD to assure that site conditions do not change. The groundwater monitoring cannot cease unless approved by the EPA. Landfill gas monitoring is also conducted on a minimum of a monthly basis. The Landfill has been permanently closed, and no additional materials can be added.

B.     CONCLUSION

It may be a number of years before sufficient information regarding conditions of the groundwater and contaminants, and migration thereof, if any, are available for the EPA to fully evaluate. According to the EPA, any health risks posed by the Landfill have been addressed through containment and appropriate continued monitoring and maintenance.

Owner desires to warn Resident that the area contains hazardous materials that could potentially pose a risk to Resident. Resident should be aware that it is extremely important to prevent children and all others from entering the Landfill. The Phase I ESA prepared by the SI Group and other environmental reports are available for review at the Agent's office listed on Page 1 of this Lease.

II.     The Stuart Mesa East Agricultural Fields

The Stuart Mesa East Agricultural Fields ("Ag Fields") overlap with certain portions of the Stuart Mesa military family housing development and are adjacent to others. The Ag Fields consist of approximately 376 acres of open fields that were used to cultivate agricultural crops dating back to the 1940s. Several agricultural support buildings have also been located at the Ag Fields. Throughout the historical use of the property, pesticides, herbicides and fertilizers were legally applied to the land for agricultural purposes. As a result of the application of organo-chlorine pesticides, residual concentrations of the chemicals toxaphene and dieldrin were found in soil samples throughout the Ag Fields above the applicable EPA remedial goals ("RGs") for residential use areas.

Beginning in 2008, then the Ag Fields were slated for residential development, and inclusion in the Stuart

Mesa Development, the Department of the Navy took steps to address the pesticide contamination issue to ensure that the AG Fields were suitable for residential use. The Navy retained an environmental contractor to properly delineate areas of the Ag Fields that contained levels of pesticide contamination above residential RGs. Several soil removals were subsequently conducted in portions of the Ag Fields that were slated for residential development to remove soils that contained pesticide-based contaminants above the applicable residential RGs for toxaphene and dieldrin. These excavations occurred in four phases, each of which received a "No Further Action" ("NFA") determination from the California Region Water Quality Control Board for San Diego. The four NFA letters are dated November 2009 (covering an approximately 60-acre development parcel), May 2010 (covering 14.3 acres to the west and south of 60-acre development parcel), March 2011 (covering a 221.9-acre area), and April 2012 (covering a 41.2-acre area).

Soils in the areas of the Ag Fields outside the Stuart Mesa Development may contain pesticide contamination above the applicable RGs. Furthermore, soil and groundwater contamination has been identified in areas adjacent to the AG Fields. In particular, the Base is addressing the former Harry Singh and Son's farm maintenance area located 600 feet to the northwest of the Stuart Mesa Development, under the Installation Restoration Program (IRP"). The farm maintenance area has been designated as IRP Site 1120, and is the subject of an environmental investigation to delineate the extent of known petroleum and pesticide contamination. The eucalyptus tree line to the east of the AG Fields is also undergoing environmental investigation to determine the extent of the possible pesticide contamination.

I/WE ACKNOWLEDGE THAT I/WE HAVE READ AND RECEIVED A COPY OF THIS DISCLOSURE CONCERNING [BOX CANYON LANDFILL AND STUART MESA EAST AGRICULTURAL FIELDS]. I/WE HEREBY ACKNOWLEDGE THAT I/WE UNDERSTAND THE CONTENTS HEREOF.

"RESIDENT"

X _____    7/16/2018
BRION MURRAY                    Date

X _____    7/16/2018
SHAWNTEL MURRAY                 Date

X _____    _____
                               Date

X _____    _____
                               Date

X _____    _____
                               Date

X _____    _____
                               Date

**Proposition 65 Warning**

This Proposition 65 Warning ("**Warning**") is given to <u>BRION MURRAY , SHAWNTEL MURRAY</u> ("**Resident**") by <u>Camp Pendleton & Quantico Housing, LLC</u> (the "**Owner**") concurrently with the attached Lease Agreement ("**Lease**"), with respect to the Premises described in the Lease.

In accordance with California Health and Safety Code section 25249.6 et seq. ("Proposition 65"), Owner wishes to advise you, the Resident of the above-described Property as follows:

WARNING: THIS FACILITY CONTAINS ONE OR MORE CHEMICALS KNOWN TO THE STATE

OF CALIFORNIA TO CAUSE CANCER, BIRTH DEFECTS OR REPRODUCTIVE HARM.

The chemicals you may be exposed to at this Property include the following:

- Asbestos
- Lead (from lead-based paint)
- Polychlorinated biphenyls
- Mercury
- Tobacco (from cigarette smoke)
- Motor vehicle exhaust (from indoor garages)

Further, Residents may not disturb or attach anything to tile wells, ceilings, floor tiles or insulation behind the walls. If any repairs need to be made to the walls or floors or ceiling tiles, you must notify Owner in writing immediately, so repairs can be made by qualified personnel.

The undersigned acknowledges that they have read and understand the foregoing Warning. Should Residents require further information regarding Proposition 65, they may contact the California Office of Environmental Health Hazard Assessment's Proposition 65 Implementation Office at (916) 445-6900.

I Understand and Acknowledge this Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"

X _Brion M._ _____  7/16/2018

**BRION MURRAY**                **Date**

X _S. M. Murray_ _____  7/16/2018

**SHAWNTEL MURRAY**           **Date**

X _____

                              **Date**

X _____

                              **Date**

X _____

                              **Date**

X _____

                              **Date**

## Radon Disclosure

This Radon Disclosure ("**Disclosure**") is given to  BRION MURRAY , SHAWNTEL MURRAY ("**Resident**") by Camp Pendleton & Quantico Housing, LLC (the "**Owner**") concurrently with the attached Lease Agreement ("**Lease**"), with respect to the Premises described in the Lease.

RADON WARNING STATEMENT: Radon is a naturally occurring, odorless, invisible radioactive gas that occurs throughout the United States. Radon is created when radioactive elements found in reek and soil decay and release radon gas.  Levels of radon in the environment vary from place to place. Radon gas from the soil may enter into the home through several pathways including cracks in floors and walls, construction joints, gaps around service pipes, pores and cracks in concrete blocks, exposed soil, and well water. All homes, including those with basements and built on slabs, are susceptible to elevated radon levels. While elevated indoor radon levels are most likely in the first three floors of a building, elevated levels can exist above the third floor due to radon movement in air through the building.

Radon decays into radioactive elements, two of which emit alpha particles, which have damaging effects on lung tissue and are causally related to lung cancer in humans. The United States Environmental Protection Agency ("**EPA**") estimates that 14,000 (uncertainty range of 7,000-30,000) lung cancer deaths each year are due to residential radon exposure. Research indicates that radon exposure and smoking have a synergistic relationship.  The use of tobacco multiplies the risk of radon-induced lung cancer.  Duo to the increased risk of cancer associated with radon exposure, the Surgeon General has issued the following health advisory:

Indoor radon is a national health problem Radon causes thousands of deaths each year. Millions of homes have elevated radon levels.  Homes should be tested for radon. When elevated levels are confirmed, the problem should be corrected.

The EPA has established an action level of 4.0 picocuries per liter ("**pCi/L**") for radon remediation based on the currant mitigation technology available. No level of radon exposure, however, is considered entirely safe by the EPA.

The Department of Navy conducted initial radon screening at Marine Corps Base Camp Pendleton ("the Base") in 1989 and found all radon concentrations to be below 4 picocuries per liter. Additional radon screening conducted between 1997 and 2001 found elevated radon levels (between 4 and 20 picocuries per liter) in two Base buildings. The buildings were mitigated and post-mitigation monitoring showed radon concentrations below 0.7 picocuries per liter. No further radon testing is planned.

Additional information is available at the following web sites:

US Environmental Protection Agency – http://www.epa.gov/radon/radonga1.html
American Lung Association – http://www.lungusa.org/site/pp.asp?c=dvLUK9O0E&b=35420

Owner, previously or as an attachment to this addendum, has provided Resident with the pamphlet, *"A Citizens Guide to Radon – The Guide to Protecting Yourself and Your Family From Radon"* (January 2009).

**[Signatures on the Following Page]**

MURRAY-CPQH-LPC 000042

DocuSign Envelope ID: D8E08130-A74D-4234-8C56-7808D4B8D4EA

# Radon Disclosure

I Understand and Acknowledge this Disclosure and have considered this information prior to signing the Lease.

**"RESIDENT"**

X _____     7/16/2018
8F1CF91DE868490
**BRION MURRAY**                    **Date**

X _____     7/16/2018
8F1CF91DE868490
**SHAWNTEL MURRAY**                 **Date**

X _____
                                    **Date**

X _____
                                    **Date**

X _____
                                    **Date**

X _____
                                    **Date**

MURRAY-CPQH-LPC 000043

**USMC RESIDENT ENERGY CONSERVATION PROGRAM ("RECP") ADDENDUM**

This will serve as an Addendum to the Lease dated 07/16/2018, between Camp Pendleton & Quantico Housing, LLC ("Owner"), and BRION MURRAY , SHAWNTEL MURRAY ("Resident"), regarding property located at 251 RIVERA STREET (the "Premises").

1. **Resident Responsibility.** The U.S. Department of Defense ("DoD") encourages increased energy efficiency in privatized military housing by incentivizing residents to reduce their utility usage. In furtherance of DoD's policy, the Department of the Navy ("DoN") has requested that the Owner implement the RECP, and the Owner and the DoN have agreed to implement such RECP. To this end, Resident will receive a monthly statement of electricity or gas usage, or both throughout the term of the Lease. Resident shall be responsible for payment of utility charges at the Premises that exceed the monthly utility Normal Usage Band described in paragraph "3" of this Addendum. This responsibility shall continue throughout the term of the Lease.

2. **Establishing Monthly Utility Normal Usage Band.** Every month Owner will use metered utility data collected from occupied homes to calculate the average monthly electric and/or gas utility costs for like-type groups of leased premises ("Average Monthly Usage"). The Average Monthly Usage will be used to establish the Baseline of the Normal Usage Band described in paragraph "3", below. Once the Normal Usage Band is created it will represent the normal range of electric and/or gas utility costs for each like type group. Residents whose utility charges for a particular month fall within the Normal Usage Band will not incur additional payments or be eligible for any rebates for such month. Residents who consume less than the Normal Usage Band will receive rebates equaling the difference between their actual electric or gas utility costs and 90% of the Average Monthly Usage. Residents who consume more than the Normal Usage Band will be required to pay the difference between their actual electric or gas utility costs and 110% of the Average Monthly Usage.

   a. The Premises are grouped with other similar or comparable homes in a like-type group for establishing the monthly Normal Usage Band.

   b. Homes are placed in like-type groups based on specific criteria, such as the neighborhood in which the Premises are located, size of the Premises in terms of the number of bedrooms and/or square footage, and year of construction. Other considerations may include the type of foundation (slab on grade, footings, etc.) or structure type (single home, duplex, triplex, etc.).

   c. The Average Monthly Usage is calculated by taking the usage of all eligible homes in the like-type group and dividing by the total number of eligible homes as defined in Section 2.d. Each resident's utility charges are calculated separately for electric and gas based upon the number of kilowatts hours (kWh) of electricity consumed or the amount of therms of gas consumed during the month and the current utility provider's rates (electric or gas).

   d. Certain homes, such as qualified Wounded Warrior and Exceptional Family Member Program (EFMP) family occupied or other exempt homes, vacant homes and homes with the highest 5% and lowest 5% of electric or gas utility usage within the like-type group will not be used in calculating the Average Monthly Usage; provided, however, that Owner reserves the right to calculate the average using all homes in the like-type group, including the highest and lowest 5% of users, when the like-type group consists of a small number of homes (i.e., fewer than 20 homes). In addition, Owner reserves the right to eliminate units with hybrid and/or electric vehicles that require charging from electric utility calculations. Notwithstanding that their electric or gas utility usage is not used in calculating the Average Monthly Usage, Residents of homes with the highest 5% and lowest 5% of electric or gas utility usage and residents who own hybrid and/or electric vehicles that require charging will be responsible for their electric and gas utility usage and may owe a payment or receive a rebate. Residents who possess a passenger hybrid vehicle(s), or a passenger electric vehicle(s), that are required to be electrically charged, must inform the Property Manager in writing immediately upon bringing or storing that vehicle at the Premises.

e. If Resident leases the Premises for only a portion of the month, the RECP will not apply for that month.

3. **Monthly Utility Normal Usage Band.** Because all homes in a like-type group are not exactly the same, a Normal Usage Band will be provided around the Average Monthly Usage. The purpose of the Normal Usage Band is to address minor variations in size, in the energy efficiency of appliances and fixtures, and in the number of occupants. Residents who use more electricity or gas than the Normal Usage Band will be required to pay for such additional usage; residents who use less electricity or gas than the Normal Usage Band will receive a credit.

   The Normal Usage Band will initially be established as plus and minus 10 percent around the Average Monthly Usage, or Baseline, for each like-type group.

4. **Rebates**.

   a. Each month Residents will receive a rebate if their electric or gas utility charges are less than the lower end of the monthly Normal Usage Band. The amount of the rebate will be calculated by subtracting the total charges shown on the Resident's utility statement from 90% of the Average Monthly Usage. The amount of the rebate will be shown on the Resident's subsequent monthly utility statement.

   b. If the rebate amount is $25.00 or less, the rebate will be carried forward as a credit on the Resident's ledger account. Residents will be sent a rebate check if the rebate amount is greater than $25.00, unless, when signing the lease, Resident elects to carry all rebate amounts forward as credits to offset payments due in future months until move out or until the Resident makes a written election to receive rebates by check.

   Resident elects to carry forward rebate amounts as credits:
   Yes ___X___ No _____

   <u>BM</u> (Initial)   <u>GM</u> (Initial)

   If Resident elects to carry forward rebate amounts above, Resident may alter this election once every six (6) months by submitting a written request to the Owner for payment of credit balances in excess of $25. All credits in excess of $25 will be refunded within 30 days of receipt of the written request. Only those credits available as of the date of Resident's written request will be refunded to Resident. Resident's election to carry forward rebate amounts will continue to apply for credits available after the date of Resident's written request, until such time as Resident submits another written request for credit refund to Owner.

   c. For those Residents who marked/initialed "No" above and thereby are not electing to carry forward rebate amounts as a credit on the Resident's ledger account, Rebate checks will be provided to the Resident within 21 days of the date of the monthly utility statement for which that credit was earned.

   d. After a Resident terminates his or her lease and vacates the unit, the Owner will refund all accrued credit balances for that Resident within 21 days after the statement date of the final billing (i.e., the utility statement in the month immediately after the Resident vacates the housing unit). In such event, the check for the credit balance shall be sent to Resident's forwarding address. Expired credit rebate checks will be reissued once to the Resident upon request.

5. **Charges**.

   a. If Resident's utility charges are more than the upper limit of the monthly utility Normal Usage Band, Resident shall pay the amount above the monthly utility Normal Usage Band. The amount of the payment will be calculated by subtracting 110% of the Average Monthly Usage from the total charges shown on Resident's monthly statement, taking into account any credits Resident may have accumulated. The amount due will be shown on the Resident's monthly utility statement.

b. If the amount owed is less than $25.00, the balance will carry forward on the Resident's ledger account. Once the balance owed reaches $25.00 or more, Resident has 21-days from the invoice date of the utility statement to pay the balance due.

c. If a check for payment of electric or gas utility charges is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00, which is deemed additional Rent. If two (2) checks are returned by the bank for insufficient funds, all future payments must be paid by cashier's check, certified check or money order only. Acceptance of any late or partial payments or waiver of any charges is not a waiver of Owner's right to enforce other terms of this Addendum. Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's returned check payment.

d. If a Resident fails to pay the balance (once it exceeds $25.00) by the due date, Resident's balance will be assessed a late fee for each month payment is past due until the balance is paid in full. Any late fees owed by Resident will appear on Resident's monthly utility statement. Further, an updated schedule of applicable late fees can be found at www.lincolnrecp.com. Resident may receive a total of four (4) delinquency notices starting with the next month's utility statement. This statement will show current charges and, if applicable, will indicate the past due amount and late fees. Additionally, separate delinquency notice letters will be sent to the Resident within sixty (60) days of the original payment due date. If Resident fails to submit payment within 90 days after becoming first due and payable, Owner may treat Resident's failure to timely pay the balance due as a failure to pay the Rent under the Lease.

e. After a Resident terminates his or her lease and vacates the unit, the Resident must pay the balance due to the third party billing company within 21 days after the statement date of the final billing (i.e., the utility statement in the month immediately after the Resident vacates the unit).

6. **Owner's Right to Amend Addendum And Resident's Limited Right to Terminate Lease.**

a. The Owner reserves the right to amend this RECP Addendum with concurrence from the Department of Navy, by providing the Resident with at least 90-days prior written notice of each amendment. Amendments to the RECP Addendum may include any change to the RECP, including but not limited to, provisions addressing the Normal Usage Band, Rebates, and Charges. The amendments to this Addendum will be incorporated by reference into the Lease. Resident understands and agrees that the Owner's right to amend the RECP and this Addendum is a material condition upon which the Owner and the Resident each reasonably relies prior to entering into this Lease.

b. After the Owner provides the Resident with 90-day written notice of its intent to amend the RECP Addendum, the Resident may choose to terminate the Lease, without incurring an Early Termination Fee, by giving the Owner at least 28-days written notice prior to the implementation of the amendment to the RECP Addendum. For example, if the amendment is to be effective on July 1, then the Resident's termination notice must be received by the Owner by June 2 of the same year. Resident acknowledges and agrees to accept all amendments to the RECP Addendum where the Resident fails to provide the Owner with timely written notice of the intent to terminate the Lease. In consideration of the Owner's agreement to enter into this Lease, the Resident expressly and voluntarily acknowledges and understands that the Resident's right to terminate the Lease herein is the Resident's SOLE AND EXCLUSIVE REMEDY for any objection to any proposed or implemented amendment by Owner to the RECP Addendum pursuant to the terms of this Addendum. The Resident further expressly, knowingly, and voluntarily agrees that the Resident shall not be entitled to any other claim, cause of action, damage, or any other remedy against the Owner, its agents, or anyone else for any proposed or implemented amendment to the RECP Addendum pursuant to the terms of this Addendum. The Owner and Resident further agree that the limitation concerning Resident's sole and exclusive remedy above

regarding objections to any amendments to the RECP Addendum shall survive the expiration, termination, or cancellation of the Lease.

**"RESIDENT"**

X _____     7/16/2018
**BRION MURRAY**                       **Date**

X _____     7/16/2018
**SHAWNTEL MURRAY**                    **Date**

X _____     _____
                                       **Date**

X _____     _____
                                       **Date**

X _____     _____
                                       **Date**

X _____     _____
                                       **Date**

**OWNER:**
CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company
By:  LPC Pendleton Quantico PM LP, a Delaware limited partnership, its Authorized Agent

By: _____
Name: Valentina Etcitty
Title: LMH Representative

RECP Addendum
Updated 4-30-13

7082295

MURRAY-CPQH-LPC 000047

DocuSign Envelope ID: 08E08130-AA1D-4284-8C36-780BC4686AEA

## Asbestos Disclosure

This Asbestos Disclosure ("**Disclosure**") is given to BRION MURRAY , SHAWNTEL MURRAY ("**Resident**") by Camp Pendleton & Quantico Housing, LLC ("**Owner**") concurrently with the Lease between Owner and Resident (the "Lease") with respect to the Premises described in the Lease Agreement.

Asbestos is a compound of natural fibrous minerals that has been used commercially in building materials because of its strength, durability, fire retarding capability, and resistance to heat. Asbestos was used more extensively prior to 1981 but may be present in building materials constructed after that date. If such materials are properly maintained and undisturbed, there will be little or no release of asbestos fibers into the air, and the presence of asbestos will not pose a health risk. Disturbance of asbestos-containing materials may occur through activities, such as sanding, pounding, or scraping, that cause the materials to become pulverized and the asbestos fibers to become airborne. When inhaled, asbestos may cause cancer.

Residents may not disturb or attach anything to the walls, ceilings, floor tiles or insulation behind the walls, except in compliance with Community Guidelines. If any repairs need to be made to the walls or floor or ceiling tiles, Residents must notify the Owner in writing immediately, so repairs can be made by qualified personnel.

I Understand and Acknowledge this Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"

X _____    7/16/2018
**BRION MURRAY**                **Date**

X _____    7/16/2018
**SHAWNTEL MURRAY**             **Date**

X _____    _____
                               **Date**

X _____    _____
                               **Date**

X _____    _____
                               **Date**

X _____    _____
                               **Date**

**MOVE-IN CONDITION FORM**
**Conditions/Comments**

| Stuart Mesa Community | 251 RIVERA STREET Address | 3 bdr 2.5 bath Type & Code | CC | F/U | Amenities | 07/16/2018-07/15/2019 Lease Term |
|---|---|---|---|---|---|---|

**Locks Checked:**

| Front Door: | | Back Door: | |
|---|---|---|---|
| Windows: | | Patio Door: | |

**Miscellaneous Security Devices:**
**Electronic Alarm System:**
**Keys/Garage Remote:**
**Smoke Alarm Checked:**
**Carbon Monoxide Detector Checked:**
**Mold Growth or Water Stains Visible?**

I and/or we accept this form as part of the Lease Agreement and agree that it is an accurate account of the condition of the dwelling and any permanent damage is noted herein. I WILL INSPECT AND FAMILIARIZE MYSELF WITH THE OPERATION OF THE SECURITY DEVICES, INCLUDING BUT NOT LIMITED TO LOCKS ON ALL WINDOWS AND DOORS. BY INITIALING BELOW, I CERTIFY THE LOCKS ARE IN GOOD WORKING CONDITION, UNLESS OTHERWISE NOTED ON THIS FORM AND SUBMITTED TO MANAGEMENT WITHIN FIVE DAYS OF MOVE-IN.

Resident Initials    Resident Initials    Resident Initials    Resident Initials    Resident Initials    Resident Initials

In addition, I have inspected the premises for visible mold growth and certify there is no visible evidence of mold growth in or around the dwelling unit.

Resident Initials    Resident Initials    Resident Initials    Resident Initials    Resident Initials    Resident Initials

I will examine each item listed on this form and make comments where appropriate regarding permanent defects to the dwelling. I will return the completed form within five days of move in. I understand the comments I make on this form are not a request for repairs, and should repairs be needed, I will need to submit a separate request for service in writing. I understand I will be held responsible for any conditions which are later found to exist that are not stated within this form. Failure to include comments on this form and return it to the management office within 5 days of move-in will be considered an admission that the item is in good and acceptable condition. The Owner or Owner's representative has given me the opportunity to ask questions and make comments concerning the condition of the dwelling. In the event of more than one Resident, all inspections and explanations made by Owner, its agents, employees or legal representatives to one of the Residents shall be binding on all Residents of the Dwelling with the same force and effect as if where made to them personally.

Signed on : 7/16/2018

**Resident(s) Signature:**

Lincoln Military Housing, Agent

**MOVE-IN CONDITION FORM**
**Conditions/Comments**
**ITEMIZATION OF CHARGES BY OWNER**

$ _____ Amount of Deposit

| | | | | | |
|---|---|---|---|---|---|
| Administrative Charge To Lease | | | | $ | |
| Loss To Vacancy | | | | $ | |
| Unpaid Charges: | Delinquent Rent: | | | $ | |
| | Access Gate Card: | | NSF Charges: | $ | |
| | Late Charges: | | Electric: | $ | |
| Fixed Cleaning Charges Per Lease Agreement | | | | $ | |
| Description Of Items Repaired Or Replaced | | | | $ | |
| | | | | $ | |
| | | | | $ | |
| | | | | $ | |
| MISC. Charges Due (Not Covered Above) | | | | $ | |
| | | | | $ | |
| | | | | $ | |
| | | | | $ | |
| | | | TOTAL CHARGES | $ | |

Forfeit Deposit – No Proper Notice

Date: 7/16/2018

Refund Due Resident Or
Amount Due Owner

$ _____

$ _____

**LIVING ROOM**

| | |
|---|---|
| Walls | |
| Ceilings | |
| Floors/ Carpets / Vinyl | |
| Drapes/ Blinds | |
| Lighting | |
| Screens | |
| Evidence of Mold or Water Stains/Leaks | |
| Other | |
| **DINING ROOM** | |
| Walls | |
| Ceilings | |
| Floors/ Carpets / Vinyl | |
| Drapes/Blinds | |
| Lighting | |
| Screens | |
| Evidence of Mold or Water Stains/Leaks | |
| Other | |
| **KITCHEN** | |
| Cabinets | |
| Counter Tops | |
| Fixtures / Faucets | |
| Microwave | |
| Range | |
| Oven | |
| Vent Hood | |
| Refrigerator/Freezer/Icemaker | |
| Dishwasher | |
| Walls | |
| Ceilings | |
| Floors/ Carpets / Vinyl | |
| Drapes/Blinds | |
| Lighting | |
| Screens | |

**MOVE-IN CONDITION FORM**
**Conditions/Comments**

| | |
|---|---|
| Evidence of Mold or Water Stains/Leaks | |
| Other | |
| **LAUNDRY ROOM** | |
| Hookups | |
| Washer In Unit | |
| Dryer In Unit | |
| Other | |
| **PATIO** | |
| Door | |
| Windows | |
| Railing | |
| Storage | |
| Other | |
| **YARD** | |
| Trees/ Bushes | |
| Fence | |
| Sidewalk | |
| Other | |
| **GARAGE** | |
| Door | |
| Remote | |
| Attic | |
| Stairs | |
| Plugs/Lighting | |
| Other | |

| **BEDROOM** | 1st Bedroom | 2nd Bedroom | 3rd Bedroom/Den | 4th Bedroom | 5th Bedroom |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floor/Carpets | | | | | |
| Drapes/Blinds | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

| **BATHROOM** | 1st Bathroom | 2nd Bathroom | 3rd Bathroom | 4th Bathroom | Other |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floor/Vinyl | | | | | |
| Counter Tops | | | | | |
| Sink/Tub | | | | | |
| Faucets | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

Resident Name & Apt. Number :    BRION MURRAY , SHAWNTEL MURRAY  -  251 RIVERA STREET (251RIV)

| BM | SM | | | | |
|---|---|---|---|---|---|
| Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials |

MURRAY-CPQH-LPC 000051

DocuSign Envelope ID: D8E05430-AA4D-4234-8C98-7808D43804EA

## Statutory Notice and Disclosure of Bed Bug Information
### Addendum to Lease Agreement

We are providing you with this statutory disclosure in accordance with California Civil Code §1954.603. This notice contains general information about bed bugs along with the procedure that you must follow to report suspected infestations to Owner.

**Bed Bug Appearance**: Bed bugs have six legs. Adult bed bugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden.

**Life Cycle and Reproduction**: An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days.

Bed bugs can survive for months without feeding.

**Bed Bug Bites**: Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.

Common signs and symptoms of a possible bed bug infestation:

- Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.
- Molted bed bug skins, white, sticky eggs, or empty eggshells.
- Very heavily infested areas may have a characteristically sweet odor.
- Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.

For more information, see the Internet Web sites of the United States Environmental Protection Agency (https://www.epa.gov/bedbugs) and the National Pest Management Association (http://www.npmapestworld.org/).

1

**Error! Unknown document property name.**

If you find or suspect a bed bug infestation, please notify Owner immediately and describe any signs of infestation so that the problem can be addressed as soon as possible.

The procedure to report suspected infestations to Owner is as follows:

To report suspected bedbugs, call the Lincoln At Your Service Call Center at (888) 578-4141. The Call Center is open 24 hours per day to facilitate routine and emergency maintenance requests. You may also contact your local Lincoln Military Housing District Office during normal business hours.

Please acknowledge receipt of this Statutory Notice and Disclosure of Bed Bug Information by signing below.

X  _____          7/16/2018
**BRION MURRAY**                         **Date**

X  _____          7/16/2018
**SHAWNTEL MURRAY**                      **Date**

CAMP PENDLETON & QUANTICO HOUSING, LLC,
a Delaware limited liability company

By:   LPC Pendleton Quantico PM LP, a Delaware
      limited partnership, its Authorized Agent

By:    _Valentina Etcitty_
Name:  Valentina Etcitty
Title:     LMH Representative
Date:

2

**Error! Unknown document property name.**

MURRAY-CPQH-LPC 000053

## ASSUMPTION OF RISK, WAIVER AND RELEASE OF LIABILITY

I, __BRION MURRAY , SHAWNTEL MURRAY__ , (hereafter, "Participant", which term includes minor Participant's parent or legally-appointed Guardian) desire to participate in any or all programs, events and/or activities sponsored, organized by or affiliated with Camp Pendleton & Quantico Housing LLC or one of their affiliates (individually or collectively, "Lincoln Military Housing"), whether occurring on or off any property owned and/or operated by Lincoln Participant is a minor, Participant's parent or legally-appointed Guardian acting on Participant's behalf) has agreed to execute this Assumption of Risk, Waiver and Release of Liability (the "Release").

1.  I acknowledge that participating in the Activities involves certain inherent risks, dangers and hazards, including the risk of serious injury, permanent disability, severe social and economic losses or death, due not only to Participant's own actions, inactions or negligence, but also the actions, inactions or negligence of others or the conditions of the premises or of any equipment used in the Activities. Further, I acknowledge that Participant is familiar with the safe operation and use of any equipment that may be utilized in connection with the Activities, and Participant will not undertake to use any equipment with which he/she is unfamiliar or which he/she does not know how to operate safely I further understand that any equipment utilized in connection with the Activities is used at Participant's own risk and that any such equipment is provided without any warranty about its condition or suitability.

2.  Knowing the risks involved in participating in the Activities, Participant agrees to assume all such risks, whether known or unknown, as well as any other risks involved in participating in the Activities or participating in any other program, event or activity sponsored by or involving Lincoln Military Housing. Participant further agrees not to engage in activities that are beyond his/her ability. If Participant is injured during the Activities, I authorize any physician licensed in the state where the injury occurred to perform such emergency treatment as he or she believes, in his or her sole judgment, may be necessary. I understand that Lincoln Military Housing is not responsible for costs incurred for medical care.

3.  I, on behalf of myself, my personal representatives and my heirs, hereby voluntarily release, waive, discharge and covenant not to sue Lincoln Military Housing, together with their affiliates, directors, managers, employees, agents and representatives, and, if applicable, owners, lessor and lessees of the facilities and/or premises used during the Activities, as well as any and all other persons or entities that might have any liability whatsoever to Participant (collectively, the "Released Parties"), from and against any and all damages, actions, claims, demands, losses and liabilities, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, relating to or arising from any activity, occurrence or event involving the Activities or Lincoln Military Housing, including, but not limited to, damages, actions, claims, demands, losses and liabilities arising from or related to the negligence of the Released Parties.

4.  I agree to release, indemnify, hold harmless and defend Lincoln Military Housing and each of the other Released Parties from and against any loss, damage, liability and expense, including costs and attorneys' fees, incurred by Lincoln Military Housing or any of the other Released Parties as a result of Participant's participation in the Activities or in any other activity sponsored or organized by or involving Lincoln Military Housing.

5.  In the event that I file a lawsuit against Lincoln Military Housing, I agree to do so solely in the state in which I reside, and I further agree that the substantive state law shall apply in that action without regard to the conflict of law rules of that state. I agree that, if any term or provision of this Release shall be held illegal, unenforceable, or in conflict with any law governing this Release, the validity of the remaining portions of this Release shall not be affected and shall remain in full force and effect.

6.  Lincoln Military Housing reserves the right to use any photograph taken during the Activities or in connection with any other activity involving Lincoln Military Housing in Lincoln Military Housing's promotional materials, brochures and website and for any other lawful purposes. I hereby grant permission to Lincoln Military Housing to use Participant's name and photographic likeness in all forms for such purposes.

**I HAVE READ THIS RELEASE, AND BY EXECUTING BELOW, IAM ASSUMING ANY AND ALL RISKS INHERENT IN PARTICIPATING IN THE ACTIVITIES. I HAVE SIGNED THIS DOCUMENT OF MY OWN FREE ACT AND I AGREE TO BE FULLY BOUND BY ITS TERMS.**

| **THIS RELEASE IS A BINDING LEGAL CONTRACT, PLEASE READ IT CAREFULLY BEFORE SIGNING** |
| :---: |
| ***Please print all of the required information legibly*** |

TO BE EXECUTED BY ALL PARTICIPANTS WHO ARE 18 OR OLDER AT TIME OF SIGNING THIS WAIVER:

| Signature of Participant | Date | Printed Name of Participant | Address of Participant |
| --- | --- | --- | --- |
| _Bueh M_ | 7/16/2018 | BRION MURRAY | 251 RIVERA STREET |
| _S m murry_ | 7/16/2018 | SHAWNTEL MURRAY | 251 RIVERA STREET |
| | | | 251 RIVERA STREET |
| | | | 251 RIVERA STREET |
| | | | 251 RIVERA STREET |
| | | | 251 RIVERA STREET |

MURRAY-CPQH-LPC 000054

# STAFF SGT. SILLS SAYS:

## "Welcome to Your New Home!"

We want you and your family to be happy in your new home. Even more importantly, we want you to be safe, starting with your windows. Windows let you keep an eye on the weather – and the world. They let in the cool breezes and keep out the cold blasts. Additionally, they can be an important alternative escape route in case of a fire. But windows can also be a safety hazard to your kids. To prevent them from falling out of windows, it's important to keep these simple safety rules in mind at all times.

- Always watch your kids at play.
- Close and lock all windows within kids' reach.
- Keep anything kids can climb on away from windows.
- Window screens keep bugs out, NOT kids in.
- In case of emergency, be sure windows are not blocked and can be opened easily from the inside.
- Have an emergency escape plan that every family member knows.



## MEET STAFF SGT. SILLS

Throughout his career, Staff Sgt. Sills has had one mission: helping to keep military families safe at home. His specialty is windows and in this packet he's included a refrigerator magnet with these important safety tips. From time to time, he'll be sending e-mails out with the latest intel, so keep an eye on your inbox. Meanwhile, enjoy your new home and stay safe.


**Window Watch**
Stand watch for window safety.


LINCOLN MILITARY HOUSING
Every Mission Begins at Home®

MURRAY-CPQH-LPC 000055

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA

# LINCOLN MILITARY HOUSING
*Every Mission Begins at Home*™

## PPV ACTION FORM

**Resident Name:  BRION MURRAY**

**Resident ID:  m0429150**                          **Lease Status:  Move In**
**UIC Code:  m00684**

**Branch of Service:  Marines**        **Rank:  E-5**            **BAH AMT:  2478.00**

**District Office:  Stuart Mesa**

**Community:  Stuart Mesa I**

**Move In Address:  251 RIVERA STREET**
**Current Base:  CPEN**

**Move Out Address:  _____**
**Future Base:  _____**

**Reason:  Select**

**Move Out Date:  _____      Effective Date of Requested Action:  7/16/18**

**Status Update:  Select**

By signing this form, I hereby acknowledge that I agree with the terms set forth in the residential lease agreement and I authorize Lincoln Military Housing, PPV housing partner, to collect my housing allowance (BAH).  This includes authorization for PPV to initiate start, stop or changes to my allotment in reference to my housing allowance (BAH only).  I understand that I am responsible for rent from the day I accept possession of the home, through the day I return keys.  I also understand that I am responsible to notify Lincoln Military Housing of any changes in status of any kind.

_____                7/16/2018
Resident/Sponsor Signature                                    Date:

**Please ensure a SPECIAL POWER OF ATTORNEY is attached if signed by someone other than service member.**

_____                7/16/2018
Lincoln Military Housing Representative                    Date:

LINCOLN MILITARY HOUSING
*Every Mission Begins at Home*™

REVISED                                                                           11/09/16

MURRAY-CPQH-LPC 000056

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA



2018 Edition

### GENERAL SWIMMING POOL RULES AND REGULATIONS
### RELEASE OF LIABILITY

*Be advised that the rules and regulations outlined below and posted at the Swimming Pool Complex are subject to change, without notice, as management deems necessary in its sole discretion. Management reserves the right to refuse admittance to or eject from the Swimming Pool Complex any persons failing to comply with any of its rules or regulations.*

1. **No one will be allowed admittance to the Swimming Pool Complex (which includes, without limitation, the swimming pool, dressing rooms, shower areas and other associated swimming pool facilities) unless the facility is officially open and a lifeguard is on duty.** Swimming pool operating hours are from 11 a.m. to 7 p.m. Monday through Sunday (May through September). Swimming pool operating hours are subject to change without notice.

2. LPC Pendleton Quantico PM LP and Camp Pendleton & Quantico Housing, LLC assume no liability for injuries or damages arising or resulting from use of the Swimming Pool Complex unless due to the willful misconduct or gross negligence on the part of such parties. Due to the strenuous nature of some pool-related activities, the participant is advised to consult his/her physician concerning fitness to participate. All pool-related activities present certain inherent risks and hazards which the participant assumes.

3. All patrons who enter the Swimming Pool Complex shall be required to present a valid military ID card or military dependent ID card. Each patron will be required to sign in and out on the log - **No Exceptions.**

4. Patrons shall observe all rules and regulations posted throughout the Swimming Pool Complex and rules and requests made by lifesaving personnel or Lincoln Management team members. Pool rules are subject to change with or without notice to residents at the discretion of Lincoln Military Housing Aquatics Department and all lifesaving personnel.

5. No children will be allowed in the Swimming Pool Complex unless supervised by a responsible adult age 18 or older. Children under the age of 14 and non-swimmers (regardless of age) shall not be permitted to use the swimming pool unless accompanied by a responsible adult age 18 or older in a bathing suit. **Parents or guardians are responsible for their children and should not permit them to enter the swimming pool area regardless of age if they are not competent swimmers.**

6. The lifeguard on duty will call periodic safety breaks from the swimming pool. A lifeguard's safety break will not begin until all bathers have exited the swimming pool. Bathers may not re-enter the swimming pool until the lifeguard has returned to the guard station and has blown the whistle to indicate that bathers may resume swim activities. **Anyone found near the pool edge or in the swimming pool during a lifeguard's safety break may be required to leave the pool area. All patrons must leave the pool area during the lifeguard lunch break if no other lifeguard is present.**

7. Running, diving or rough play in the Swimming Pool Complex, except supervised water sports, **is strictly prohibited**. Any person within the Swimming Pool Complex that behaves in such a manner as to jeopardize the safety and health of himself/herself or others, or uses abusive or profane language, shall be subject to expulsion from the Swimming Pool Complex.

Error! Unknown document property name.

MURRAY-CPQH-LPC 000057

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA



2018 Edition

8. Any person under (or suspected of being under) the influence of alcohol or drugs will not be permitted in the Swimming Pool Complex.

9. Consumption of food and/or beverages is permitted only at the tables situated away from the swimming pool. All waste papers must be deposited in designated receptacles.

10. No tobacco products (smoke or smokeless), glass containers or alcoholic beverages are permitted in the Swimming Pool Complex. No vaping products of any kind are permitted on the pool deck. All smoking or smokeless products must be used a minimum of fifty (50) feet away from any pool entrance or pool gate.

11. Animals, with the exception of service animals, are strictly prohibited from the Swimming Pool Complex.

12. The Swimming Pool Complex is for the exclusive use of military housing residents and their guests. Guests are limited to two (2) per home at any one time. All guests must be accompanied by a responsible adult age 18 or older, and housing residents must remain at the Swimming Pool Complex with their guests for the entire duration of their guests' visit to the Swimming Pool Complex. Guests may request a guest pass from the housing office.

13. Management is not responsible for stolen or lost articles. Any items left unattended will be removed by Management.

14. Anyone found defacing or damaging any part of the Swimming Pool Complex (including the locker room, clubhouse, and swimming pool or patio areas) is subject to disciplinary action and will be held financially responsible. Removal of the pool furniture or rescue equipment will be considered theft.

**15. Children under the age of 6 or nonswimmers (regardless of age) must have a responsible adult age 18 or older in the water with them and within an arm's length unless the child is wearing a US Coast Guard approved life jacket. The Swimming Pool Complex will not provide US Coast Guard approved life jackets.**

**16. Swim diapers (i.e., Huggies Swimmies) are required for all children who are not toilet-trained. No exceptions. The Swimming Pool Complex will not provide swim diapers.**

17. Pool umbrellas are not to be moved from the position they are in. Lifeguards may open/close the umbrellas when available to assist residents.

## EMERGENCIES:

**In case of an emergency dial *911***

**Error! Unknown document property name.**

MURRAY-CPQH-LPC 000058

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA

**RELEASE OF LIABILITY: In consideration for being permitted by LPC Pendleton Quantico PM LP, Camp Pendleton & Quantico Housing, LLC, Lincoln Military Housing LLC and LMH Holdings, LLC to use the Swimming Pool Complex, I hereby waive, release and discharge any and all damages for personal injury, death, or property damage which I may have, or which may hereafter accrue to me, as a result of use of the Swimming Pool Complex. This release is intended to discharge, in advance, LPC Pendleton Quantico PM LP, Camp Pendleton & Quantico Housing, LLC, Lincoln Military Housing LLC and LMH Holdings, LLC, their directors, officers, members, agents, employees, and management (collectively, the "Released Parties"), from any and all liability arising out of or connected in any way with my, any accompanying minors' or my guests' use of the Swimming Pool Complex, even though that liability may arise as a result of negligence or carelessness on the part of the Releasing Parties. It is understood that use of the Swimming Pool Complex involves an element of risk and danger of accidents and, knowing those risks, I hereby assume those risks. I agree to indemnify and to hold the Released Parties free and harmless from any loss, liability, damage, cost, or expense which may be incurred as the result of my, or any other patron of the Swimming Pool Complex's, death or any injury or property damage that is sustained in connection with the use of the Swimming Pool Complex, regardless of whether such loss is caused in whole or in part by the negligence or carelessness of the Released Parties. I hereby agree to follow all pool rules and regulations as well as all notifications from the lifeguard or lifeguards present at the pool. By signing I hereby acknowledge myself and my family have read and understand the pool rules set forth by Lincoln Military Housing.**

Service Member's Name (Sponsor): _BRION MURRAY_____

LMH Housing Address: _251 Rivera St., Oceanside, CA 92058_____

Pool Attending: _STUART MESA_____

Date Signed: _7/16/2018_____

Military Dependents:

_SHAWNTEL MURRAY_____        _Myah M. Murray_____

_____        _____

_____        _____

DocuSigned by:
_Bush M._____        _BRION MURRAY_____
8F1CF91DE868490
RESIDENT                            PRINTED NAME

DocuSigned by:
_S. M. Murray_____        _SHAWNTEL MURRAY_____
8F1CF91DE868490
RESIDENT                            PRINTED NAME

Error! Unknown document property name.

3

MURRAY-CPQH-LPC 000059

Stuart Mesa
Move-In Inspection/Blacklight Assessment

**LINCOLN MILITARY HOUSING**
*Every Mission Begins at Home®*

Date: 7/16/18
Resident: _____
Address: 251 RIVERA

| X | **1. This is a 15-20 min inspection** |

CARPET AGE: 6/19/18

| X | **2. Reminders** |

| Special Features- | All | X | GFI outlets-light switch/outlet combo-water/electrical shut off |
| | STU2 | N/A | Garage door-fan in garage-lock on water dispenser |
| Safety- | All | X | No oven storage-No hangers in sprinkler systems |
| | All | X | No disarming smoke/carbon monoxide alarms |

| X | **3. Please Sign Move In Condition Sheet** |

Upon inspection of the carpet under blacklight, the following was discovered:

Living Room: _____
Downstairs Hallway: _____
Stairway: _____
Upstairs Hallway: _____
Master Bedroom: _____
2nd Bedroom: _____
3rd Bedroom: _____
4th Bedroom: _____
5th Bedroom: _____

I agree with the inspector's notes and understand that I may be responsible for any damage to carpet not notated above or on Move-In Condition Form.

| | **4. Please report additional discrepancies via email to CSR within 5 DAYS.** |

_____
Signature

Brian Murray
Print Name

I decline blacklight inspection and understand that I may be responsible for any damage to carpet not notated on Move-In Condition Form.

_____
Signature

_____
Print Name

Stuart Mesa District, Building # 310001 MCB Camp Pendleton, CA 92055
Office ▪ 760-430-0694 ▪ Fax 760-430-0699

MURRAY-CPQH-LPC 000060

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA

*RETURN 7/20/18*

**MOVE-IN CONDITION FORM**
**Conditions/Comments**

| Stuart Mesa Community | 251 RIVERA STREET Address | 3 bdr 2.5 bath Type & Code | | CC | F/U | Amenities | 07/16/2018-07/15/2019 Lease Term |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Locks Checked:** | | |
| Front Door: | Back Door: | |
| Windows: | Patio Door: | |
| **Miscellaneous Security Devices:** | | |
| **Electronic Alarm System:** | | |
| **Keys/Garage Remote:** | | |
| **Smoke Alarm Checked:** | | |
| **Carbon Monoxide Detector Checked:** | | |
| **Mold Growth or Water Stains Visible?** | | |

I and/or we accept this form as part of the Lease Agreement and agree that it is an accurate account of the condition of the dwelling and any permanent damage is noted herein. I WILL INSPECT AND FAMILIARIZE MYSELF WITH THE OPERATION OF THE SECURITY DEVICES, INCLUDING BUT NOT LIMITED TO LOCKS ON ALL WINDOWS AND DOORS. BY INITIALING BELOW, I CERTIFY THE LOCKS ARE IN GOOD WORKING CONDITION, UNLESS OTHERWISE NOTED ON THIS FORM AND SUBMITTED TO MANAGEMENT WITHIN FIVE DAYS OF MOVE-IN.

| BM | SM | | | | |
|---|---|---|---|---|---|
| Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials |

In addition, I have inspected the premises for visible mold growth and certify there is no visible evidence of mold growth in or around the dwelling unit.

| BM | SM | | | | |
|---|---|---|---|---|---|
| Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials |

I will examine each item listed on this form and make comments where appropriate regarding permanent defects to the dwelling. I will return the completed form within five days of move in. I understand the comments I make on this form are not a request for repairs, and should repairs be needed, I will need to submit a separate request for service in writing. I understand I will be held responsible for any conditions which are later found to exist that are not stated within this form. Failure to include comments on this form and return it to the management office within 5 days of move-in will be considered an admission that the item is in good and acceptable condition. The Owner or Owner's representative has given me the opportunity to ask questions and make comments concerning the condition of the dwelling. In the event of more than one Resident, all inspections and explanations made by Owner, its agents, employees or legal representatives to one of the Residents shall be binding on all Residents of the Dwelling with the same force and effect as if where made to them personally.

Signed on: 7/16/2018

**Resident(s) Signature:**

DocuSigned by:
Buch M

DocuSigned by:
S. M. Murray

DocuSigned by:
Valentina Eteilly
**Lincoln Military Housing, Agent**

PTE: YES
PETS: NO

MURRAY-CPQH-LPC 000061

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA

**MOVE-IN CONDITION FORM**
**Conditions/Comments**
**ITEMIZATION OF CHARGES BY OWNER**

$ _____      Amount of Deposit

| | | |
|---|---|---|
| Administrative Charge To Lease | | $ |
| Loss To Vacancy | | $ |
| Unpaid Charges:   Delinquent Rent: | | $ |
| Access Gate Card: | NSF Charges: | $ |
| Late Charges: | Electric: | $ |
| Fixed Cleaning Charges Per Lease Agreement | | $ |
| Description Of Items Repaired Or Replaced | | $ |
| | | $ |
| | | $ |
| | | $ |
| MISC. Charges Due (Not Covered Above) | | $ |
| | | $ |
| | | $ |
| | TOTAL CHARGES | $ |

$ _____

Forfeit Deposit — No Proper Notice

Date: 7/16/2018      Refund Due Resident Or Amount Due Owner      $ _____

**LIVING ROOM**

| | |
|---|---|
| Walls | Dent by light switch, dents on corners, dirty possible water marks, drowning marks lower wall |
| Ceilings | Bumps, dirty with spider webs |
| Floors/ Carpets / Vinyl | |
| Drapes/Blinds | rusting, broken blind (1) w/o #8826599 |
| Lighting | |
| Screens | |
| Evidence of Mold or Water Stains/Leaks | |
| Other | dents on walking door wall, window paint peeling, stairs have dents, stair walls have dents, ants are not painted on stai |

**DINING ROOM**

| | |
|---|---|
| Walls | Dents |
| Ceilings | |
| Floors/ Carpets / Vinyl | |
| Drapes/Blinds | rusting, hard to turn |
| Lighting | |
| Screens | |
| Evidence of Mold or Water Stains/Leaks | |
| Other | |

**KITCHEN**

| | |
|---|---|
| Cabinets | permanent scratches, marks from previous containers |
| Counter Tops | |
| Fixtures / Faucets | |
| Microwave | |
| Range | |
| Oven | |
| Vent Hood | |
| Refrigerator/Freezer/Icemaker | dent on bottom left side, paint residue green on top door, scratch on bottom door |
| Dishwasher | |
| Walls | |
| Ceilings | |
| Floors/ Carpets / Vinyl | |
| Drapes/Blinds | rusty turning mechanism |
| Lighting | |
| Screens | |

MURRAY-CPQH-LPC 000062

DocuSign Envelope ID: D8E06130-AA4D-4234-8C36-7808D4B8D4EA

**MOVE-IN CONDITION FORM**
Conditions/Comments

| | |
|---|---|
| Evidence of Mold or Water Stains/Leaks | |
| Other | |
| **LAUNDRY ROOM** | |
| Hookups | rusty water valves |
| Washer In Unit | |
| Dryer In Unit | |
| Other | |
| **PATIO** | |
| Door | |
| Windows | |
| Railing | |
| Storage | |
| Other | |
| **YARD** | |
| Trees/ Bushes | |
| Fence | |
| Sidewalk | |
| Other | |
| **GARAGE** | |
| Door | |
| Remote | one doesnt work all the time |
| Attic | |
| Stairs | |
| Plugs/Lighting | |
| Other | Oil Stains, Black spray on wall |

| **BEDROOM** | 1st Bedroom | 2nd Bedroom | 3rd Bedroom/Den | 4th Bedroom | 5th Bedroom |
|---|---|---|---|---|---|
| Walls | dents by closet | dents by closet | | | |
| Ceilings | Chipping paint closet | | | | |
| Floor/Carpets | | | | | |
| Drapes/Blinds | rusty mechanism | | | | |
| Lighting | needs bulb | | | | |
| Screens | falling off | | | | |
| Other | | Wallkway vent bent | | | |
| Mold or Water Stains | | | | | |

| **BATHROOM** | 1st Bathroom | 2nd Bathroom | 3rd Bathroom | 4th Bathroom | Other |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floor/Vinyl | | | | | |
| Counter Tops | | | | | |
| Sink/Tub | | | | | |
| Faucets | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

**Resident Name & Apt. Number :**     BRION MURRAY , SHAWNTEL MURRAY - 251 RIVERA STREET (251RIV)

BM
Resident Initials

SM
Resident Initials

Resident Initials     Resident Initials     Resident Initials     Resident Initials

# LEASE AGREEMENT
## Marine Corps Base Camp Pendleton

| COMMUNITY Stuart Mesa | | | |
|---|---|---|---|
| UNIT NUMBER 251RIV | UNIT ADDRESS 251 RIVERA STREET | | UNIT TYPE 3 bdr 2.5 bath |
| CITY Oceanside | COUNTY San Diego County | STATE California | ZIP 92058 |

| 1. CURRENT DATE (MM/DD/YYYY) 06/07/2019 | 2. LEASE COMMENCEMENT DATE (MM/DD/YYYY) 07/16/2019 | 3. LEASE END DATE (MM/DD/YYYY) 07/15/2020 (see Paragraph 2) |
|---|---|---|

**4. RESIDENT(S) - INDIVIDUAL(S) RESPONSIBLE FOR LEASE (All Individuals 18 years of age or older)**

| a. NAME (Last, First, Middle Initial) | b. Pay Grade | c. Branch | d. Duty Station/ UIC | e. Home Phone |
|---|---|---|---|---|
| MURRAY, BRION | E05 | Marines | 20373 | 910-282-7893 |
| 2a. MURRAY, SHAWNTEL | b. | c. | d. | e. |
| 3a. | b. | c. | d. | e. |
| 4a. | b. | c. | d. | e. |
| 5a. | b. | c. | d. | e. |
| 6a. | b. | c. | d. | e. |

| 5. MONTHLY RENT | Monthly Amount: $_BAH_____, As defined in Paragraph 3 |
|---|---|
| 6. SECURITY DEPOSIT AMOUNT (Excluding additional amount for Satellite Dish) | Waived for service members using allotment or UDEFT and one month's rent for all others |
| 7. LATE CHARGE (Applied after the 5th of the Month) | $25.00 |
| 8. RETURNED CHECK CHARGE | $25.00 for the first returned check and $35.00 for each subsequent check returned, and the first returned check must be replaced with a money order or certified check. |

**9. UTILITIES PAID BY OWNER**   Except as otherwise set forth in Paragraph 8 of this Lease, all paid by Owner except telephone, cable TV

**10. RENT PAYABLE TO MANAGEMENT OFFICE:**  LPC Pendleton Quantico PM LP, Building 200008, Oceanside, CA  92058, (760) 400-8179

**11. LIST OF ALL OCCUPANTS (Do not list any from Number 4 above )**

| 1a. NAME (Last, First, Middle Initial) | b. DATE OF BIRTH | c. RELATIONSHIP |
|---|---|---|
| MURRAY, MYAH | 07/01/2018 | Child |
| 2a. | b. | c. |
| 3a. | b. | c. |
| 4a. | b . | c. |
| 5a. | b. | c. |
| 6a. | b. | c. |
| 7a. | b. | c. |
| 8a. | b . | c. |
| 9a. | b. | c. |
| 10a. | b. | c. |

**12. EMERGENCY CONTACT**

| a. NAME | b. RELATIONSHIP | c. TELEPHONE |
|---|---|---|
| MARIA INEZ TENORIO | SVM MOTHER IN LAW | 505-617-1101 |

**13. SPECIAL PROVISIONS AND ADDITIONAL AGREEMENTS:**

  *As per concession approval dated 15 Feb 2018 -During this lease term, you will receive a monthly concession of $250.00 for each month that the full BAH has been paid. The $250.00 month, only if the following 2 conditions are met: Must be paying current Camp Pendleton BAH or higher and all charges due to LMH, including rent and YES account balance, must be current. If the lease term is not fulfilled, all concessions and rebates must be paid back unless terminating the lease for reasons covered in page 8 paragraph 29 (sections A-E) of the lease. Note: Under the same approval, for intersite transfers who move mid-month: payments are split between districts, however, once the full BAH has been paid, you will receive the $250.00 concession and are also eligible to receive the concession in form of the rebate check the following month as well.

**READ AND ACCEPTED BY:**

X _____

**BRION MURRAY**

BRION MURRAY

PRINTED NAME

X _____

**SHAWNTEL MURRAY**

SHAWNTEL MURRAY

PRINTED NAME

X _____

PRINTED NAME

X _____

PRINTED NAME

X _____

PRINTED NAME

X _____

PRINTED NAME

**OWNER:**

CAMP PENDLETON & QUANTICO HOUSING, LLC, a Delaware limited liability company

By:  LPC Pendleton Quantico PM LP, a Delaware limited partnership, its Authorized Agent

By:    _Deborah Lambert_____

Name:  Deborah Lambert

Title:  lmh rePRESENTATTIVE

# EXHIBIT B

# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT C

# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT D

# FILED CONDITIONALLY UNDER SEAL

# EXHIBIT E



**NAVY AND MARINE CORPS PUBLIC HEALTH CENTER**

PREVENTION AND PROTECTION START HERE

### Navy Indoor Environmental Quality - Mold Sampling Policy in Navy Buildings

The Navy's policy, which is consistent with guidance from the U.S. Centers for Disease Control & Prevention (CDC) and the Environmental Protection Agency (EPA), is to not routinely sample for mold when evaluating indoor environmental quality (IEQ).  This policy applies to the work environment and in government owned housing (Family Housing and Unaccompanied Housing).[1,2]

The term "mold" is used to refer to fungi that are naturally occurring in the environment. Molds are found year-round in virtually every environment, indoors and outdoors, and at work and home.  There is no practical way to eliminate all mold and mold spores from the indoor environment.

The emphasis for dealing with mold focuses on visual inspection and determining the source of the moisture (e.g., water intrusion, plumbing leaks, etc.), and other contributing factors (e.g., temperature, humidity, ventilation, sanitation, etc.).  It is important to correct mold and moisture problems as soon as possible through remediation and/or removal of mold contaminated materials within 24-48 hours, cleaning the surfaces, controlling the moisture source, and drying the area completely.

A mold's ability to result in health effects and symptoms will vary by the genus/species.  No one knows how many species of mold exist, but estimates are 100,000 or more.  Individual susceptibility to mold varies widely depending on the species and amount of mold.  Therefore, mold sampling and culturing are not reliable in determining an individual's health risk.

Due to these factors, there are no federal health standards for what are "unacceptable" levels of mold in the indoor environment.  Therefore, there is no health standard to which mold sampling results can be compared.  Further, since most people are allergic to more than one allergen, and most homes have multiple detectable allergens (e.g., pet dander, pollen, rats, mice, cockroaches, dust mites, air fresheners, candles, lawns, plants, trees, etc.,), sampling for mold alone is also not a reliable factor for determining health risk.

All mold issues, regardless of species, are treated the same: control the moisture source, and remediate the contamination.  Mold sampling results do not change this.  Nor do they provide a reliable indication of health risk.

For more information about mold visit:  https://www.med.navy.mil/sites/nmcphc/industrial-hygiene/Pages/Mold-Information-Resources.aspx

### This policy also aligns with guidance from:

- CDC (https://www.cdc.gov/mold/faqs.htm#test)
- EPA (https://www.epa.gov/mold/mold-testing-or-sampling)
- OSHA (https://www.osha.gov/dts/shib/shib101003.html)
- American Industrial Hygiene Association (https://www.aiha.org/publications-and-resources/TopicsofInterest/Hazards/Pages/Facts-About-Mold.aspx)
- Army and Air Force policy is the same[3] (https://phc.amedd.army.mil/topics/workplacehealth/ih/Pages/Indoor-Air-Quality-Mold.aspx)

---

1  OPNAVINST 5100.23G Navy Safety and Occupational Health Program Manual

2 NMCPHC Industrial Hygiene Field Operations Manual - https://www.med.navy.mil/sites/nmcphc/industrial-hygiene/industrial-hygiene-field-operations-manual/Pages/default.aspx)

3 AFRL-SA-WP-SR-2014-0012 Technical Guide for Indoor Air Quality Surveys July 2014

MURRAY-CPQH-LPC 000306

# EXHIBIT F



**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING COMMAND
1322 PATTERSON AVENUE, SE, SUITE 1000
WASHINGTON NAVY YARD, DC 20374-5065

11101
Ser AM/036
26 MAY 2020

From:   Commander, Naval Facilities Engineering Command
To:     Department of the Navy Housing Privation Partners

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION
        3014(a)"(c)(1)(C)", 3014(a)"(d)(2)"; SHARE HEALTH, ENVIRONMENTAL, AND
        SAFTEY TEST AND INSPECTION RESULTS WITH TENANT AND HOUSING
        OFFICE

Ref:    (a) National Defense Authorization Act for Fiscal Year 2020, Public Law 116-92

1.  Section 3014 of reference (a) indicates: The housing management office is responsible for
"maintaining all test results relating to the health, environmental, and safety condition of the
housing unit and the results of any inspection conducted by the housing management office,
landlord, or third-party contractor for the life of the contract relating to that housing unit."  This
requirement is codified in Title 10 United States Code Section 2891a(c)(1)(C).  Definitions
applicable to reference (a) are addressed in Section 3001 of reference (a).

2.  To this end, Section 3014 of reference (a) further indicates: "With respect to test results relating
to the health and safety condition of a housing unit, the landlord providing the housing unit shall –
(A) not later than three days after receiving the test results, share the results with the tenant of the
housing unit and submit the results to the head of the installation housing management office; and
(B) include with any environmental hazard test results a simple guide explaining those results,
preferably citing standards set forth by the Federal Government relating to environmental hazards."
This is codified in Title 10 United States Code Section 2891a(d)(2).  Definitions applicable to
reference (a) are addressed in Section 3001 of reference (a).

3.  The Department of the Navy expects all entities entered or entering into agreement(s) per the
Military Housing Privatization Initiative authorities for Navy or Marine Corps Public/Private
Venture (PPV) Housing project, as well as all service providers or contractors of those entities, to
comply with this requirement on that Navy or Marine Corps PPV Housing Project.

4.  Commander Navy Installation Command (CNIC) and Marine Corps Installations Command
(MCICOM) installation/base housing directors will serve as the "head of the installation housing
management office."  Please submit tests and inspection results consistent with reference (a),
relating to the health, environment, and safety condition of a housing unit to the tenant of the
housing unit and to the appropriate CNIC or MCICOM installation/base housing director no later
than three days after receiving the test results.

5.  Please advise if you have any concerns with or questions on the above at this time or in the
future.

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION 3014(a)"(c)(1)(C)", 3014(a)"(d)(2)"; SHARE HEALTH, ENVIRONMENTAL, AND SAFTEY TEST AND INSPECTION RESULTS WITH TENANT AND HOUSING OFFICE

6. My Point of contact for this matter is Mr. Eric Dauer, at eric.dauer1@navy.mil; 202-685-9344.

FORREST.SCOTT.
DAVID.1230579772
Digitally signed by
FORREST.SCOTT.DAVID.12305
79772
Date: 2020.05.27 13:19:31 -04'00'

SCOTT D. FORREST
By direction

Distribution:
Mr. Phillip Carpenter
Chief Operating Officer
Atlantic Marine Corps Communities, LLC
Lend Lease (US) Public Partnership Holdings, LLC
1801 W. Earl Ave
Nashville, TN 37203-2577

Mr. John Ehle
President
Hunt Military Communities
980 North Michigan Ave, Suite 1150
Great Lakes, IL 60611

Mr. Chris Hunt
Chief Executive Officer
Hunt Companies
4401 N. Mesa, Suite 201
Coventry Park West
El Paso, TX 79902-1107

Mr. Tim Byrne
President & Chief Executive Officer
Lincoln Property Company
2000 McKinney Avenue, Suite 1000
Dallas, TX 75201

Ms. Christy Pemble & Mr. Phillip Rizzo
CO-CEO's
Lincoln Military Housing
4650 Von Karman Avenue
Newport Beach, CA 92660

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION 3014(a)"(c)(1)(C)", 3014(a)"(d)(2)"; SHARE HEALTH, ENVIRONMENTAL, AND SAFTEY TEST AND INSPECTION RESULTS WITH TENANT AND HOUSING OFFICE

Mr. Chris Williams
President
Balfour Beatty Communities
One Country View Road
Malvern, PA 19355

Mr. Alex Lewis
President
Patrician Military Housing
Louisiana Navy Family Housing, L.L.C.
8027 Jefferson Highway
Baton Rouge LA 70809

Mr. Fran Coen
Project Director
Clark Realty Capital, L.L.C.
555 West Beech Street Suite 206
San Diego, CA 92101

Mr. Mark Schultz
South Texas Military Housing, LP
Landmark Organization, LP
5501 Balcones Drive #232
Austin, TX 78731

Copy to:
DASN (IE&F)
CNIC
MCICOM
NAVFAC Atlantic
NAVFAC Pacific

# EXHIBIT G



**DEPARTMENT OF THE NAVY**
NAVAL FACILITIES ENGINEERING COMMAND
1322 PATTERSON AVENUE, SE, SUITE 1000
WASHINGTON NAVY YARD, DC 20374-5065

11101
Ser AM/028
1 May 2020

From:  Commander, Naval Facilities Engineering Command
To:      Department of the Navy Housing Privatization Partners

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION
          3014(a)"(d)(9)"; GOVERNMENT ACCESS TO PRIVATIZED HOMES

Ref:     (a) National Defense Authorization Act for Fiscal Year 2020, Public Law 116-92

1.  Section 3014 of reference (a) indicates: "A landlord providing a housing unit shall allow employees of the housing management office and other officers and employees of the Department to conduct – (A) with the permission of the tenant of the housing unit as appropriate, physical inspections of the housing unit; and (B) physical inspections of any common areas maintained by the landlord."  Per reference (a), this requirement is codified in Title 10 United States Code Section 2891a(d)(9). Definitions applicable to reference (a) are addressed in Section 3001 of reference (a).

2.  The Department of the Navy (DoN) expects all entities entered or entering into agreement(s) per the Military Housing Privatization Initiative authorities for Navy or Marine Corps Public/Private Venture (PPV) Housing project, as well as all service providers or contractors of those entities, to comply with this requirement on that Navy or Marine Corps PPV Housing Project.  This specific subsection requires the landlord of project companies to allow employees of the housing management office and other employees of the Department of Defense to conduct physical inspections of housing units (with appropriate permissions from the tenant) and landlord-maintained common areas.

3. This requirement is acknowledged and included in existing Commander, Navy Installations Command (CNIC) and Marine Corps Installation Command (MCICOM) housing processes. Likewise, DoN expects PPV partners to support this requirement via their business agreements.

4. Please advise if you have any concerns with or questions on the above at this time or in the future.

5. My Point of contact for this matter is Mr. Eric Dauer, at eric.dauer1@navy.mil; 202-685-9344.

FORREST.SCOTT.
DAVID.1230579772
Digitally signed by
FORREST.SCOTT.DAVID.12305
79772
Date: 2020.05.04 08:15:41 -04'00'

SCOTT D. FORREST
By direction

Distribution:

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION
        3014(a)"(d)(9)"; GOVERNMENT ACCESS TO PRIVATIZED HOMES

Mr. Phillip Carpenter
Executive General Manager of Operations
Atlantic Marine Corps Communities, LLC
Lend Lease (US) Public Partnership Holdings, LLC
1801 W. Earl Ave
Nashville, TN 37203-2577

Mr. John Ehle
President
Hunt Military Communities
980 North Michigan Ave, Suite 1150
Great Lakes, IL 60611

Mr. Chris Hunt
Chief Executive Officer
Hunt Companies
4401 N. Mesa, Suite 201
Coventry Park West
El Paso, TX 79902-1107

Mr. Tim Byrne
President & Chief Executive Officer
Lincoln Property Company
2000 McKinney Avenue, Suite 1000
Dallas, TX 75201

Ms. Christy Pemble & Mr. Phillip Rizzo,
CO-CEO's
Lincoln Military Housing
4650 Von Karman Avenue
Newport Beach, CA 92660

Mr. Chris Williams
President
Balfour Beatty Communities
One Country View Road
Malvern, PA 19355

Mr. Alex Lewis, President
Patrician Military Housing
Louisiana Navy Family Housing, L.L.C.
8027 Jefferson Highway
Baton Rouge LA 70809

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION
      3014(a)"(d)(9)"; GOVERNMENT ACCESS TO PRIVATIZED HOMES

Mr. Fran Coen
Project Director
Clark Realty Capital, L.L.C.
555 West Beech Street Suite 206
San Diego, CA 92101

Mr. Mark Schultz
South Texas Military Housing, LP
Landmark Organization, LP
5501 Balcones Drive #232
Austin, TX 78731

Copy to:
DASN (IE&F)
CNIC
MCICOM
NAVFAC Atlantic
NAVFAC Pacific

3

# EXHIBIT H



**DEPARTMENT OF THE NAVY**

NAVAL FACILITIES ENGINEERING COMMAND
1322 PATTERSON AVENUE, SE, SUITE 1000
WASHINGTON NAVY YARD, DC 20374-5065

111011
Ser AM/019
3 APR 2020

From:   Commander, Naval Facilities Engineering Command
To:       Distribution

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTIONS
           3014(a)"(d)(12)", 3017 AND 3018; WORK ORDER SYSTEMS

Ref:     (a) National Defense Authorization Act for Fiscal Year 2020, Public Law 116-92

1. Section 3014 of reference (a) indicates: "A landlord providing a housing unit shall maintain an electric work order system that enables access by the tenant to view work order history, status, and other relevant information, as required by section 2892 of this title". Per reference (a), this requirement is codified in Title 10 United States Code Section 2891(a) and (d)(12). Definitions applicable to reference (a) are addressed in Section 3001 of reference (a). The Department of the Navy (DoN) expects all entities entered or entering into agreement(s) per the Military Housing Privatization Initiative authorities for a Navy or Marine Corps Public/Private Venture (PPV) Housing project to comply with this requirement on that Navy or Marine Corps PPV Housing project.

2. Section 3017 of reference (a), Maintenance Work Order System for Privatized Military Housing, adds Title 10 United States Code Section 2892, Maintenance Work Order System for Housing Units. Section 2892, requires "each landlord of a housing unit have an electronic work order system to track all maintenance requests relating to a housing unit"; and that each landlord "provide access to the maintenance work order system of the landlord relating the housing unit to", "Personnel of the housing management office at the installation", "Personnel of the installation and engineering command or center of the military department" and "Such other personnel" determined necessary. The Department of the Navy (DoN) expects all entities entered or entering into agreement(s) per the Military Housing Privatization Initiative authorities for a Navy or Marine Corps Public/Private Venture (PPV) Housing project to comply with this requirement on that Navy or Marine Corps PPV Housing project.

3. Section 3018 of reference (a), Access by Tenants of Privatized Military Housing to Maintenance Work Order System, amends Title 10 United States Code Section 2892. Section 2892 as amended, requires each landlord of a housing unit to provide access to the maintenance work order system of the landlord relating to the housing unit to the tenant of the housing unit to permit the tenant, at a minimum, to track the status and progress of work orders for maintenance requests relating the housing unit.". The Department of the Navy (DoN) expects all entities entered or entering into agreement(s) per the Military Housing Privatization Initiative authorities for a Navy or Marine Corps Public/Private Venture (PPV) Housing project to comply with this requirement on that Navy or Marine Corps PPV Housing project.

4. During DoN Housing PPV Partner meetings over the past year, all private partners for Navy and Marine Corps PPV Housing projects have indicated phone and electric systems, as well as mobile applications, are currently available for use by tenants for work orders (service or maintenance calls). Naval Facilities

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTIONS
3014(a)"(d)(12)", 3017 AND 3018; WORK ORDER SYSTEMS

Engineering Command (NAVFAC) Business Agreement Managers (BAMs) will review electric systems,
as well as mobile applications, with you to ensure compliance with the requirements of Title 10 United
States Code Section 2891(d)(12) and 2892 addressed above.

5.   NAVFAC BAMs will provide you with the names of employees of the Naval Facilities Engineering
Command that require access to your electronic work order system for your particular project(s).
NAVFAC BAMs will also provide you with the names of the headquarters, regional and/or
installation/base housing directors with the Navy and/or Marine Corps that require access to your electronic
work order system for your particular project(s).  Headquarters, regional and/or installation/base housing
directors with the Navy and/or Marine Corps will provide you with the names of leadership and housing
staff that require access to your electronic work order system for you particular project(s).

6.   The above requirements should not be confused with that regarding "The right to be provided with a
maintenance history of the prospective housing unit before signing a lease" included in Section 3011 of
reference (a) and codified in Title 10 United States Code Section 2890.  As you are aware, implementation
plans for this particular right in Section 2011 are currently being discussed and coordinated across the DoD
with all Housing PPV private partners.  Final guidance and expectations on this particular right in Section
3011 will be provided as soon as possible.  Your continued review and feedback to enable implementation
of this particular right in a most fair and appropriate manner for all concerned is appreciated.

7.   Please advise if you have any concerns with or questions on the above at this time or in the future.

8.   My Point of contact for this matter is Mr. Brian Miller, brian.miller9@navy.mil , 202-685-9343.

Scott. D. Forrest
By direction

Copy to:
DASN (IE&F)
CNIC
MCICOM
NAVFAC Atlantic
NAVFAC Pacific

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTIONS
        3014(a)"(d)(12)", 3017 AND 3018; WORK ORDER SYSTEMS


Mr. Phillip Carpenter
Executive General Manager of Operations
Atlantic Marine Corps Communities, LLC
Lend Lease (US) Public Partnership Holdings, LLC
1801 W. Earl Ave
Nashville, TN 37203-2577

Mr. John Ehle
President
Hunt Military Communities
980 North Michigan Ave, Suite 1150
Great Lakes, IL 60611

Mr. Chris Hunt
Chief Executive Officer
Hunt Companies
4401 N. Mesa, Suite 201
Coventry Park West
El Paso, TX 79902-1107

Mr. Tim Byrne
President & Chief Executive Officer
Lincoln Property Company
2000 McKinney Avenue, Suite 1000
Dallas, TX 75201

Mrs. Christy Pemble & Mr. Phillip Rizzo,
CO-CEO's
Lincoln Military Housing
4650 Von Karman Avenue
Newport Beach, CA 92660

Mr. Chris Williams
President
Balfour Beatty Communities
One Country View Road
Malvern, PA 19355

Mr. Alex Lewis, President
Patrician Military Housing
Louisiana Navy Family Housing, L.L.C.
8027 Jefferson Highway
Baton Rouge LA 70809

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTIONS
        3014(a)"(d)(12)", 3017 AND 3018; WORK ORDER SYSTEMS

Mr. Fran Coen
Project Director
Clark Realty Capital, L.L.C.
555 West Beech Street Suite 206
San Diego, CA 92101

Mr. Mark Schultz
South Texas Military Housing, LP
Landmark Organization, LP
5501 Balcones Drive #232
Austin, TX 78731

# EXHIBIT I



**DEPARTMENT OF THE NAVY**

NAVAL FACILITIES ENGINEERING COMMAND
1322 PATTERSON AVENUE, SE, SUITE 1000
WASHINGTON NAVY YARD, DC 20374-5065

111011
Ser AM/059
14 AUG 2020

From:  Commander, Naval Facilities Engineering Command
To:    Department of the Navy Housing Privatization Partners

Subj:  NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION
       3013(a) "(e)"; RESPONSIBILITY FOR RELOCATION COSTS

Ref:   (a) National Defense Authorization Act for Fiscal Year 2020, Public Law 116-92

Encl:  (1) DoN Property Management Minimum Standards for Tenant Displacement Guidelines

1.  Section 3013 of reference (a), Responsibility for Relocation Costs, created Title 10 United States
Code Section 2891, titled "Requirements relating to contracts for provision of housing units." Section
2891(e) requires, "A landlord providing a housing unit shall pay reasonable relocation costs associated
with the permanent relocation of a tenant from the housing unit to a different housing due to health or
environmental hazards." Further, Section 2891(e) states, "The landlord shall pay reasonable relocation
costs and actual costs of living, including per diem, associated with the temporary relocation of a
tenant to a different housing unit due to health or environmental hazards." The Department of the
Navy (DoN) expects all entities entered or entering into agreement(s) per the Military Housing
Privatization Initiative (MHPI) authorities for a Navy or Marine Corps Public-Private Venture (PPV)
Housing project to comply with this requirement on that Navy or Marine Corps PPV Housing project.

2.  Enclosure (1) provides guidelines for the displacement of tenants living in MHPI which include:
    a.  Displacements shall occur when repairs to be performed in the home (including those due
        to a life, health and/or safety issue) cannot be efficiently or safely addressed while the
        tenant remains in the home.
    b.  Subject to applicable state and local law and the terms of the lease, the MHPI Company
        shall bear temporary lodging costs during displacement, as necessary.
    c.  Subject to applicable state and local law and the terms of the lease, rent on the leased
        premises will continue to accrue and there will be no adjustment for Basic Allowance for
        Housing while the costs of temporary lodging are borne by the MHPI Company.
    d.  In the case of displacements greater than 30 days, the MHPI Company shall offer to
        relocate tenant to another habitable and comparable home managed by the MHPI Company,
        if one is available.

3.  Request you ensure compliance with enclosure (1) effective immediately. Our intent is to
incorporate enclosure (1) in the business documents for each DoN project at the next revision of those
documents. If you have any concerns with implementation of enclosure (1), please advise in writing
no later than 28 August 2020.

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION 3013(a)
"(e)"; RESPONSIBILITY FOR RELOCATION COSTS

4.  My Point of contact for this matter is Mr. Brian Miller, brian.miller9@navy.mil , 202-685-9343.

Scott. D. Forrest
By direction

Distribution:

Mr. Phillip Carpenter
Chief Operating Officer
Atlantic Marine Corps Communities, LLC
Lend Lease (US) Public Partnership Holdings, LLC
1801 W. Earl Ave
Nashville, TN 37203-2577

Mr. John Ehle
President
Hunt Military Communities
980 North Michigan Ave, Suite 1150
Great Lakes, IL 60611

Mr. Chris Hunt
Chief Executive Officer
Hunt Companies
4401 N. Mesa, Suite 201
Coventry Park West
El Paso, TX 79902-1107

Mr. Tim Byrne
President & Chief Executive Officer
Lincoln Property Company
2000 McKinney Avenue, Suite 1000
Dallas, TX 75201

Ms. Christy Pemble & Mr. Phillip Rizzo
CO-CEO's
Lincoln Military Housing
4650 Von Karman Avenue
Newport Beach, CA 92660

Mr. Chris Williams
President
Balfour Beatty Communities
One Country View Road
Malvern, PA 19355

2

Subj:   NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020, SECTION 3013(a)
        "(e)"; RESPONSIBILITY FOR RELOCATION COSTS

Mr. Alex Lewis
President
Patrician Military Housing
Louisiana Navy Family Housing, L.L.C.
8027 Jefferson Highway
Baton Rouge LA 70809

Mr. Fran Coen
Project Director
Clark Realty Capital, L.L.C.
555 West Beech Street Suite 206
San Diego, CA 92101

Mr. Mark Schultz
South Texas Military Housing, LP
Landmark Organization, LP
5501 Balcones Drive #232
Austin, TX 78731


Copy to:
DASN (IE&F)
CNIC
MCICOM
NAVFAC Atlantic
NAVFAC Pacific



**DEPARTMENT OF THE NAVY**
THE ASSISTANT SECRETARY OF THE NAVY
(ENERGY, INSTALLATIONS AND ENVIRONMENT)
1000 NAVY PENTAGON
WASHINGTON DC 20350-1000

APR 3 0 2020

MEMORANDUM FOR COMMANDER, NAVY INSTALLATIONS COMMAND
COMMANDING GENERAL, MARINE CORPS INSTALLATIONS
COMMAND
COMMANDER, NAVAL FACILITIES ENGINEERING
COMMAND

SUBJECT: Criteria and Guidelines on Displacement of Tenants in Military Housing
Privatization Initiative (MHPI) Housing

Reference: (a) Delegation of Authority to Execute Agreements under the Provisions of the
Housing Revitalization Act of 1996 Memorandum, (27 Feb 1998)

The enclosed guidelines regarding tenant displacement are provided for widest
dissemination within your commands. As part of on-going efforts to standardize processes and
procedures across the Services as required by the National Defense Authorization Act for Fiscal
Year 2020, these guidelines were developed by the Army in coordination with the MHPI
companies and outline the criteria used to determine when tenants would be either temporarily or
permanently relocated from their family housing or unaccompanied housing. These standards do
not apply to any housing outside of the MHPI program (i.e. private sector housing, personally
owned property). It is important to note that these standards must be incorporated into the MHPI
business agreements as they have the potential for financial impacts. As such, each business
agreement will be revised separately with each MHPI company.

Per reference (a), Commander, Naval Facilities Engineering Command is directed to
update the existing MHPI business agreements with the enclosed standards no later than 31 May
2020. Standards may be initially enforced via a Memorandum of Agreement with the MHPI
companies until the business agreements are formally opened at their regularly scheduled dates.
The enclosed guidelines will be reviewed and updated on an annual basis by Commander, Navy
Installations Command, Commanding General, Marine Corps Installations Command, and
Commander, Naval Facilities Engineering Command.

My POC for this memorandum is Mr. Jim Balocki, james.balocki@navy.mil, (703)-695-
0461.

Charles A. Williams

Enclosures:
As stated

**DoN Property Management**
**Minimum Standards for Tenant Displacement Guidelines**

30 Apr 2020

The below standards outline the Department of the Navy (DoN) guidelines as to when a tenant will be displaced when they reside in Military Housing Privatization Initiative (MHPI) provided family or unaccompanied housing.

**1.  Minimum standards and/or conditions within a housing unit that will require the displacement of a tenant:**

Displacements shall occur when repairs to be performed in the home (including those due to a life, health and/or safety issue) cannot be efficiently or safely addressed while the tenant remains in the home.  The MHPI Partner will make all displacement decisions or their designee, in consultation with the local installation Government Housing Office, and in accordance with standards set forth in applicable Federal, State, and local law.

Conditions for when displacement may be appropriate include, but are not limited to:

- Lead based paint hazards that require extensive mitigation, stabilization or abatement
- Structural, mechanical, or electrical defects in the home that pose a threat to tenant safety
- Any environmental condition in the home that poses a reasonably defined health hazard
- Repairs which render the home not reasonably occupiable during the course of the repairs, such as repairs which prevent use of the kitchen or all bathrooms

**2.  Minimum standards or entitlements that a displaced tenant will be allowed during the displacement time period:**

a.  **Entry during Repairs:** While displaced, tenants will generally be restricted from entering their home until the MHPI Company determines that the necessary repairs are complete. The MHPI company reserves the right to limit tenant access to the home during periods of displacement that are consistent with applicable law, to include changing the locks on the home when necessary, but only after notification to the tenant. The MHPI Company shall give reasonable notice of the displacement as the circumstances and tenant safety permit, to include allowing the tenant reasonable time to gather and secure personal belongings before they vacate the premises. Prior to commencing the repairs, and as the circumstances and safety permit, the MHPI company shall document, in the tenant's and Government Military Housing Official's (MHO) presence to the extent practicable, by video, photograph or other means the tenant's personal property in the work area. MHPI Company shall also take reasonable efforts to ensure the repairs do not damage the tenant's property.  Depending on the nature of the

1

repairs and safety issues associated with those repairs, the tenant may request and the MHPI company may allow a tenant reentry into the home while repairs are underway while the tenant is displaced. If reentry is authorized during a period of displacement, MHPI company personnel shall accompany any tenant given access to the home. The tenant may also request an installation Government Housing Representative to attend, but representation is not required. Tenants shall enter the home for the limited circumstances stated in their request to enter and shall not disturb any work or enter any hazard containment area. The tenant may not make any alterations to the home during their entry. MHPI company shall not dispose of any of the tenant's personal property without the permission of the tenant, except as permitted by law following the displacement period if the tenant fails to reoccupy the property or coordinate for removal of their personal property in a reasonable time period.

b. **Temporary Lodging:** Subject to applicable state and local law and the terms of the lease, when the MHPI company is required to displace under the criteria above, the following temporary lodging options shall be offered in descending order and as availability permits:

- A guest suite or unit managed by MHPI company
- Department of Defense (DOD) temporary lodging that contains adequate cooking facilities
- Commercial hotel that contains adequate cooking facilities
- DOD temporary lodging or a commercial hotel without adequate cooking facilities

c. **Temporary Lodging Costs:** Subject to applicable state and local law and the terms of the lease, the MHPI company shall bear temporary lodging costs during displacement of the conditions listed below:

(1) The tenant reoccupies the home in accordance with these guidelines
(2) The Government Installation Housing Office has determined that the necessary repairs have been satisfactorily made to the tenant's home and the house is safe and habitable; or
(3) The tenant has been offered alternative housing either on-post or off-post in accordance with these guidelines.

When necessary, the MHPI Company will offer temporary lodging that accepts animals. Where such lodging is not available, the MHPI Company shall reimburse the tenant for the reasonable costs associated with the boarding of any animals listed on the tenant's lease or any addendum to it. Boarding costs for animals shall be payable to the tenant upon the provision of receipts to the MHPI company.

2

d.  **Rent and Allowances:** Subject to applicable state and local law and the terms of the lease, rent on the leased premises will continue to accrue and there will be no adjustment for Basic Allowance for Housing while the costs of temporary lodging are borne by the MHPI Company.

Subject to applicable state and local law and the terms of the lease, when the MHPI Company places a tenant in temporary lodging as a result of displacement, the tenant shall be entitled to the following allowances that are paid for by the MHPI company:

- In all cases where a tenant is placed in temporary lodging, tenants and their authorized dependents will be entitled to the U.S. General Services Administration (GSA) or DOD incidentals per diem rate for the location of their leased premises for the period of their displacement.
- In the case where a tenant is placed in DOD temporary lodging or a commercial hotel that contains adequate cooking facilities, tenants and their authorized dependents will be entitled to the GSA or DOD incidentals per diem rate for the location of their leased premises for the period of their displacement.
- In the case where a tenant is placed in DOD temporary lodging or a commercial hotel that does not contain adequate cooking facilities, tenant and their authorized dependents will be entitled to the GSA or DOD meals and incidentals per diem rate for the location of their leased premises for the period of their displacement.
- A tenant may elect to move into alternate temporary lodging outside of what is offered by the MHPI Company, such as staying with family or in a recreational vehicle. If elected, the tenant and their authorized dependents will be entitled to the GSA or DOD incidentals per diem rate for the location of their leased premises during the period of their displacement.
- Tenants will only be authorized displacement entitlements if the tenant has fully complied with the terms of the lease and the displacement is due to a maintenance issue that is not the fault of the tenant, tenant's spouse, dependents, guests or invitees (collectively "Tenant Parties").

The MHPI Company shall notify the tenant of the conditions of their displacement, the temporary lodging location and the tenant via signature will acknowledge their allowances in writing, and those conditions.  This written notification shall contain at a minimum:

- The general reason(s) for displacement and the initial schedule to remedy the life, health or safety issue
- The location of the temporary lodging and a statement that the costs of such lodging will be borne by the MHPI company
- The per diem entitlement, as applicable

- That the tenant may not access the home during the period of repairs, and that the locks will be altered or changed, if applicable
- The process by which the tenant can request access to the home during repairs and the conditions of that access
- That the MHPI company will keep tenant apprised of the progress of the repairs, any changes to the schedule to repairs, and will notify tenant promptly when the home is available for re-occupancy

e. **Permanent Relocation:** In the case of displacements greater than 30 days, the MHPI Company shall offer to relocate tenant to another habitable and comparable home managed by MHPI company, if one is available.  If the tenant accepts the move to the home managed by MHPI Company, the current lease term will terminate without penalty and the MHPI Company shall continue to pay the costs of temporary lodging until the tenant is relocated to the new home, as well as the reasonable cost of moving the tenant's household goods to the new home. If tenant refuses to relocate to the new home offered by MHPI Company within 30 days, temporary lodging and per diem entitlements will cease, and no household goods moving allowance will accrue.

At any time during displacement, and in consultation with the installation Government Housing Office, the MHPI Company may permanently relocate a displaced tenant to a comparable home in the same school district based on service member rank and home size eligibility.  The MHPI Company shall continue to pay the costs of temporary lodging and per diem for a period of no longer than 30 days, and no longer than the expiration of the tenant's existing lease in any event, until the tenant is relocated to the new home, as well as the reasonable cost for moving the tenant's household goods.

If the MHPI Company is unable to offer a home managed by MHPI Company, tenant may elect to move to a home not managed by the MHPI Company within the "Housing Market Area" for that installation, generally defined as a location within 20 miles of the installation.  The MHPI Company shall continue to pay the costs of temporary lodging and per diem for a period of no longer than 30 days, and no longer than the expiration of the tenant's existing lease in any event, until the tenant is relocated to the new home, as well as the reasonable cost for moving the tenant's household goods.  Tenants will only be entitled to relocation entitlements if the tenant has fully complied with the terms of the lease, the relocation is due to a maintenance issue not the fault of the Tenant Parties, and the tenant has agreed to reside again in PPV Housing.